NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Brooks R. Brown (SBN 250724)
BBrown@goodwinlaw.com
GOODWIN PROCTER, LLP
901 New York Avenue NW
Washington, DC  20001
Tel.: .: +1 202 346 4000
Fax: +1 202 346 4444

ATTORNEY(S) FOR: Defendant: Quicken Loans Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant(s) | CASE NUMBER:<br><br>5:19-cv-00163-FMO-SP<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   QUICKEN LOANS INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Quicken Loans Inc. | Defendant |
| Amanda Hill | Plaintiff |

March 18, 2019              /s/Brooks R. Brown
Date                        Signature
                            BROOKS R. BROWN

                            Attorney of record for (or name of party appearing in pro per):

                            QUICKEN LOANS INC.

