BROOKS R. BROWN (SBN 250724)
bbrown@goodwinlaw.com
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

Attorney for Defendant
QUICKEN LOANS INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**CORPORATE DISCLOSURE STATEMENT OF QUICKEN LOANS INC. PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Courtroom: 6D<br>Judge:   Hon. Fernando M. Olguin |

ACTIVE/98717969.1

1  Pursuant to Fed. R. Civ. P. 7.1, Defendant Quicken Loans Inc. hereby files
2  this corporate disclosure statement and discloses the following.
3  Quicken Loans Inc. is a privately held corporation.  No parent corporation or
4  publicly held corporation owns 10 percent or more of the stock of Quicken Loans
5  Inc.

Respectfully submitted,

Dated:  March 18, 2019    By:  /s/ *Brooks R. Brown*
BROOKS R. BROWN
*bbrown@goodwinlaw.com*
**GOODWIN PROCTER** LLP

Attorney for Defendant:
QUICKEN LOANS INC.

1

ACTIVE/98717969.1