BROOKS R. BROWN (SBN 250724)
bbrown@goodwinlaw.com
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

LAURA A. STOLL (SBN 255023)
lstoll@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
QUICKEN LOANS INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**NOTICE OF MOTION AND QUICKEN LOANS INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:         April 25, 2019<br>Time:        10:00 a.m.<br>Courtroom: 6D<br>Judge:       Hon. Fernando M. Olguin<br>                  350 W. 1st Street, 6th Floor,<br>                  Los Angeles, CA  90012<br><br>Filed concurrently with:<br>  1. Memorandum;<br>  2. Declaration of Amy Griffin;<br>  3. Request for Judicial Notice; and<br>  4. Proposed Order |

ACTIVE/98717843.1

# NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON April 25, 2019, at 10:00 am, or as soon thereafter as counsel may be heard, before the Honorable Fernando M. Olguin, in Courtroom 6D of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant Quicken Loans Inc. ("Quicken Loans)" will and hereby does move this Court to dismiss Plaintiff Amanda Hill's ("Hill") Complaint in its entirety against Quicken Loans.

This Motion is made pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6) on the grounds that Complaint fails to state a cognizable claim for violation of the cellphone provision of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b)(1)(A)(iii), and also fails to state a claim for violation of the National Do Not Call Registry provision of the TCPA regulations, 47 C.F.R. § 64.1200(c). This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, concurrently filed Declaration of Amy Griffin and Request for Judicial Notice, the pleadings and papers on file herein, all matters of which this Court may take judicial notice, and upon such other or further material as may be presented at or before the hearing on the Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on March 5, 2019.

Respectfully submitted,

Dated: March 18, 2019    By: /s/ *Brooks R. Brown*
BROOKS R. BROWN
bbrown@goodwinlaw.com
LAURA A. STOLL
lstoll@goodwinlaw.com
**GOODWIN PROCTER** LLP

Attorneys for Defendant:
QUICKEN LOANS INC.

ACTIVE/98717843.1

1