BROOKS R. BROWN (SBN 250724)
bbrown@goodwinlaw.com
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, DC 20001
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

LAURA A. STOLL (SBN 255023)
lstoll@goodwinlaw.com
GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
QUICKEN LOANS INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**DECLARATION OF AMY GRIFFIN IN SUPPORT OF QUICKEN LOANS INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:       April 25, 2019<br>Time:      10:00 a.m.<br>Courtroom: 6D<br>Judge:     Hon. Fernando M. Olguin<br>           350 W. 1st Street, 6th Floor,<br>           Los Angeles, CA 90012<br><br>Filed concurrently with:<br>1. Notice of Motion and Motion;<br>2. Memorandum;<br>3. Request for Judicial Notice; and<br>4. Proposed Order |

ACTIVE/98718052.2

# DECLARATION OF AMY GRIFFIN

I, Amy Griffin, hereby declare and state as follows:

1. I am a paralegal with the law firm Goodwin Procter LLP. I submit this Declaration in connection with Quicken Loans Inc.'s Motion to Dismiss Plaintiff's Complaint. Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. On March 14, 2019 I visited the Federal Trade Commission's ("FTC") website dedicated to verifying whether a phone number is registered on the National Do Not Call Registry—https://www.donotcall.gov/confirm/conf.aspx. At this website, I typed in the phone number ending in -9785 that I understand is the subject of Plaintiff's claims in this lawsuit (the "Phone Number") to determine whether the Phone Number was registered on the National Do Not Call Registry and, if so, when it was registered. I also provided my email address at which the FTC website could provide the verification information. In response to my verification request, I received an email from Verify@DonotCall.gov.

3. Attached hereto as **Exhibit A** is a true and correct copy of the FTC's email response to my verification request showing that the Phone Number was registered on the National Do Not Call Registry on November 18, 2018. This document also states: "Most telemarketers will be required to stop calling [the Phone Number] 31 days from your registration date."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of March, 2019.

_____
AMY GRIFFIN

1

ACTIVE/98718052.2