BROOKS R. BROWN (SBN 250724)
bbrown@goodwinlaw.com
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

LAURA A. STOLL (SBN 255023)
lstoll@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
QUICKEN LOANS INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**NOTICE OF MOTION AND QUICKEN LOANS INC.'S MOTION TO STAY PROCEEDINGS**<br><br>Date: April 25, 2019<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin<br>350 W. 1st Street, 6th Floor,<br>Los Angeles, CA 90012<br><br>Filed concurrently with:<br>1. Memorandum;<br>2. Request for Judicial Notice;<br>3. Proposed Order |

ACTIVE/98738590.1

**NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON April 25, 2019, at 10:00 am, or as soon thereafter as counsel may be heard, before the Honorable Fernando M. Olguin, in Courtroom 6D of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant Quicken Loans Inc. ("Quicken Loans)" will and hereby does move this Court to stay the proceedings of the above entitle action ("Action") filed by Plaintiff Amanda Hill ("Hill").

Quicken Loans respectfully requests that this Court stay all proceedings in this putative, nationwide Telephone Consumer Protection Act ("TCPA") class action pending the resolution of the class certification issue in two related (and first-filed) putative, nationwide TCPA class actions now pending in the Middle District of Florida and the District of Minnesota encompassing the same putative classes as alleged here. *See Hackett v. Quicken Loans Inc.*, No. 6:18-cv-02151 (M.D. Fla.); *Hyde v. Quicken Loans Inc.*, No. 0:19-cv-00196 (D. Minn.).[1] This Motion is based on the Memorandum of Points and Authorities filed and served herewith, upon the papers, records and pleadings on file herein, all matters of which this Court may take judicial notice, and upon such other or further material as may be presented at or before the hearing on the Motion.

///

///

///

---

[1] Contemporaneously with this Motion, Quicken Loans also has filed a Rule 12(b)(6) motion to dismiss the Complaint (Dkt. No. 1).

1

1      This Motion is made following the conference of counsel pursuant to Local
2 Rule 7-3, which took place on March 5, 2019.

                                      Respectfully submitted,

Dated: March 18, 2019         By:  /s/ *Brooks R. Brown*
                                           BROOKS R. BROWN
                                           *bbrown@goodwinlaw.com*
                                           LAURA A. STOLL
                                           *lstoll@goodwinlaw.com*
                                           **GOODWIN PROCTER LLP**

                                           Attorneys for Defendant:
                                           QUICKEN LOANS INC.

ACTIVE/98738590.1