BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinlaw.com*
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

LAURA A. STOLL (SBN 255023)
*lstoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
QUICKEN LOANS INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**[PROPOSED] ORDER GRANTING QUICKEN LOANS INC.'S MOTION TO STAY PROCEEDINGS**<br><br>Date:        April 25, 2019<br>Time:       10:00 a.m.<br>Courtroom: 6D<br>Judge:      Hon. Fernando M. Olguin<br>                  350 W. 1st Street, 6th Floor,<br>                  Los Angeles, CA 90012<br><br>Filed concurrently with:<br>  1. Notice of Motion and Motion;<br>  2. Memorandum; and<br>  3. Request for Judicial Notice |

ACTIVE/98787615.1

**[PROPOSED] ORDER GRANTING MOTION TO STAY**

The Court, having read and considered Defendant QUICKEN LOANS INC.'S ("Quicken Loans") Motion to Stay Proceedings, and its supporting papers thereof, and having heard the arguments of counsel, HEREBY ORDERS as follows:

1. The Court GRANTS Quicken Loans' Motion to Stay Proceedings under the first-filed rule, pending the resolution of the class certification issue in two related class actions, *Hackett v. Quicken Loans Inc.*, No. 6:18-cv-02151 (M.D. Fla.) and *Hyde v. Quicken Loans Inc.*, No. 0:19-cv-00196 (D. Minn.).
2. The Court takes judicial notice of Exhibits 1, 2, and 3 of the Request for Judicial Notice, which are publicly available filings from *Hackett v. Quicken Loans Inc.*, No. 6:18-cv-02151 (M.D. Fla.) and *Hyde v. Quicken Loans Inc.*, No. 0:19-cv-00196 (D. Minn.).

**IT IS SO ORDERED.**

Dated: _____, 2019   _____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1

ACTIVE/98787615.1