Name and address:
Laura A. Stoll (SBN 255023)
GOODWIN PROCTER, LLP
601 S. Figueroa Street, 41ST Floor
Los Angeles, CA   90017
Tel.: +1 213 426 2500 | Fax.: +1 213 623 1673

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated,  Plaintiff(s),<br>v.<br>QUICKEN LOANS INC.,<br>Defendant(s), | CASE NUMBER<br>5:19-cv-00163-FMO-SP<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Tayman, William Kyle
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

GOODWIN PROCTER, LLP
*Firm/Agency Name*

901 New York Avenue, NW                202-346-4000              202-346-4444
                                       *Telephone Number*         *Fax Number*
*Street Address*

Washington, DC 20001                   KTayman@goodwinlaw.com
*City, State, Zip Code*                *E-mail Address*

**I have been retained to represent the following parties:**

Quicken Loans Inc.              ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
                                ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Please See Attachment A | | |
| | | |
| | | |

G-64 (11/18)          APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*          Page 1 of 3
ACTIVE/98792504.1



List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:15-cv-09380-SVW-AGR | Julie Orsatti v. Quicken Loans Inc. | 02/02/16 | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☒ Yes   ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☒ No

KTayman@goodwinprocter.com
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  March 19, 2019

William Kyle Tayman
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

G-64 (11/18)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE   Page 2 of 3
ACTIVE/98792504.1

American LegalNet, Inc.
www.FormsWorkFlow.com

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Stoll, Laura A.
*Designee's Name (Last Name, First Name & Middle Initial)*

GOODWIN PROCTER, LLP
*Firm/Agency Name*

601 S. Figueroa Street, 41st Floor
*Street Address*

Los Angeles, CA 90017
*City, State, Zip Code*

213-426-2500
*Telephone Number*

213-623-1673
*Fax Number*

LStoll@goodwinlaw.com
*E-mail Address*

255023
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated March 21, 2019

Laura A. Stoll
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)



## Attachment A

William Kyle Tayman's Court Admissions

| Name of Court | Date of Admission | Active Member in Good Standing? (If not, please explain) |
|---|---|---|
| The Bar of the District of Columbia | 04/11/2011 | Yes |
| Massachusetts Supreme Judicial Court | 12/12/2008 | Yes |
| U.S. District Court for the District of Columbia | 07/11/2011 | Yes |
| U.S. District Court for the District of Maryland | 06/06/2011 | Yes |
| U.S. District Court for the Eastern District of Michigan | 12/08/2016 | Yes |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*William K. Tayman*

was duly qualified and admitted on **April 11, 2011** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on March 11, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twelfth** day of **December** A.D. **2008**, said Court being the highest Court of Record in said Commonwealth:

### William Kyle Tayman

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **March** in the year of our Lord **two thousand and nineteen.**



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116

Name and address:
Laura A. Stoll (SBN 255023)
GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500 | Fax.: +1 213 623 1673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br>v.<br>QUICKEN LOANS INC<br>Defendant(s). | CASE NUMBER<br><br>5:19-cv-00163-FMO-SP<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tayman, William Kyle     of     GOODWIN PROCTER LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*            901 New York Avenue, NW
202-346-4000            202-346-4444            Washington, DC 20001
*Telephone Number*       *Fax Number*
KTayman@goodwinlaw.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Quicken Loans Inc.

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Stoll, Laura A.     of     GOODWIN PROCTER LLP
*Designee's Name (Last Name, First Name & Middle Initial)*            601 S. Figueroa Street, 41st Floor
255023          (213) 426-2500     (213) 623-1673     Los Angeles, CA 90017
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
LStoll@goodwinlaw.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                                                         **U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1