Name and address:
Laura A. Stoll (SBN 255023)
GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500 | Fax.: +1 213 623 1673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br><br>v.<br><br>QUICKEN LOANS INC<br><br>Defendant(s). | CASE NUMBER<br><br>5:19-cv-00163-FMO-SPx<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tayman, William Kyle
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-346-4000          202-346-4444
*Telephone Number*     *Fax Number*

KTayman@goodwinlaw.com
*E-Mail Address*

of

GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Quicken Loans Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Stoll, Laura A.
*Designee's Name (Last Name, First Name & Middle Initial)*

255023          (213) 426-2500          (213) 623-1673
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

LStoll@goodwinlaw.com
*E-Mail Address*

of

GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated: March 22, 2019**

/s/ Fernando M. Olguin
**U.S. District Judge**