**HEDIN HALL LLP**
Frank S. Hedin (SBN 291289)
E-mail: fhedin@hedinhall.com
David W. Hall (SBN 274921)
E-mail: dhall@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*

[additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**QUICKEN LOANS INC.,**<br><br>**Defendant.** | **Case No.:** 5:19-cv-00163-FMO-SP<br><br><u>**CLASS ACTION**</u><br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS** |

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Plaintiffs Amanda Hill and Gayle Hyde, individually and on behalf of all others similarly situated, submit this response in opposition to the Motion to Stay (ECF No. 15 (the "Motion")) filed by Defendant Quicken Loans, Inc.

## ARGUMENT

On March 18, 2019, Defendant moved to stay this action pursuant to the so-called "first-filed" doctrine, arguing it is "duplicative of and subsumed within two earlier-filed class actions pending in the Middle District of Florida and the District of Minnesota." (ECF No. 15-1 at 5 (citing *Hackett v. Quicken Loans, Inc.*, No. 6:18-cv-02151 (M.D. Fla.); *Hyde v. Quicken Loans, Inc.*, No. 0:19-cv-00196 (D. Minn.).)

Although the Motion was without merit to begin with, recent events have rendered it completely moot. On April 1, 2019, the *Hyde* action was voluntarily dismissed by the plaintiff pursuant to Rule 41(a) (*see* **Exhibit A** hereto (notice of voluntary dismissal filed in *Hyde*)), and, later that same day, the plaintiff in the *Hackett* action filed a motion for leave to amend his complaint pursuant to Rule 15(a)(2) (prior to the court-imposed amendment deadline) for the stated purpose of removing his class-wide allegations and thereafter pursuing his claims on a purely individual basis. (*See* **Exhibit B** hereto (motion for leave to amend filed in *Hackett*)).

There is thus is no longer any colorable basis to request a stay of this action on the grounds that, as articulated in the Motion, "the *Hackett* and *Hyde* cases purport to represent nationwide classes that would include Plaintiff as a class member if those cases were somehow certified[.]" (ECF No. 15-1 at 5 (articulating basis for requested stay pending resolution of *Hyde* and *Hackett*)). Rather, because the *Hyde* action was dismissed and the plaintiff in the *Hackett* action no longer "purport[s] to represent [a] nationwide class[]," *id.*, the Motion is moot and this litigation should proceed in the ordinary course.

## CONCLUSION

For the foregoing reasons, the Motion should be denied as moot.

**RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY**    PAGE 1 OF 3
Case No.: 5:19-cv-00163-FMO-SP

Dated: April 1, 2019

Respectfully submitted,

**HEDIN HALL LLP**

By: /s/ Frank S. Hedin
              Frank S. Hedin

Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
1395 Brickell Ave, Suite 900
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

**HEDIN HALL LLP**
David W. Hall (SBN 274921)
dhall@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**STEIN SAKS PLLC**
Yaakov Saks*
ysaks@steinsakslegal.com
285 Passaic Street
Hackensack, NJ 07601
Telephone: 201-282-6500
Facsimile: 201-282-6501
* *Pro Hac Vice* Application Forthcoming

*Counsel for Plaintiffs and Putative Classes*

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

I, Frank S. Hedin, electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated:  April 1, 2019                    Respectfully submitted,

By: /s/ Frank S. Hedin
Frank S. Hedin

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626