1

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)

2

ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)

3

jason@kazlg.com

4

245 Fischer Avenue, Suite D1
Costa Mesa, California 92626

5

Telephone: (800) 400-6808

6

Facsimile: (800) 520-5523

7

[Additional Counsel On Signature Page]

8

*Attorneys for Plaintiffs*

9

10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

11

12

**AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,**

13

14

**Plaintiffs,**

15

16

**v.**

17

**QUICKEN LOANS INC.,**

18

**Defendant.**

19

Case No.: 5:19-cv-00163-FMO-SP

**JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION PURSUANT TO L.R. 23-3**

**Judge:** Hon. Fernando M. Olguin

**Complaint Filed**: January 28, 2019
**FAC Filed:** April 1, 2019
**L.R. 23-3 Deadline**: April 28, 2019

20

21

22

23

24

25

26

27

28

*Left margin (vertical):* **Kazerouni Law Group, APC** Costa Mesa, California

JOINT STIPULATION RE L.R. 23-3
CASE NO.: 5:19-cv-00163-FMO-SP

**Kazerouni Law Group, APC**
Costa Mesa, California

1

## JOINT STIPULATION

2     Plaintiffs Amanda Hill and Gayle Hyde ("Plaintiffs"), together with

3   Defendant Quicken Loans Inc. ("Defendant," collectively the "Parties"), jointly

4   move the Court to continue the deadline for Plaintiffs to file a motion for class

5   certification pursuant to Civil Local Rule 23-3, which deadline is currently April

6   28, 2019, based upon date of the waiver of service of summons (waiver signed

7   January 28, 2019).

8     In support of this Stipulation, Plaintiffs state that they will require sufficient

9   time and a reasonable opportunity to conduct discovery pertaining to Plaintiffs'

10  anticipated motion for class certification prior to preparing briefing on such

11  motion.  The claims of Plaintiff Gayle Hyde were only recently added to the action

12  through the First Amended Complaint ("FAC") on April 1, 2019.  Defendant has

13  not yet filed a response to the FAC.

14    Therefore, the Parties stipulate and agree that the Court may set the deadline

15  for filing a motion for class certification at a future scheduling conference to be set

16  in this matter.

17    IT IS SO STIPULATED.

18

19                                         Respectfully submitted,

20  Dated: April 10, 2019                  **KAZEROUNI LAW GROUP, APC**

21                                         BY: /S/ JASON A. IBEY
                                               JASON A. IBEY, ESQ.
22                                             JASON@KAZLG.COM
                                               ATTORNEY FOR PLAINTIFFS
23

24  Dated: April 10, 2019                  **GOODWIN PROCTOR LLP**

25                                         BY: /S/ WILLIAM KYLE TAYMAN
26                                             WILLIAM KYLE TAYMAN, ESQ.
                                               ATTORNEYS FOR DEFENDANT
27

28

JOINT STIPULATION RE L.R. 23-3
CASE NO.: 5:19-cv-00163-FMO-SP                1

**HEDIN HALL LLP**
Frank S. Hedin (SBN 291289)
E-mail: fhedin@hedinhall.com
David W. Hall (SBN 274921)
E-mail: dhall@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058
*Attorneys for Plaintiffs*

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies

and Procedures Manual, I hereby certify that the content of this document is

acceptable to counsel for Defendant and that I have obtained his/her authorization

to affix his electronic signature to this document.


Dated: April 10, 2019                           By:    s/ JASON A. IBEY_____