# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No.: 5:19-cv-00163-FMO-SP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING L.R. 23-3**<br><br>**Judge:** Hon. Fernando M. Olguin |

Having considered the parties' Joint Stipulation regarding Civil Local Rule 23-3, and for good cause, the Court hereby GRANTS the joint motion. The deadline to file a motion for class certification shall be set at a scheduling conference following Defendant's response to the First Amended Complaint.

IT IS SO ORDERED.

Date: _____                    _____
                                          Hon. Fernando M. Olguin
                                          U.S. District Judge

---

ORDER RE JOINT STIPULATION TO CONTINUE L.R. 23-3 DEADLINE
CASE NO.: 5:19-cv-00163-FMO-SP