| | |
|---|---|
| 1 | BROOKS R. BROWN (SBN 250724) |
| 2 | *BBrown@goodwinlaw.com*<br>W. KYLE TAYMAN (pro hac vice) |
| 3 | *KTayman@goodwinlaw.com*<br>**GOODWIN PROCTER LLP** |
| 4 | 901 New York Avenue NW<br>Washington, DC 20001 |
| 5 | Tel.: +1 202 346 4000<br>Fax.: +1 202 346 4444 |
| 6 | LAURA A. STOLL (SBN 255023) |
| 7 | *LStoll@goodwinlaw.com*<br>**GOODWIN PROCTER LLP** |
| 8 | 601 S. Figueroa Street, 41st Floor<br>Los Angeles, CA 90017 |
| 9 | Tel.: +1 213 426 2500<br>Fax.: +1 213 623 1673 |
| 10 | Attorneys for Defendant: |
| 11 | QUICKEN LOANS INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br>**NOTICE OF MOTION AND QUICKEN LOAN INC.'S MOTION TO COMPEL ARBITRATION**<br>Date: May 16, 2019<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin<br>350 W. 1st Street, 6th Floor, Los Angeles, CA 90012<br><br>Filed concurrently with:<br>  1. Memorandum;<br>  2. Declaration of W. Kyle Tayman;<br>  3. Declaration of P Luthra;<br>  4. Declaration of M Viner; and<br>  5. Proposed Order |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON May 16, 2019, at 10:00 am, or as soon thereafter as counsel may be heard, before the Honorable Fernando M. Olguin, in Courtroom 6D of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant Quicken Loans Inc. ("Quicken Loans") will and hereby does move this Court for an order compelling to arbitration with Plaintiff AMANDA HILL ("Plaintiff").

The parties have a valid and enforceable agreement to arbitrate this dispute.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Declarations of W. Kyle Tayman, Parul Luthra, Mitchell Viner, and the exhibits attached thereto, the records, pleadings, and documents on file in this action, and such further and additional evidence and argument as may be presented at or before the time of hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 5, 2019.

Respectfully submitted,

Dated: April 15, 2019

By: /s/ *Brooks R. Brown*
BROOKS R. BROWN
*BBrown@goodwinlaw.com*
LAURA A. STOLL
*LStoll@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant:
QUICKEN LOANS INC.