BROOKS R. BROWN (SBN 250724)
bbrown@goodwinlaw.com
W. KYLE TAYMAN (pro hac vice)
KTayman@goodwinlaw.com
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, DC 20001
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

LAURA A. STOLL (SBN 255023)
lstoll@goodwinlaw.com
GOODWIN PROCTER LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
QUICKEN LOANS INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**DECLARATION OF PARUL LUTHRA IN SUPPORT OF QUICKEN LOANS INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: May 16, 2019<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin<br>350 W. 1st Street, 6th Floor,<br>Los Angeles, CA 90012<br><br>Filed concurrently with:<br>1. Notice of Motion;<br>2. Memorandum;<br>3. Declaration of W. Kyle Tayman;<br>4. Declaration of Mitchell Viner; and<br>5. Proposed Order |

# DECLARATION OF PARUL LUTHRA

I, Parul Luthra, hereby declare and state as follows:

1. I am currently a Team Leader at Quicken Loans Inc. ("Quicken Loans"). Until July 16, 2018, I was a Senior Data Analyst.

2. I have been employed by Quicken Loans as a Senior Data Analyst and then a Team Leader since September 19, 2012. In that role I have had various duties and responsibilities relating to reviewing, analyzing, collecting, and identifying call and text records, call recordings, and other data maintained in the ordinary course of business in Quicken Loans' systems of record about calls to clients.

3. As part of Quicken Loans' business model, its team members contact individuals who have expressed an interest in obtaining a mortgage loan and who have consented to being contacted about mortgage services. While some individuals visit QuickLoans.com or call the company's direct line, others visit and provide consent to be contacted through third party websites, such as those run or powered by LMB Mortgage Services, Inc. d/b/a LowerMyBills.com ("LMB")—a company related to and associated with Quicken Loans.

4. From my review of the First Amended Complaint in this case, I understand that Plaintiff Amanda Hill ("Hill") alleges that Quicken Loans sent text messages to her cellular telephone number ending in "9785."

5. As a result of my duties and responsibilities at Quicken Loans, I have personal knowledge about Quicken Loans' records (electronic and hard copy) concerning communications and interactions between Quicken Loans team members (employees) and clients that are maintained in the ordinary course of business. As part of my duties at Quicken Loans, I am regularly called upon to identify, collect, and review such available records.

6. I make this declaration based upon my personal knowledge and experience, my review of Quicken Loans' non-privileged business records

concerning interactions between it and Hill maintained in the normal course of Quicken Loans' business as part of its systems of record and available to me in the regular course of my duties, and my review of the First Amended Complaint. The information provided herein is true and correct to the best of my knowledge, information, and belief.

7. Quicken Loans' records indicate that Hill took out a mortgage loan in February 2017 from Quicken Loans in the amount of $349,900 for the property located at 35312 Frederick Street, Wildomar, California (the "Property").

8. Documents Hill submitted to Quicken Loans in connection with her February 2017 loan application confirm that she is a veteran of the U.S. Navy.

9. Those business records also reflect that, on October 10, 2018, at approximately 10:21 PM (PST), Quicken Loans received information from LMB about Hill following the submission of contact and other personal information about her, including a telephone number with the same last four digits as the one identified in the First Amended Complaint, an email address, and a physical address in Wildomar, California matching her Property address, to LMB as part of an inquiry to obtain information about a mortgage loan refinance.

10. Based upon my review of Quicken Loans' business records, Quicken Loans did not contact Plaintiff in October of 2018 until after it received her information from LMB on October 10, 2018.

11. On November 12, 2018 at approximately 12:12 PM (PST), Quicken Loans again received information about Hill from LMB based upon another inquiry to obtain information about a mortgage loan refinance. This information included the same contact and other personal information as that which Quicken Loans received on October 10, 2018.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 15, 2019.

_____
PARUL LUTHRA