# EXHIBIT 1

# Lead Information for Amanda Hill

April 4, 2019





Exhibit 1 -10-

# Basic Consumer Information

- Date: 10/10/2018
- Time: 10:21:49 PM PST
- Traffic Type: Affiliate Display
- Device Type: Mobile
- Phone: 951-813-9785
- Email: pandahill51@gmail.com
- Address: 35312 FREDERICK ST, WILDOMAR, CA 92595
- IP Address: 47.156.26.156
- LeadID: F3FF3E56-DECF-B906-0587-19AB7E187891



Exhibit 1 -11-   2

The next slides are examples of the form version presented to the consumer, during their site visit. We do not capture in-session screenshots, which is why the consumer data is not included. But, this is a representative sample of what the consumer saw, and what disclosures and consents are part of their experience.



Exhibit 1 -12-

3



# VA Housing Benefits for 2019! Are you eligible? Take this quick survey to find out!

Have you or your spouse served in the military?

**A** Yes - we're a Veteran household

**B** No - we're not a Veteran household

**Next ▶**



Exhibit 1 -13-    4





Exhibit 1 -14- 5




Exhibit 1 -15-

6




Exhibit 1 -16- 7




Exhibit 1 -17- 8






Exhibit 1 -18-

9





Exhibit 1 -19- 10



Exhibit 1 -20-

11

YOURVASURVEY.INFO

Are you currently paying mortgage insurance?

**A** Yes

**B** No

**C** I don't know

Next ▶

Back



Exhibit 1 -21-



What is your current credit score to the best of your knowledge?
(Most people have "Good" credit)

**A** Excellent (720 and above)

**B** Good (660-719)

**C** Average (620-659)

**D** Below Average (580-619)

**E** Poor (579 and below)

Next ▶

Back



Exhibit 1 -22-   13



Exhibit 1 -23-





Exhibit 1 -24-

15

Great News! Your rates are ready to view.
Enter your info so we can personalize your results.

First Name*

[ Enter First Name ]

Last Name*

[ Enter Last Name ]

Phone*

[ Enter Phone Number ]

Street Address*

[ Enter Street Address ]

Change

**See my results! ▶**

By clicking the button above, you express your understanding and consent, electronically via E-sign, to the following:

1. To be matched with, and contacted by, up to 5 participants in the LMB Provider Network about mortgage and financial services products, and consent (not required as a condition to purchase a good/service) for us and them to contact you (including through automated or prerecorded means) via telephone at the phone number provided above, on mobile devices (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. As an alternative, you may contact us by email at customercare@coredigital.com.

2. To the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

3. And that as a condition of such consent, you are providing express Written Instructions (as defined under applicable law(s)) to LMB to utilize your information in order to reference your consumer credit report for the purpose of validating your self-reported information. Matched Providers will contact you directly to discuss their financial services and products, and to gather additional information, in order to best service your request for information and products.

4. Additionally, if selected above, you consent to be matched to up to an additional 3 providers about solar services, home improvement services, and home insurance services, and consent (not required as a condition to purchase a good/service) for us and them to contact you (including through automated or prerecorded means) via telephone at the phone number provided above, on mobile devices (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. As an alternative, you may contact us by email at customercare@coredigital.com.



Exhibit 1 -25-

16

By clicking the button above, you express your understanding and consent, electronically via E-sign, to the following:

1. To be matched with, and contacted by, up to 5 participants in the LMB Provider Network about mortgage and financial services products, and consent (not required as a condition to purchase a good/service) for us and them to contact you (including through automated or prerecorded means) via telephone at the phone number provided above, on mobile devices (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. As an alternative, you may contact us by email at customercare@coredigital.com.

2. To the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

3. And that as a condition of such consent, you are providing express Written Instructions (as defined under applicable law(s)) to LMB to utilize your information in order to reference your consumer credit report for the purpose of validating your self-reported information. Matched Providers will contact you directly to discuss their financial services and products, and to gather additional information, in order to best service your request for information and products.

4. Additionally, if selected above, you consent to be matched to up to an additional 3 providers about solar services, home improvement services, and home insurance services, and consent (not required as a condition to purchase a good/service) for us and them to contact you (including through automated or prerecorded means) via telephone at the phone number provided above, on mobile devices (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. As an alternative, you may contact us by email at customercare@coredigital.com.



Exhibit 1 -26-