| | |
|---|---|
| 1 | BROOKS R. BROWN (SBN 250724) |
| 2 | BBrown@goodwinlaw.com<br>W. KYLE TAYMAN (pro hac vice) |
| 3 | KTayman@goodwinlaw.com<br>**GOODWIN PROCTER LLP** |
| 4 | 901 New York Avenue NW<br>Washington, DC 20001 |
| 5 | Tel.: +1 202 346 4000<br>Fax.: +1 202 346 4444 |
| 6 | LAURA A. STOLL (SBN 255023) |
| 7 | LStoll@goodwinlaw.com<br>**GOODWIN PROCTER LLP** |
| 8 | 601 S. Figueroa Street, 41st Floor<br>Los Angeles, CA 90017 |
| 9 | Tel.: +1 213 426 2500<br>Fax.: +1 213 623 1673 |
| 10 | Attorneys for Defendant: |
| 11 | QUICKEN LOANS INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**[PROPOSED] ORDER GRANTING QUICKEN LOAN INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: May 16, 2019<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin<br>350 W. 1st Street, 6th Floor, Los Angeles, CA 90012<br><br>Filed concurrently with:<br>1. Notice of Motion and Motion;<br>2. Memorandum;<br>3. Declaration of W. Kyle Tayman;<br>4. Declaration of P Luthra; and<br>5. Declaration of M Viner |

# [PROPOSED] ORDER GRANTING MOTION TO COMPEL

The Court, having read and considered QUICKEN LOANS INC.'S ("Quicken Loans") Motion to Compel Arbitration, and its supporting papers thereof, and having heard the arguments of counsel, HEREBY ORDERS as follows:

1. The Court GRANTS Quicken Loans' Motion to Compel arbitration;
2. Accordingly, this Court stays the proceedings in the above-referenced matter pending the resolution of the matter in arbitration.

**IT IS SO ORDERED.**

Dated: _____, 2019     _____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE