BROOKS R. BROWN (SBN 250724)
bbrown@goodwinlaw.com
W. KYLE TAYMAN (pro hac vice)
ktayman@goodwinlaw.com
**GOODWIN PROCTER** LLP
901 New York Avenue NW
Washington, DC  20001
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

LAURA A. STOLL (SBN 255023)
lstoll@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
QUICKEN LOANS INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**NOTICE OF MOTION AND QUICKEN LOANS INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:  May 16, 2019<br>Time:  10:00 a.m.<br>Courtroom:  6D<br>Judge:  Hon. Fernando M. Olguin<br>350 W. 1st Street, 6th Floor<br>Los Angeles, CA  90012<br><br>Filed concurrently with:<br>1.  Memorandum; and<br>2.  Proposed Order |

1    **NOTICE OF MOTION AND MOTION TO DISMISS**

2    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

3    PLEASE TAKE NOTICE THAT ON May 16, 2019, at 10:00 am, or as soon

4    thereafter as counsel may be heard, before the Honorable Fernando M. Olguin, in

5    Courtroom 6D of the above-captioned Court, located at 350 W. 1st Street, Los

6    Angeles, CA 90012, Quicken Loans Inc. ("Quicken Loans") will and hereby does

7    move this Court to dismiss Plaintiffs Amanda Hill ("Hill") and Gayle Hyde's

8    ("Hyde") First Amended Complaint ("FAC") in its entirety.

9    This Motion is made pursuant to Federal Rules of Civil Procedure 8, 12(b)(2),

10    and 12(b)(6) on the grounds that the FAC fails (1) to show that this Court has

11    personal jurisdiction over Hyde's claim; and (2) to state a cognizable claim for

12    violation of the cellphone provision of the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii).

13    This Motion is based upon this Notice of Motion and Motion, the accompanying

14    Memorandum of Points and Authorities, the pleadings and papers on file herein, all

15    matters of which this Court may take judicial notice, and upon such other or further

16    material as may be presented at or before the hearing on the Motion.

17    This Motion is made following the conference of counsel pursuant to Local

18    Rule 7-3, which took place on April 5, 2019.

19

20    Respectfully submitted,

21    Dated:   April 15, 2019          By:   /s/  *Brooks R. Brown*

22                                            BROOKS R. BROWN
                                             *bbrown@goodwinlaw.com*

23                                            LAURA A. STOLL
                                             *lstoll@goodwinlaw.com*

24                                            W. KYLE TAYMAN
                                             *ktayman@goodwinlaw.com*

25                                            **GOODWIN PROCTER** LLP

26                                            Attorneys for Defendant:
                                             QUICKEN LOANS INC.

27

28

1