BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*ktayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

LAURA A. STOLL (SBN 255023)
*lstoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
QUICKEN LOANS INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**[PROPOSED] ORDER GRANTING QUICKEN LOANS INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:         May 16, 2019<br>Time:        10:00 a.m.<br>Courtroom: 6D<br>Judge:       Hon. Fernando M. Olguin<br>350 W. 1st Street, 6th Floor, Los Angeles, CA  90012<br><br>Filed concurrently with:<br>  1. Notice of Motion and Motion; and<br>  2. Memorandum |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

The Court, having read and considered Defendant QUICKEN LOANS INC.'S ("Quicken Loans") Motion to Dismiss Plaintiffs' First Amended Complaint, and its supporting papers thereof, and having heard the arguments of counsel, HEREBY ORDERS as follows:

1. The Court GRANTS Quicken Loans' Motion to Dismiss Plaintiffs' First Amended Complaint in its entirety under Federal Rules of Civil 12(b)(2) and 12(b)(6).

**IT IS SO ORDERED.**

Dated: _____, 2019    _____
                                              HON. FERNANDO M. OLGUIN
                                              UNITED STATES DISTRICT JUDGE