**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No.: 5:19-cv-00163-FMO-SP<br><br>**JOINT STIPULATION TO CONTINUE MAY 16, 2019 HEARING AND ASSOCIATED BRIEFING DEADLINES**<br><br>**Judge:** Hon. Fernando M. Olguin<br><br>**Complaint Filed**: January 28, 2019<br>**FAC Filed:** April 1, 2019 |

# JOINT STIPULATION

Plaintiffs Amanda Hill and Gayle Hyde ("Plaintiffs"), together with Defendant Quicken Loans Inc. ("Defendant," collectively the "Parties"), jointly stipulate and request that the Court continue by three weeks the May 16, 2019 hearing on Defendant's Motion to Compel Arbitration and the Motion to Dismiss the First Amended Complaint.

Both motions were filed on April 15, 2019 (Dkt. Nos. 29 and 30). There is good cause to continue the May 16, 2019 hearing for both motions by three weeks, as well as the associated response and reply deadlines, to afford the Plaintiffs additional time to respond to the two motions and Defendant additional time to prepare its replies. In the Motion to Dismiss the First Amended Complaint, Defendant raises three arguments in seeking dismissal. Currently, Plaintiffs' deadline to file a response to both motions is April 25, 2019, affording Plaintiffs ten days to respond to both Motions. There has been no other request for a continuance of the hearing date or response or reply deadlines for the motions.

Therefore, the Parties stipulate and agree that the Court may continue the May 16, 2019 hearing on the motions to a date on or after June 6, 2019, with the associated response deadlines extended to May 9, 2019 and reply deadlines extended to May 23, 2019.

IT IS SO STIPULATED.

Dated: April 17, 2019

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

BY: /S/ JASON A. IBEY
    JASON A. IBEY, ESQ.
    JASON@KAZLG.COM
    ATTORNEY FOR PLAINTIFFS

Dated: April 17, 2019

**GOODWIN PROCTER LLP**

BY: /s/ BROOKS R. BROWN
    BROOKS R. BROWN, ESQ.
    ATTORNEYS FOR DEFENDANT

**HEDIN HALL LLP**
Frank S. Hedin (SBN 291289)
E-mail: fhedin@hedinhall.com
David W. Hall (SBN 274921)
E-mail: dhall@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058
*Attorneys for Plaintiffs*

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained his/her authorization to affix his/her electronic signature to this document.

Dated: April 17, 2019    By:    s/ JASON A. IBEY