# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No.: 5:19-cv-00163-FMO-SP<br><br>**ORDER GRANTING JOINT STIPULATION [31] TO CONTINUE MAY 16, 2019 HEARING AND ASSOCIATED BRIEFING DEADLINES**<br><br>**Judge:** Hon. Fernando M. Olguin |

Having considered the parties' Joint Stipulation To Continue May 16, 2019 Hearing and Associated Briefing Deadlines, and for good cause, the Court hereby GRANTS the joint stipulation. The May 16, 2019 hearing on the Motion to Compel Arbitration (Dkt. No. 29) and the Motion to Dismiss the First Amended Complaint (Dkt. No. 30) is hereby continued to June 6, 2019 at 10:00 a.m. In addition, the deadline for Plaintiffs' responses to the Motions is continued up to and including May 9, 2019 and the deadline for Defendant's replies in support of the Motions is continued up to and including May 23, 2019.

IT IS SO ORDERED.

Date: April 18, 2019

_____/s/_____
Hon. Fernando M. Olguin
U.S. District Judge