# EXHIBIT 6

# EXHIBIT 2

# Lead Information for Amanda Hill

April 4, 2019



Exhibit 2 -27-

# Basic Consumer Information

- Date: 11/12/2018
- Time: 12:12:11 PM PST
- Traffic Type: SMS
- Device Type: Mobile
- Phone: 951-813-9785
- Email: pandahill51@gmail.com
- Address: 35312 FREDERICK ST, WILDOMAR, CA 92595
- IP Address: 172.58.30.133
- LeadID: 6F7A9886-252B-6196-E09E-04844567D7BB





Exhibit 2 -28-

The next slides are examples of the form version presented to the consumer, during their site visit. We do not capture in-session screenshots, which is why the consumer data is not included. But, this is a representative sample of what the consumer saw, and what disclosures and consents are part of their experience.



Exhibit 2 -29-

# Welcome Back,

Still interested in refinancing?

## If you or your family has served our country, veteran benefit programs may be available for you!

**Purpose of Refinance:**

Select One ▼

*By selecting your refinance purpose, you consent to be contacted, including through automated or prerecorded means, by our providers.*

**Calculate Your FREE Results »**

By clicking the button above, you express your understanding and consent, electronically via E-sign, to the following:

1. To be matched with, and contacted by, up to 5 participants in the LMB Provider Network about mortgage and financial services products, and consent (not required as a condition to purchase a good/service) for us and them to contact you (including through automated or prerecorded means) via telephone at the phone number provided above, on mobile devices (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. As an alternative, you may contact us by email at customercare@coredigital.com.

2. To the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

3. And that as a condition of such consent, you are providing express Written Instructions (as defined under applicable law(s)) to LMB to utilize your information in order to reference your consumer credit report for the purpose of validating your self-reported information. Matched Providers will contact you directly to discuss their financial services and products, and to gather additional information, in order to best service your request for information and products.

4. Additionally, if selected above, you consent to be matched to up to an additional 3 providers about solar services, home improvement services, and home insurance services, and consent (not required as a condition to purchase a good/service) for us and them to contact you (including through automated or prerecorded means) via telephone at the phone number provided above, on mobile devices (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. As an alternative, you may contact us by email at customercare@coredigital.com.

    

Terms of Use | Privacy | Licenses & Disclosures

(LNDMDON-WAPP-MC-02-2019.04.03.1-206.war) (Q-1) (T-1906789) (P-2685774) (PG-4949916) (S--1) (SID-)

Since this consumer came through our form within 60 days, we still had their info. This is why the form is shortened with one click to OCP.





Exhibit 2 -30-

By clicking the button above, you express your understanding and consent, electronically via E-sign, to the following:

1. To be matched with, and contacted by, up to 5 participants in the LMB Provider Network about mortgage and financial services products, and consent (not required as a condition to purchase a good/service) for us and them to contact you (including through automated or prerecorded means) via telephone at the phone number provided above, on mobile devices (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. As an alternative, you may contact us by email at customercare@coredigital.com.

2. To the LMB Lending Terms of Use, Privacy Policy, and Consent to Doing Business Electronically.

3. And that as a condition of such consent, you are providing express Written Instructions (as defined under applicable law(s)) to LMB to utilize your information in order to reference your consumer credit report for the purpose of validating your self-reported information. Matched Providers will contact you directly to discuss their financial services and products, and to gather additional information, in order to best service your request for information and products.

4. Additionally, if selected above, you consent to be matched to up to an additional 3 providers about solar services, home improvement services, and home insurance services, and consent (not required as a condition to purchase a good/service) for us and them to contact you (including through automated or prerecorded means) via telephone at the phone number provided above, on mobile devices (including SMS and MMS), and email, even if you are on a corporate, state or national Do Not call Registry. As an alternative, you may contact us by email at customercare@coredigital.com.





Exhibit 2 -31-







Exhibit 2 -32-