# EXHIBIT B



Family of Companies

Sign In

WHO WE ARE ⌄      WHERE WE ARE ⌄      OUR FAMILY ⌄      BENEFITS & PERKS

CURRENT OPENINGS

---

**Quicken Loans**

---

**Bedrock**

---

**dPOP**

---

**Fathead**

---

**Rocket Homes**

---

**One Reverse Mortgage**

---

**Rock Connections**

---

**Rocket Fiber**

---

**StockX**

---

**Amrock**

---

**Xenith**

---

**Nexsys**

---

**Why wait? Check out our**
**available positions today!**

Current Openings

Any questions? Let us know!
**(800) 411-5627**
Mon – Fri 9 a.m.-6 p.m. ET
Careers@QuickenLoans.com

Quicken Loans is one of the largest full-service residential mortgage lenders in the United States. We're America's Largest Mortgage Lender. ==We close loans in all 50 states== and have more than 30 years of experience in the industry.

It all started in June of 1985 with a simple concept that, even today, large mortgage companies just don't get. Guess what? Buying a house can be one of the most stressful, frightening, exhilarating, and exciting times in a person's life. Dan Gilbert, our Founder and Chairman, thought to himself, **WE CAN DO IT BETTER THAN EVERYONE ELSE**.

So we did.

Today, Quicken Loans is a privately-owned company that is closing billions of dollars of loans every year. And we have oodles of awards. OODLES. We just can't stop winning things like **FORTUNE Magazine's "100 Best Companies to Work For"** and **Computerworld Magazine's "100 Best Places to Work in Technology."** Seriously – we can't stop winning. No joke.

Yep, we're kind of a big deal.

Being "big" doesn't mean we're boring. Stuffy corporate atmosphere? Not here! There's no daunting hierarchy, and "boss" is a four-letter word. Our team members are dedicated to honing your skills, helping you grow as a person and making sure you have fun doing it. If you work hard, you'll reap the rewards, both **professionally** and **personally**.

QuickenLoans.com



### ▼ Accounting

We strive to provide the highest level of service to our internal clients. The members of our team work with impressive efficiency. We provide services ranging from keeping our rent paid on time to financial forecasting (which is much more difficult to predict than the weather). We're more than just your average bookkeepers. We keep the whole operation running smoothly.

See Current Openings

## ▶ Capital Markets

Do you like watching the markets? We in the Capital Markets Group maintain profitability for the company by developing the products we sell and setting the interest rates for our loans every day. Cap Markets (as the cool kids call them) buys and sells financial instruments that protect the value of locked loans that haven't yet closed, and also audit and ship loans to the final investors. Here, you'll be exposed to the bond market, Wall Street and other economic indicators.

See Current Openings

## ▶ Client Relations

Client Relations is our name, providing top-notch customer service is our game. You could say that we "hang our hat" on our commitment to the client experience. From welcoming clients into our offices to reviewing client satisfaction surveys and following up, the client relations team functions in many different capacities. We are the rock stars of making people happy!

See Current Openings

## ▶ Facilities

The facilities team brings mankind one step closer to time travel. Why? We have an innate ability to fulfill the "I need it YESTERDAY" requests of fellow team members. There are five major areas in our team, including purchasing, facilities, contracts, mail & print, and "random stuff." If you need it today, tomorrow or yesterday, the facilities team has your back.

See Current Openings

## ▶ Human Resources

We are the explorers of excellence, the seekers of sweetness, and the finders of fabulosity! Human Resources is the company's one-stop shop for answering HR-related questions, and recruiting top-notch talent. We're the pulse of Quicken Loans, and we help make Quicken Loans one of the greatest places to work!

See Current Openings

Quicken Loans | Quicken Loans Careers

▶ Legal

The legal team helps keep the company right on track by making sure we don't do anything too risky. At Quicken Loans, our highly respected team of legal, compliance and quality control professionals have only one goal in mind: to help our business partners identify and manage risk. And we do it well. That's why we never lose our appeal.

See Current Openings

▶ Marketing

The Marketing team works tirelessly to get the masses to hear our voice. Using just about every method under the sun, we're dedicated to generating business opportunities for our magnificent mortgage bankers. From buying leads and leveraging social media to producing our own radio and television spots, the Marketing team leaves no stone unturned. And with all the marketing opportunities out there, that's a lot of stones to turn.

See Current Openings

▶ Mortgage Banking

We're America's largest mortgage lender for a reason. The lifeblood of our company, the veins of our being, the center of our universe, is our mortgage bankers. Knowledgeable mortgage experts with an affinity for customer satisfaction, our mortgage bankers are the most influential part of the client of experience, and one of the many reasons Quicken Loans customers are raving about us. There are many avenues to success as a mortgage banker.

**Click here** to see how you can chart your own course.

See Current Openings

▶ Mortgage Operations

The steps involved from the time our clients say, "Yes, I'd like to get my mortgage from Quicken Loans!" to, "Wow, that was amazing!" are as numerous and complicated as the stars in the sky. OK, maybe not THAT numerous…but we're sure you understand. We in the Operations team work tirelessly to close loans and get clients into their new homes ASAP. Our client-focused culture ensures that loans get closed in record time, and is just another reason that Quicken Loans is America's #1 online lender.

See Current Openings

▶ Servicing

Are you a client service superstar? If so, Quicken Loans Servicing wants to talk to you. We're one of the nation's fastest growing servicers. We service more than half a million home loans for clients, including HELOCs.

The Servicing team is looking for top-notch leaders and team members who can impress and serve every client – every time. We're here to assist clients with their mortgage, tax and insurance payments as well as offer solutions for those clients facing a hardship. We also provide our mortgage investors with timely and accurate reporting. If this sounds like your area of expertise, there's a wealth of opportunities here for you.

See Current Openings

▶ Technology

Are you technologically inclined? We need people who want to fix computers, make things work, be creative, and in general, BE AWESOME. We want your new ideas, your fresh takes, your quirky view of the world, your unique you-ness that makes you you. And you can either be you at the office or from the comfort of your own home, because remote locations are available.
You get IT? WE WANT YOU!

See Current Openings

## Family of Companies:

Amber Engine

Amrock

Bedrock

dPOP

Fathead

Nexsys

One Reverse Mortgage

Quicken Loans

Rock Connections

Rocket Fiber

Rocket Homes

Rocket Loans

Rock Ventures

StockX

Xenith

   

 

©2000 - 2019 Quicken Loans Inc. All rights reserved. Lending services provided by Quicken Loans Inc., a subsidiary of Rock Holdings Inc. "Quicken Loans" is a registered service mark of Intuit Inc., used under license.