# EXHIBIT C



WHO WE ARE WHER

Sign In

# One Reverse Mortgage, San Diego



**9920 Pacific Heights Blvd #350**

9920 Pacific Heights Blvd, San Diego, CA 92121

Directions    Save

View larger map

## Interview Location
**One Reverse Mortgage**
9920 Pacific Heights Blvd. Suite 350
San Diego, CA 92121

## Parking Location



WHO WE ARE    WHERE

# Directions

## ▼ Using Google Maps

Search for directions in the embedded map above, or using your navigation system, search for 9920 Pacific Heights Blvd., San Diego, CA, in order to get directions.

If you are on mobile, you can click here to access your Google Maps application directly.

## ▸ Coming from I-5 North

Take I-5 South to I-805 South to Mira Mesa Blvd. Turn left at Pacific Heights Blvd. You can either make a U-turn at Pacific Mesa Blvd or go left and turn into the first building. The building is on the corner of Mira Mesa Blvd and Pacific Heights Blvd.

## ▸ Coming from I-5 South or I-805 South

Take I-5 North to I-805 North to Mira Mesa Blvd. Turn left at Pacific Heights Blvd. You can either make a U-turn at Pacific Mesa Blvd or go left and turn into the first building. The building is on the corner of Mira Mesa Blvd and Pacific Heights Blvd.

## ▸ Coming from I-15

Take the Mira Mesa Blvd exit. Continue onto Mira Mesa Blvd. for 5 miles. Turn right at Pacific Height Blvd. You can either make a U-turn at Pacific Mesa Blvd or go left and turn into the first building. The building is on the corner of Mira Mesa Blvd and Pacific Heights Blvd

# Parking

- Enter the parking lot and turn right to access the covered parking structured OR go left to park in the uncovered parking lot.
- After parking make your way to the front entrance of the building where the glass doors are.
- Take the elevator to the 3rd floor, get off the elevator and go left to the reception desk and sign in.

Quicken Loans Family of Companies    WHO WE ARE    WHERE

**Family of Companies:**

Amber Engine

Amrock

Bedrock

dPOP

Fathead

Nexsys

One Reverse Mortgage

Quicken Loans

Rock Connections

Rocket Fiber

Rocket Homes

Rocket Loans

Rock Ventures

StockX

Xenith

   

 

©2000 - 2019 Quicken Loans Inc. All rights reserved. Lending services provided by Quicken Loans Inc., a subsidiary of Rock Holdings Inc. "Quicken Loans" is a registered service mark of Intuit Inc., used under license.