# EXHIBIT F

| | | F |
|---|---|---|
|  | **State of California**<br>Secretary of State<br><br>**Statement of Information**<br>(Foreign Corporation)<br>FEES (Filing and Disclosure): $25.00.<br>If this is an amendment, see instructions.<br>**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM** | **FW65637**<br><br>**FILED**<br><br>In the office of the Secretary of State<br>of the State of California<br><br>**MAY-09 2018** |

| 1. CORPORATE NAME | |
|---|---|
| LMB MORTGAGE SERVICES, INC. | |

| 2. CALIFORNIA CORPORATE NUMBER | C3213295 | This Space for Filing Use Only |
|---|---|---|

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 13.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 12181 BLUFF CREEK DR. STE 250, LOS ANGELES, CA 90094 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| | | | |
| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |
| | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| STEVE KRENZER | 12181 BLUFF CREEK DR. STE 250, LOS ANGELES, CA 90094 | | | |
| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| PAT GREGORY | 12181 BLUFF CREEK DR. STE 250, LOS ANGELES, CA 90094 | | | |
| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| PAT GREGORY | 12181 BLUFF CREEK DR. STE 250, LOS ANGELES, CA 90094 | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

| 10. NAME OF AGENT FOR SERVICE OF PROCESS | | | |
|---|---|---|---|
| MITCH VINER | | | |
| 11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
| 12181 BLUFF CREEK DR., STE 250, PLAYA VISTA, CA 90094 | | | |

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
ONLINE LEAD GENERATION, MARKET

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 05/09/2018 | KELLY LETTMANN | POWER OF ATTORNEY | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013) | | | APPROVED BY SECRETARY OF STATE