EXHIBIT G

(http://www.tatango.com/)

by **tatango**

utm_campaign=Short%20Code%20Directory&utm_content=header&utm_medium=referral&utm_source=short%20code%20directory&__hstc=216944585.fc918d24eeddbabc6d0f74b38af4a943.1556746903

 (https://usshortcodedirectory.com/)

# Quicken Loans SMS Short Code

 ## 26293 Short Code

Do you own this number?

**Banking & Financial Services (https://usshortcodedirectory.com/sms-short-code-industry/banking-financial-services/)**

Write Review                                    Report Spam (http://www.spamresponse.com/report-spam)

Last Updated: January 7, 2017

## Short Code Owner Information

| | |
|---|---|
| **Business/Organization:** | Quicken Loans |
| **Address:** | 7535 Torrey Santa Fe Rd. |
| **City:** | San Diego |
| **State:** | CA |
| **Zip Code:** | 92129 |
| **Website:** | http://www.quickenloans.com/ (http://www.quickenloans.com/) |
| **Email Address:** | help@quickenloans.com |
| **Phone Number:** | (858) 215-8000 |

## Basic Short Code Information

| | |
|---|---|
| **Short Code Number:** | 26293 |
| **Short Code Length:** | 5-Digit Short Code (https://usshortcodedirectory.com/sms-short-code-types/5-digit-short-code/) |
| **Short Code Activation Date:** | 1/29/14 |
| **Short Code Deactivation Date:** | N/A |
| **Short Code Type:** | Dedicated Short Code (https://usshortcodedirectory.com/sms-short-code-types/dedicated-short-code/) |
| **Vanity Short Code Style:** | Non-Vanity Short Code (https://usshortcodedirectory.com/sms-short-code-types/non-vanity-short-code/) |
| **Vanity Short Code Spelling:** | N/A |
| **Messaging Types:** | Not Provided |

**Supported Wireless Carriers:**

- Cincinnati Bell
- Leap Wireless
- United States Cellular Corp
- Verizon
- T-Mobile
- Alltel-Allied
- AT&T
- Cellular South
- IWireless
- Metro PCS
- Virgin Mobile
- Boost Mobile
- Union Telephone
- nTelos
- TracFone (AT&T)
- West Central Wireless
- Bluegrass Cellular
- Carolina West Wireless
- Rural Independent Network Alliance
- East Kentucky Network
- Illinois Valley Cellular
- Inland Cellular
- Nex Tech Communications
- Pine Cellular
- DTC Wireless
- Boost-CDMA
- CellCom
- Immix
- ECIT
- Alaska Communications Systems (ACS)

- United Wireless
- GCI Communications
- Thumb Cellular
- Cross Wireless
- Chat Mobility
- Northwest Missouri Cellular
- Pioneer Cellular
- Panhandle Wireless
- Element Mobile
- Golden State Cellular

- Viaero Wireless
- Plateau Wireless
- MTPCS
- Cellular One
- Cleartalk (Flat Wireless)
- Epic Touch
- Mosaic Telecom
- Mobi
- PCS
- Peoples Wireless

- Duet IP
- Chariton Valley Cellular
- SouthernLINC
- MobileNation/SI Wireless
- MTA Wireless/Matanuska
- Kenai SRT Communications
- MetroPCS/T-Mobile
- US Aio Wireless
- Sagebrush Cellular
- Google Voice

## Short Code Campaign Information

| | |
|---|---|
| **Campaign Name:** | QL Text Alerts |
| **Campaign Type:** | One-Off |
| **Campaign URL:** | Not Provided |
| **Campaign Status:** | Active |
| **Campaign Terms & Conditions:** | Not Provided |
| **Campaign Support Phone Number:** | 1 (800) 863-4332 |
| **Campaign Support Email Address:** | help@quickenloans.com (mailto:help@quickenloans.com) |

**Campaign Description:**

The SMS short code 26293, is being used by Quicken Loans.

The dedicated short code number 26293, is currently registered in the U.S. with the Common Short Code Administration (CSCA), and is a non-vanity short code being used by Quicken Loans.

For more information about the short code 26293, text HELP to 26293, or contact their short code customer support at either help@quickenloans.com (mailto:help@quickenloans.com) or 1 (800) 863-4332. Did you receive a text message from 26293, and you wish to unsubscribe? You can unsubscribe from Quicken Loans text messages by texting "STOP" to 26293.

