Frank S. Hedin (SBN 291289)
E-mail: fhedin@hedinhall.com
David W. Hall (SBN 274921)
E-mail: dhall@hedinhall.com
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, individually and on behalf of all others similarly situated, | Case No. 5:19-cv-00163-FMO-SP |
| Plaintiff, | **DECLARATION OF FRANK S. HEDIN IN SUPPORT OF PLAINTIFF AMANDA HILL'S OPPOSITION TO DEFENDANT QUICKEN LOAN INC.'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| QUICKEN LOANS INC., | |
| Defendant. | |

I, Frank S. Hedin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1.     I am one of the attorneys of record for plaintiff Amanda Hill and the proposed class in this action, and I submit this declaration in support of Plaintiff's Response in Opposition to Defendant's Motion to Compel Arbitration (ECF No. 29);

2.     Attached hereto as Exhibit "A" is a true and correct copy of U.S. Patent No. 7,778,885 dated August 27, 2010.

3.     Attached hereto as Exhibit "B" is a true and correct copy of printout of a website I accessed on May 9, 2019 at the URL https://gizmodo.com/before-you-hit-submit-this-company-has-already-logge-1795906081;

4. Attached hereto as Exhibit "C" is a true and correct copy of printout of a website I accessed on May 9, 2019 at the URL https://consumerist.com/2017/06/29/these-forms-collect-your-data-even-if-you-dont-hit-submit/;

5. Attached hereto as Exhibit "D" is a true and correct copy of printout of a website I accessed on May 9, 2019 at the URL https://www.quickenloans.com/about/legal/terms-of-use;

6. Attached hereto as Exhibit "E" is a collection of true and correct copies of screenshots I took on May 9, 2019 of comments posted to the LowerMyBills.com section of the website ConsumerAffairs.com, at the URL https://www.consumeraffairs.com/finance/lowermybills_com.html;

7. Attached hereto as Exhibit "F" is a true and correct copy of a screenshot of a page accessible on the website http://www.yourvasurvey.info, which I took on May 9, 2019 using a web browser on a Galaxy cellular device.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of May, 2019 at San Francisco, California.

/s/ Frank S. Hedin
Frank S. Hedin

DECLARATION OF FRANK S. HEDIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT QUICKEN LOAN INC.'S MOTION TO COMPEL ARBITRATION