Frank S. Hedin (SBN 291289)
E-mail: fhedin@hedinhall.com
David W. Hall (SBN 274921)
E-mail: dhall@hedinhall.com
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534

*Counsel for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, and GAYLE HYDE; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**DECLARATION OF BRANDON PICKETT IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT QUICKEN LOAN INC.'S MOTION TO COMPEL ARBITRATION** |

I, Brandon Pickett, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, based on my own personal knowledge, that the following statements are true:

1. I am over 18 years of age and am a resident of Buckeye, Arizona, and I submit this declaration in support of plaintiff Amanda Hill's response in opposition to Quicken Loans Inc.'s motion to compel arbitration of her claims.

2. In or about November 2014, I visited a webpage located at the website LowerMyBills.com, which I understand is presently owned and/or operated by LMB Mortgage Services, Inc. ("LMB"), a subsidiary of Rock Holdings Inc., the parent company of Quicken Loans, Inc. During that visit, I may have selected information from several initial drop down menus related to "Loan Type," "Property Use," "Home Description," or "Your ZIP Code," and may have inputted certain information in fields

related to my then-existing mortgage, such as "Purchase Year," "Estimated Home Value," and "Interest Rate." Although I may have partially filled in some of the non-personal intake information on the webpage, I did not complete all of the intake fields, and in particular I am certain that I did not input any of my or my wife's personal contact information, did not click any "Click to See Your Free Results" button or other buttons on any such website, and did not ever receive notice of or agree to any purported terms of service available related to any such website.

3. I understand that, beginning in around November 2018, including on November 7, 2018, LMB and other companies began sending SMS text messages to my wife Amber Pickett's cellular telephone number, (602) 820-4581, without her consent. This included at least one text message sent by LMB to my wife's 4581 number in November 2018 that was addressed to "Brandon" and which advertised subprime mortgage relief services targeted towards veterans; I understand that LMB used the telephone number 60107 to send this message addressed to "Brandon" to my wife's cellular telephone number.

4. Again, at no point have I ever inputted my wife's telephone number, my telephone number, or any of my or my wife's personal contact information to the LowerMyBills.com website or any other website associated with LMB or any related companies. And I certainly never pressed any button to submit the information that I did input into any form on any LowerMyBills.com webpage.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of May, 2019 at _____.

By: /s/ Brandon Pickett
Brandon Pickett

DECLARATION OF BRANDON PICKETT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT QUICKEN LOAN INC.'S MOTION TO COMPEL ARBITRATION