# *EXHIBIT 1*

# *EXHIBIT 1*

| Product Vertical | Inquiry Datetime | Month | Lead Status | Marketing User/Device Type | User First Name | User Last Name | User Address 1 | User City |
|---|---|---|---|---|---|---|---|---|
| Lending | 10/10/2018 10:21:49 PM | Oct 2018 | Sent | n/a | AMANDA | HILL | 35312 FREDERICK ST | WILDOMAR |
| Lending | 11/12/2018 12:12:11 PM | Nov 2018 | Sent | n/a | AMANDA | HILL | 35312 FREDERICK ST | WILDOMAR |

Exhibit 1 -2-

| User State | User ZIP Code | IP Address | Parent Provider | Product Category | Loan Type | Property Type | Property Use | Credit Profile (Self Assessed) |
|---|---|---|---|---|---|---|---|---|
| CA | 92595 | 47.156.26.156 | QUICKEN LOANS | 21 LRE | Home Refinance | Single Family | 0 | Good |
| CA | 92595 | 172.58.30.133 | QUICKEN LOANS | 21 LRE | Home Refinance | Single Family | 0 | Good |

Exhibit 1 -3-

| Home Purchase Year | Home Value | Mortgage 1 Balance | Mortgage 1 Interest Rate | Mortgage 2 Balance | Mortgage 2 Interest Rate | Cash Out Amount |
|---|---|---|---|---|---|---|
| 1955 | 390000 | 350000 | 4.25 | 0 | 0 | 0 |
| 1955 | 390000 | 350000 | 4.25 | 0 | 0 | 0 |

Exhibit 1 -4-

| Mortgage Rate Type | Year of Birth | Refi Purpose | User Occupation Status | User Bankruptcy Flag | FHA Mortgage Flg | Mortgage Late Flag |
|---|---|---|---|---|---|---|
| 4175 FIXED | 0 | Lower My Interest Rate | Employed | No | No | No |
| 4175 FIXED | 0 | Change Loan Terms | Employed | No | No | No |

Exhibit 1 -5-

| Current Lender | Week | Date | Inquiries Base | Phone | Email |
|---|---|---|---|---|---|
| 6986 Other | 10/7/2018 - 10/13/2018 | 10/10/2018 | 1 | 951-813-9785 | pandahill51@gmail.com |
| 6986 Other | 11/11/2018 - 11/17/2018 | 11/12/2018 | 1 | 951-813-9785 | pandahill51@gmail.com |

Exhibit 1 -6-