Name and address:
Laura A. Stoll (SBN 255023)
lstoll@goodwinlaw.com
GOODWIN PROCTER, LLP
601 S. Figueroa Street, 41St. Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500 | Fax.: +1 213 623 1673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br>v.<br>QUICKEN LOANS INC.<br><br>Defendant(s). | CASE NUMBER<br>5:19-cv-00163-FMO-SP<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Chan, Yvonne W.    of    GOODWIN PROCTER, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    100 Northern Avenue
                                                               Boston, MA 02210
617-570-1000        617-523-1231
*Telephone Number*  *Fax Number*
YChan@goodwinlaw.com
*E-Mail Address*                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Quicken Loans Inc.

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Stoll, Laura A.    of    GOODWIN PROCTER, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    601 S. Figueroa Street, 41st Floor
                                                              Los Angeles, CA 90017
255023            213-426-2500      213-623-1673
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
LStoll@goodwinlaw.com
*E-Mail Address*                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

                                                               **U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1
ACTIVE/99168961.1

American LegalNet, Inc.
www.FormsWorkFlow.com