Name and address:
Laura A. Stoll (SBN 255023)
lstoll@goodwinlaw.com
GOODWIN PROCTER, LLP
601 S. Figueroa Street, 41St. Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500 | Fax.: +1 213 623 1673

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br>v.<br>QUICKEN LOANS INC.<br><br>Defendant(s). | CASE NUMBER<br>5:19-cv-00163-FMO-SP<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Chan, Yvonne W.         of    GOODWIN PROCTER, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    100 Northern Avenue
617-570-1000       617-523-1231    Boston, MA 02210
*Telephone Number*    *Fax Number*
YChan@goodwinlaw.com
*E-Mail Address*       *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Quicken Loans Inc.

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Stoll, Laura A.        of    GOODWIN PROCTER, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    601 S. Figueroa Street, 41st Floor
255023     213-426-2500    213-623-1673    Los Angeles, CA  90017
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
LStoll@goodwinlaw.com
*E-Mail Address*       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: _____
         ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
         ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** June 3, 2019                               /s/  Fernando M. Olguin
                                         **U.S. District Judge/U.S. Magistrate Judge**

