Frank S. Hedin (SBN 291289)
E-mail: fhedin@hedinhall.com
David W. Hall (SBN 274921)
E-mail: dhall@hedinhall.com
HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534

*Counsel for Plaintiff and the Putative Classes*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| AMANDA HILL, and GAYLE HYDE; individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> QUICKEN LOANS INC., <br><br> Defendant. | Case No. 5:19-cv-00163-FMO-SP <br><br> **CORRECTED DECLARATION OF AMANDA HILL IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT QUICKEN LOAN INC.'S MOTION TO COMPEL ARBITRATION** |
|---|---|

I, Amanda Hill, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, based on my own personal knowledge, that the following statements are true:

1.  I am over 18 years of age and am a resident of Wildomar, California, and I submit this declaration in support of my response in opposition to Quicken Loans Inc.'s motion to compel arbitration of her claims.

2.  In or about October to November 2018, I recall using my Android Galaxy mobile phone to visit webpages located at the websites YourVASurvey.com and LowerMyBills.com, which I understand are presently owned and/or operated by LMB Mortgage Services, Inc. ("LMB"), a subsidiary of Rock Holdings Inc., the parent company of Quicken Loans, Inc. During those visits, I may have selected information from several initial drop down menus related to "Loan Type," "Property Use," "Home

Description," or "Your ZIP Code," and may have inputted certain information in fields related to my veteran status or my then-existing mortgage, such as "Purchase Year," "Estimated Home Value," and "Interest Rate." Although I may have partially filled in some of the non-personal intake information on the webpage, I did not complete all of the intake fields, and in particular, I did not input any of my personal contact information, did not click any "See my results" or "Click to See Your Free Results" buttons or other buttons on any such website, and did not ever receive notice of or agree to any purported terms of service available related to any such website.

3. Nevertheless, thereafter, Quicken and other companies began sending SMS text messages to my cellular telephone number without my consent. This included at least one text message sent by Quicken to my number in November 2018 that advertised subprime mortgage relief services.

4. Again, at no point have I ever inputted my telephone number or any of my personal contact information into the YourVASurvey or LowerMyBills.com website or any other website associated with Quicken, LMB, or any related companies. And I never pressed any button to submit the information that I did input into any form on any Quicken, LMB, or related webpage.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of June 2019 at Wildomar, California.

By: _____
Amanda Hill (Jun 4, 2019)
Amanda Hill