1    BROOKS R. BROWN (SBN 250724)
     *BBrown@goodwinlaw.com*
2    W. KYLE TAYMAN (pro hac vice)
     *KTayman@goodwinlaw.com*
3    **GOODWIN PROCTER LLP**
     901 New York Avenue NW
4    Washington, DC  20001
     Tel.: +1 202 346 4000
5    Fax.: +1 202 346 4444

6    YVONNE W. CHAN (pro hac vice)
     *YChan@goodwinlaw.com*
7    **GOODWIN PROCTER LLP**
     100 Northern Avenue
8    Boston, MA  02210
     Tel.: +1 617 570-1000
9    Fax.: +1 617 523-1231

10   LAURA A. STOLL (SBN 255023)
     *LStoll@goodwinlaw.com*
11   **GOODWIN PROCTER LLP**
     601 S. Figueroa Street, 41st Floor
12   Los Angeles, CA  90017
     Tel.: +1 213 426 2500
13   Fax.: +1 213 623 1673

14   Attorneys for Defendant:
     QUICKEN LOANS INC.

15

16              **UNITED STATES DISTRICT COURT**

17             **CENTRAL DISTRICT OF CALIFORNIA**

18                    **WESTERN DIVISION**

19

| | |
|---|---|
| 20  AMANDA HILL and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated, | Case No. 5:19-cv-00163-FMO-SP |
| 21 | **[PROPOSED] ORDER GRANTING DEFENDANT QUICKEN LOANS INC.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS** |
| 22  Plaintiffs, | |
| 23  v. | |
| 24  QUICKEN LOANS INC., | Courtroom:  6D |
| 25  Defendant. | Judge:     Hon. Fernando M. Olguin |

26

27

28

**[PROPOSED] ORDER**

Based upon QUICKEN LOANS INC.'S ("Quicken Loans") *Ex Parte* Application for Leave to File Response to Plaintiff's Objections and Memorandum of Points and Authorities in Support Thereof (the "Application") and the Declaration submitted in support of the Application, and compelling reasons appearing therefore, IT IS HEREBY ORDERED as follows:

Quicken Loans' Application is GRANTED.  Quicken Loans shall file its response within three (3) business days of this Order.

**IT IS SO ORDERED.**

Dated:_____, 2019    _____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1

1

## PROOF OF SERVICE

2    I am employed in the County of San Francisco, State of California.  I am
over the age of 18 and not a party to the within action.  My business address is:
3    Three Embarcadero Center, San Francisco, California  94111.

4    On **June 17, 2019**, I caused to be served the following document on the
persons below as follows:

5

6    **[PROPOSED] ORDER GRANTING DEFENDANT QUICKEN LOANS INC.'S**
**_EX PARTE_ APPLICATION FOR LEAVE TO FILE RESPONSE TO**
7    **PLAINTIFF'S OBJECTIONS**

8    Frank S. Hedin                          Counsel for Plaintiffs: *Amanda Hill* and
David W. Hall                                                  *Gayle Hyde*
9    HEDIN HALL, LLP                         Telephone: 415-766-3534
Four Embarcadero Center, Suite 1400       Facsimile: 415-402-0058
10   San Francisco, CA  94104                 fhedin @hedinhall.com
                                              dhall@hedinhall.com
11

12   Abbas Kazerounian                       Counsel for Plaintiffs: *Amanda Hill* and
Jason A. Ibey                                                  *Gayle Hyde*
13   Nicholas Barthel                        Telephone: 800-400-6808
KAZEROUNI LAW GROUP, APC                  Facsimile: 800-520-5523
14   245 Fischer Avenue, Suite D1             ak@kazlg.com
Costa Mesa, CA  92626                     nicholas@kazlg.com
15                                            jason@kazlg.com

16

17   Yaakov Saks                             Counsel for Plaintiffs: *Amanda Hill* and
STEIN SAKS,  PLLC                                              *Gayle Hyde*
18   285 Passaic Street                      Telephone: 201-282-6500
Hackensack, NJ  07601                     Facsimile: 201-282-6501
19                                            ysaks@steinsakslegal.com

20   ***PRO HAC VICE NOT YET FILED***
***Courtesy Copy Only***
21

22

23   ☐   (FACSIMILE). Based on an agreement of the parties to accept service by
fax transmission, I faxed the documents to the persons at the fax numbers
24   listed. No error was reported by the fax machine that I used. A copy of the
record of the fax transmission, which I printed out, is attached.

25

26

27

28

☐ (MAIL). I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at San Francisco, California.

☐ (OVERNIGHT DELIVERY). I deposited in a box or other facility regularly maintained by FedEx, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

x (E-MAIL or ELECTRONIC TRANSMISSION). Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **June 17, 2019**, at Redwood City, California.

| | |
|---|---|
| _____ | _____ |
| Gareth J. Oania | (Signature) |
| (Type or print name) | |