# PROOF OF SERVICE

I am a resident of the State of Utah, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 169 W 2710 S Circle, Suite 204F, St. George, Utah 84790. On June 18, 2019, I served the within document(s):

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S EVIDENTIARY OBJECTIONS**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 18, 2019, at St. George, Utah.

/s/ Jason A. Ibey
JASON A. IBEY

PROOF OF SERVICE