| | |
|---|---|
| 1 | BROOKS R. BROWN (SBN 250724) |
| 2 | BBrown@goodwinlaw.com<br>W. KYLE TAYMAN (pro hac vice) |
| 3 | KTayman@goodwinlaw.com<br>**GOODWIN PROCTER LLP** |
| 4 | 901 New York Avenue NW<br>Washington, DC 20001 |
| 5 | Tel.: +1 202 346 4000<br>Fax.: +1 202 346 4444 |
| 6 | YVONNE W. CHAN (pro hac vice) |
| 7 | YChan@goodwinlaw.com<br>**GOODWIN PROCTER LLP** |
| 8 | 100 Northern Avenue<br>Boston, MA 02210 |
| 9 | Tel.: +1 617 570-1000<br>Fax.: +1 617 523-1231 |
| 10 | LAURA A. STOLL (SBN 255023) |
| 11 | LStoll@goodwinlaw.com<br>**GOODWIN PROCTER LLP** |
| 12 | 601 S. Figueroa Street, 41st Floor<br>Los Angeles, CA 90017 |
| 13 | Tel.: +1 213 426 2500<br>Fax.: +1 213 623 1673 |
| 14 | Attorneys for Defendant: |
| 15 | QUICKEN LOANS INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**ORDER GRANTING DEFENDANT QUICKEN LOANS INC.'S *EX PARTE* APPLICATION [50] FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS**<br><br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

**ORDER**

Having reviewed all the briefing filed with respect to QUICKEN LOANS INC.'S ("Quicken Loans") *Ex Parte* Application for Leave to File Response to Plaintiff's Objections and Memorandum of Points and Authorities in Support Thereof (the "Application"), and finding good cause therefore, IT IS HEREBY ORDERED that Quicken Loans's Application is GRANTED as follows. Quicken Loans shall file its response no later than **June 21, 2019**. The Response shall not exceed seven (7) pages.

Dated: June 19, 2019

/s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1