Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
David W. Hall (SBN 274921)
dhall@hedinhall.com
Hedin Hall LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS, INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**JOINT STIPULATION TO CONTINUE NOVEMBER 6, 2019 EVIDENTIARY HEARING** |

Pursuant to Civil Local Rules 7-1 and 7-11, Plaintiff Amanda Hill and Gayle Hyde and Defendant Quicken Loans, Inc., by and through their respective counsel, hereby stipulate as follows:

WHEREAS, an evidentiary hearing regarding Defendant's fully briefed motion to compel arbitration is currently scheduled for November 6, 2019, *see* ECF No. 54;

WHEREAS, counsel for Plaintiffs have pre-existing, unavoidable scheduling conflicts, including both long-scheduled international travel and several previously scheduled out-of-state, in-person obligations in other cases, including oral arguments on motions for summary judgment and motions to dismiss, which will prevent them from appearing for the evidentiary hearing on November 6, 2019 (or on any other date during the month of November other than court holidays);

JOINT STIPULATION TO CONTINUE EVIDENTIARY HEARING

WHEREAS, Plaintiffs' counsel have conferred with Defendant regarding these conflicts, Defendant has graciously agreed to a short continuance that accommodates all parties' scheduling obligations and does not oppose Plaintiff's request, and the parties have worked in good faith to coordinate mutually agreeable alternative dates to propose to the Court.

WHEREAS, Plaintiffs can be available any date during the first three weeks of December that is acceptable to Defendant and the Court.

WHEREAS, Defendant is available for the hearing on November 6 as scheduled, or can be available on November 18-20, or December 9, 16-19.

WHEREAS, Plaintiff requests a short continuance of the evidentiary hearing to December 9, 16, 17, 18, or 19, or any date thereafter at the Court's convenience that is also acceptable to both Parties.

WHEREAS, no party has requested any prior continuance related to the evidentiary hearing.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

1. Plaintiffs' request for a short continuance of the evidentiary hearing on Defendant's motion to compel arbitration currently schedule for November 6, 2019 should be granted;

2. The evidentiary hearing should be continued to December 9, 16, 17, 18, or 19, or a date thereafter at the Court's convenience that is also acceptable to both Parties.

3. Based on the above, Plaintiff asks the Court to enter the proposed order filed herewith.

Dated: October 30, 2019　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Hedin Hall LLP

　　　　　　　　　　　　　　　　By: /s/ David W. Hall

- 2 -
JOINT STIPULATION TO CONTINUE EVIDENTIARY HEARING

FRANK S. HEDIN (SBN 291289)
fhedin@hedinhall.com
DAVID W. HALL (SBN 274921)
dhall@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiff and Putative Class*

Goodwin Proctor L.L.P.

By:  /s/ Kyle Tayman

BROOKS BROWN (SBN 250724)
bbrown@goodwinlaw.com
W. KYLE TAYMAN (*pro hac vice*)
ktayman@goodwinlaw.com
901 New York Ave NW #
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

*Counsel for Defendant*

## **CERTIFICATION**

I, David W. Hall, hereby certify that I have obtained authorization to affix the foregoing signatures to this document and, on this 30th day of October, 2019, electronically filed this document through the Court's CM/ECF system, which will serve electronic notice of the filing on all parties and counsel of record.

<u>/s/David W. Hall</u>