Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
David W. Hall (SBN 274921)
dhall@hedinhall.com
Hedin Hall LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS, INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE NOVEMBER 6, 2019 EVIDENTIARY HEARING** |

Having reviewed the parties' joint stipulation to continue the November 6, 2019 evidentiary hearing, the Court finds good cause and hereby orders as follows:

In light of the parties good faith coordination efforts and counsel for Plaintiffs' pre-existing scheduling conflicts, including both long-scheduled international travel and several previously scheduled out-of-state, in-person obligations in other cases, including oral arguments on motions for summary judgment and motions to dismiss, the Court finds good cause for a short continuance of the evidentiary hearing currently scheduled for November 6, 2019;

Plaintiffs' request for a short continuance of the evidentiary hearing on Defendant's motion to compel arbitration currently schedule for November 6, 2019 is GRANTED;

The evidentiary hearing is hereby continued to December 9, 16, 17, 18, or 19, or a date thereafter at the Court's convenience that is also acceptable to both Parties.

IT IS SO ORDERED.

DATED: _____

                                                Hon. Fernando M. Olguin
                                                United State District Judge