FILED
CLERK, U.S. DISTRICT COURT
11/4/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS, INC.,<br><br>　　　　　Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE NOVEMBER 6, 2019 EVIDENTIARY HEARING |

　　Having reviewed the parties' joint stipulation to continue the November 6, 2019 evidentiary hearing, the Court finds good cause and hereby orders as follows:

　　In light of the parties good faith coordination efforts and counsel for Plaintiffs' pre-existing scheduling conflicts, including both long-scheduled international travel and several previously scheduled out-of-state, in-person obligations in other cases, including oral arguments on motions for summary judgment and motions to dismiss, the Court finds good cause for a short continuance of the evidentiary hearing currently scheduled for November 6, 2019;

　　Plaintiffs' request for a short continuance of the evidentiary hearing on Defendant's motion to compel arbitration currently schedule for November 6, 2019 is GRANTED;

[~~PROPOSED~~] ORDER GRANTING
JOINT STIPULATION TO CONTINUE EVIDENTIARY HEARING

1   The evidentiary hearing is hereby continued to December 16, 2019 at
2   2:00 p.m.
3   IT IS SO ORDERED.

5   DATED: November 4, 2019

/s/
Hon. Fernando M. Olguin
United State District Judge

Counsel re reminded to comply with Local Rule 5-4.4.2 in future filings.

- 2 -
[PROPOSED] ORDER GRANTING
JOINT STIPULATION TO CONTINUE EVIDENTIARY HEARING