Name and address:
Laura A. Stoll (SBN 255023)
GOODWIN PROCTER, LLP
601 S. Figueroa Street, 41ST Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500 | Fax.: +1 213 623 1673

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated,<br><br>           Plaintiff(s),<br>v.<br><br>QUICKEN LOANS INC.,<br><br>           Defendant(s), | CASE NUMBER<br><br>5:19-cv-00163-FMO-SP<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Morganroth, Jeffrey B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

check here if federal government attorney ☐

Morganroth & Morganroth, PLLC
*Firm/Agency Name*

344 North Old Woodward Avenue, Suite 200    248-864-4000    (248) 864-4001
                      *Telephone Number*      *Fax Number*
*Street Address*

Birmingham, MI 48009               jmorganroth@morganrothlaw.com
*City, State, Zip Code*                  *E-mail Address*

**I have been retained to represent the following parties:**

                    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

Quicken Loans Inc.              ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

   *Name of Court*         *Date of Admission*    *Active Member in Good Standing? (if not, please explain)*
   Please See Attachment - A



List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
|   |   |   |   |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

```
[                                                                     ]
```

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☐ No

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated November 22, 2019

Jeffrey B. Morganroth
*Applicant's Name (please type or print)*

*/s/ Jeffrey B. Morganroth*
*Applicant's Signature*



## SECTION III - DESIGNATION OF LOCAL COUNSEL

Stoll, Laura A
*Designee's Name (Last Name, First Name & Middle Initial)*

GOODWIN PROCTER, LLP
*Firm/Agency Name*

601 S. Figueroa Street, 41ST Floor

*Street Address*

Los Angeles, CA  90017
*City, State, Zip Code*

213-426-2500
*Telephone Number*

213-623-1673
*Fax Number*

LStoll@goodwinlaw.com
*E-mail Address*

255023
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.**

Dated  November 22, 2019

Laura A. Stoll
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)



## Attachment A

## **LIST OF ADMISSIONS**

Michigan (11/16/1988) (P41670); active

U.S. District Court, Eastern District of Michigan (1988); active

District of Columbia (12/8/1989) (421684); active

New York (10/31/1997) (j508645); active

U.S. Court of Appeals, Eleventh Circuit (1994); active

U.S. Tax Court (1994); active

U.S. District Court, District of Columbia (2002); active

U.S. District Court, Southern District of New York (2002) (JM 3286); active

U.S. District Court, Western District of Michigan (2003); active

U.S. Court of Appeals, Sixth Circuit (1/30/1989); active

U.S. Supreme Court (2012); active

U.S. Court of Appeals, Fourth Circuit (6/5/2012); active

U.S. Court of Appeals, Second Circuit (9/23/14); active

U.S. District Court, Northern District of Illinois (10/17/13); active

U.S. District Court, District of Colorado (9/17/13); active

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Jeffrey B. Morganroth*

was admitted to the practice of law in the courts of the State of Michigan on

*November 16, 1988*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: October 28, 2019

Clerk



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jeffrey Brian Morganroth

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **23rd day of September, 1992**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **20th day of November, 2019**.



Robert D Mayberger

Clerk

 

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Jeffrey B Morganroth*

was duly qualified and admitted on December 8, 1989 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 31, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

| Name and address:<br>LAURA A. STOLL (SBN 255023)<br>lstoll@goodwinlaw.com<br>GOODWIN PROCTER, LLP<br>601 S. Figueroa Street, 41ST Floor<br>Los Angeles, CA  90017<br>Tel.: +1 213 426 2500 \| Fax.: +1 213 623 1673 | |
|---|---|

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| AMANDA HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant(s). | CASE NUMBER<br>5:19-cv-00163-FMO-SP<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
|---|---|

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Morganroth, Jeffrey B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

248-864-4000         (248) 864-4001
*Telephone Number         Fax Number*

jmorganroth@morganrothlaw.com
*E-Mail Address*

of  Morganroth & Morganroth, PLLC
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
QUICKEN LOANS INC.

*Name(s) of Party(ies) Represented*           ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Stoll, Laura A.
*Designee's Name (Last Name, First Name & Middle Initial)*

255023         213-426-2500         213-623-1673
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

LStoll@goodwinlaw.com
*E-Mail Address*

of  GOODWIN PROCTER, LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application:
             ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
             ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.
**Dated**

                                    **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1
ACTIVE/101291344.1

