FILED
CLERK, U.S. DISTRICT COURT

12/3/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>5:19-cv-00163-FMO-SP<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Morganroth, Jeffrey B.     of   Morganroth & Morganroth, PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)*     344 North Old Woodward Avenue, Suite 200
                                                                 Birmingham, MI 48009

248-864-4000     (248) 864-4001
*Telephone Number*     *Fax Number*

jmorganroth@morganrothlaw.com
*E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
QUICKEN LOANS INC.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Stoll, Laura A.     of   GOODWIN PROCTER, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     601 S. Figueroa Street, 41st Floor
                                                                 Los Angeles, CA  90017
255023     213-426-2500     213-623-1673
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

LStoll@goodwinlaw.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application:
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated**  December 3, 2019                        /s/ Fernando M. Olguin
                                                    **U.S. District Judge**/~~U.S. Magistrate Judge~~

