UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-0163 FMO (SPx) | Date | December 16, 2019 |
|---|---|---|---|
| Title | Amanda Hill, et al. v. Quicken Loans, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Cheryl Wynn | Maria Bustillos | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Frank S. Hedin<br>David William Hall<br>Seyed Abbas Kazerounian | Jeffrey B. Morganroth<br>William Kyle Tayman |

**Proceedings:** Evidentiary Hearing on Motion to Compel Arbitration [29] (Held and Continued)

Counsel present witnesses and exhibits regarding Defendant's Motion to Compel Arbitration (Dkt. 29).

Testimony under oath is received from witnesses Ben Rich and Larry Smith.

Defense exhibits 1, 2, 3, 4, 5A, 5B, 6, 7, and 8 are identified and admitted.

Plaintiff exhibits 16 and 19 are identified.

The court continues the hearing to a date in January 2020, to be determined. Counsel shall confer re: proposed dates for the next hearing (and advise the Deputy Clerk of the proposed date) and a deadline for plaintiffs to provide a report from their expert. After the court has approved the deadline for the new hearing date, the parties shall file a stipulation with a proposed order no later than **December 20, 2019**.

Counsel are advised that no additional witnesses other than those referenced or mentioned during hearing will be permitted to testify.

IT IS SO ORDERED.

|  | 1 : 53 |
|---|---|
| Initials of Preparer | cw |