1  BROOKS R. BROWN (SBN 250724)
   BBrown@goodwinlaw.com
2  W. KYLE TAYMAN (pro hac vice)
   KTayman@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   901 New York Avenue NW
4  Washington, DC  20001
   Tel.: +1 202 346 4000
5  Fax.: +1 202 346 4444

6
   Attorneys for Defendant:
7  QUICKEN LOANS INC.

8
   FRANK S. HEDIN
9  *fhedin@hedinhall.com*
   DAVID W. HALL
10 *dhall@hedinhall.com*
   **HEDIN HALL, LLP**
11 Four Embarcadero Center, Suite 1400
   San Francisco, CA  94104
12 Telephone: 415-766-3534
   Facsimile: 415-402-0058
13
   Attorneys for Plaintiffs:
14 AMANDA HILL and GAYLE HYDE

15 [*Additional counsel listed in signature block*]

16
                    **UNITED STATES DISTRICT COURT**
17
                    **CENTRAL DISTRICT OF CALIFORNIA**
18
                           **WESTERN DIVISION**
19

| | |
|---|---|
| 20  AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>QUICKEN LOANS INC.,<br><br>                    Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**STIPULATION TO EXTEND DEADLINE TO PROPOSE DATES FOR CONTINUED EVIDENTIARY HEARING** |

Plaintiffs AMANDA HILL and GAYLE HYDE (collectively "Plaintiffs") and Defendant QUICKEN LOANS INC. ("Quicken Loans") (together, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, pursuant to this Court's order (Dkt. #61), the parties conferred on December 18, 2019 and thereafter to select a mutually agreeable date for the continued evidentiary hearing.

WHEREAS, due to scheduling conflicts, the Parties were unable to find a mutually convenient date in January 2020 at which the parties, counsel and the witnesses could appear for the continued evidentiary hearing.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

1. No later than January 3, 2020, the Parties will propose to the deputy clerk for approval dates in February 2020 for the continued evidentiary hearing, and upon approval, will submit to the Court at that time a stipulation and proposed order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 20, 2019     By:  /s/ W. Kyle Tayman
BROOKS R. BROWN
BBrown@goodwinlaw.com
W. KYLE TAYMAN (*pro hac vice*)
KTayman@goodwinlaw.com
**GOODWIN PROCTER LLP**

YVONNE W. CHAN (*pro hac vice*)
YChan@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.: +1 617 570-1000
Fax.: +1 617 523-1231

LAURA A. STOLL (SBN 255023)
LStoll@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

| | | | |
|---|---|---|---|
| 1 | | | JEFFREY B. MORGANROTH |
| 2 | | | (*pro hac vice*) |
| | | | *jmorganroth@morganrothlaw.com* |
| 3 | | | **MORGANROTH AND MORGANROTH PLLC** |
| 4 | | | Attorneys for Defendant: |
| 5 | | | QUICKEN LOANS INC. |
| 6 | Dated: December 20, 2019 | By: | /s/ Jason A. Ibey |
| 7 | | | FRANK S. HEDIN |
| | | | *fhedin @hedinhall.com* |
| 8 | | | DAVID W. HALL |
| | | | *dhall@hedinhall.com* |
| 9 | | | **HEDIN HALL, LLP** |
| 10 | | | ABBAS KAZEROUNIAN |
| | | | *ak@kazlg.com* |
| 11 | | | JASON A. IBEY |
| | | | *jason@kazlg.com* |
| 12 | | | NICHOLAS BARTHEL |
| | | | *nicholas@kazlg.com* |
| 13 | | | **KAZEROUNI LAW GROUP, APC** |
| | | | 245 Fischer Avenue, Suite D1 |
| 14 | | | Costa Mesa, CA 92626 |
| | | | Telephone: 800-400-6808 |
| 15 | | | Facsimile: 800-520-5523 |
| 16 | | | Attorneys for Plaintiffs: AMANDA HILL and GAYLE HYDE |

- 3 -

1