BROOKS R. BROWN (SBN 250724)
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444


Attorneys for Defendant:
QUICKEN LOANS INC.


FRANK S. HEDIN
*fhedin @hedinhall.com*
DAVID W. HALL
*dhall@hedinhall.com*
**HEDIN HALL, LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA  94104
Telephone: 415-766-3534
Facsimile: 415-402-0058

Attorneys for Plaintiffs:
AMANDA HILL and GAYLE HYDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>      v.<br><br>QUICKEN LOANS INC.,<br><br>       Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**[PROPOSED] ORDER GRANTING EXTENSION ON DEADLINE TO PROPOSE DATES FOR CONTINUED EVIDENTIARY HEARING** |

1

### [PROPOSED] ORDER

2     Having read and considered the Stipulation filed by Plaintiffs AMANDA

3 HILL and GAYLE HYDE (collectively "Plaintiffs") and Defendant QUICKEN

4 LOANS INC. ("Quicken Loans") (together, with Plaintiffs, the "Parties"), good

5 cause appearing therefore, the Court hereby orders as follows:

6     1.     No later than January 3, 2020, the Parties will propose dates in

7 February 2020 for the continued evidentiary hearing.

8     **IT IS SO ORDERED.**

9

10 Dated:_____, 2019

11                                    _____
                                       HON. FERNANDO M. OLGUIN
                                       UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28