```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                               12/23/2019

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY: _____CW_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated, | Case No. 5:19-cv-00163-FMO-SP |
| Plaintiffs, | **ORDER GRANTING EXTENSION ON DEADLINE TO PROPOSE DATES FOR CONTINUED EVIDENTIARY HEARING** |
| v. | |
| QUICKEN LOANS INC., | |
| Defendant. | |

Having read and considered the Stipulation filed by Plaintiffs AMANDA HILL and GAYLE HYDE (collectively "Plaintiffs") and Defendant QUICKEN LOANS INC. ("Quicken Loans") (together, with Plaintiffs, the "Parties"), good cause appearing therefore, the Court hereby orders as follows:

1. No later than January 3, 2020, the Parties will propose dates in February 2020 for the continued evidentiary hearing.

Dated: December 23, 2019

                              /s/
                    FERNANDO M. OLGUIN
                    UNITED STATES DISTRICT JUDGE