Quicken Loans is using the non-vanity short code 26293, to send important security alerts to their banking customers. They' also using the short code to send text message alerts for bank account activity such as large transactions, overdrafts, low balances, payments that are due or overdue, and even to alert banking customers of new statements that are available.

**Campaign Content:**

Not provided

| | |
|---|---|
| **Campaign Language:** | English |
| **Campaign Opt-in Keyword:** | Not Provided |
| **Opt-in Type:** | Not Provided |
| **Campaign Launch Date:** | Not Provided |

## Leave a Comment About This Short Code

Enter your comment here...



(http://www.tatango.com/?
utm_campaign=Short%20Code%20Directory&utm_content=sidebar&utm_medium=referral&utm_source=short%20code%20directory&__hstc=2169445&

Similar Short Codes

74889 - Deutsche Bank (https://usshortcodedirectory.com/directory/short-code-74889/)

74029 - Connect Send (https://usshortcodedirectory.com/directory/short-code-74029/)

41035 - Elan Financial Ser... (https://usshortcodedirectory.com/directory/short-code-41035/)

40852 - Timeless Banking (https://usshortcodedirectory.com/directory/short-code-40852/)

40855 - IncLoan (https://usshortcodedirectory.com/directory/short-code-40855/)

39900 - OnPoint Community ... (https://usshortcodedirectory.com/directory/short-code-39900/)

39872 - Fiserv (https://usshortcodedirectory.com/directory/short-code-39872/)

332898 - 1st Financial Bank... (https://usshortcodedirectory.com/directory/short-code-332898/)

332872 - 1st Financial Bank... (https://usshortcodedirectory.com/directory/short-code-332872/)

74423 - Zions Bank (https://usshortcodedirectory.com/directory/short-code-74423/)

Most Popular Short Codes

32665 - Facebook (https://usshortcodedirectory.com/directory/short-code-32665/)

732873 - TeleSign (https://usshortcodedirectory.com/directory/short-code-732873/)

837401 - Verify Phone Query (https://usshortcodedirectory.com/directory/short-code-837401/)

22000 - Google, Inc. (https://usshortcodedirectory.com/directory/short-code-22000/)

23333 - Google (https://usshortcodedirectory.com/directory/short-code-23333/)

88022 - Donald J. Trump fo... (https://usshortcodedirectory.com/directory/short-code-88022/)

313131 - Ez Texting (https://usshortcodedirectory.com/directory/short-code-313131/)

70133 - SafeLink Wireless (https://usshortcodedirectory.com/directory/short-code-70133/)

776836 - VerifyPhoneSMS (https://usshortcodedirectory.com/directory/short-code-776836/)

227898 - Capital One (https://usshortcodedirectory.com/directory/short-code-227898/)


Recently Trending Short Codes


32665 - Facebook (https://usshortcodedirectory.com/directory/short-code-32665/)

732873 - TeleSign (https://usshortcodedirectory.com/directory/short-code-732873/)

411669 - Text Ripple (https://usshortcodedirectory.com/directory/short-code-411669/)

88811 - Socialight (https://usshortcodedirectory.com/directory/short-code-88811/)

837401 - Verify Phone Query (https://usshortcodedirectory.com/directory/short-code-837401/)

23333 - Google (https://usshortcodedirectory.com/directory/short-code-23333/)

22000 - Google, Inc. (https://usshortcodedirectory.com/directory/short-code-22000/)

88022 - Donald J. Trump fo... (https://usshortcodedirectory.com/directory/short-code-88022/)

454358 - LG&E and KU (https://usshortcodedirectory.com/directory/short-code-454358/)

78156 - Authy (https://usshortcodedirectory.com/directory/short-code-78156/)

© 2017 U.S. Short Code Directory by Tatango (http://www.tatango.com/?
utm_campaign=Short%20Code%20Directory&utm_medium=referral&utm_source=short%20code%20directory&__hstc=216944585.fc918d24eeddbabc6d0f74b38af4a943.1556746903933.1556746903933.1...
| Privacy Policy (https://usshortcodedirectory.com/privacy-policy) | Terms & Conditions (https://usshortcodedirectory.com/terms-conditions)