1  BROOKS R. BROWN (SBN 250724)
   *BBrown@goodwinlaw.com*
2  W. KYLE TAYMAN (pro hac vice)
   *KTayman@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   901 New York Avenue NW
4  Washington, DC  20001
   Tel.: +1 202 346 4000
5  Fax.: +1 202 346 4444

6
   Attorneys for Defendant:
7  QUICKEN LOANS INC.

8
   FRANK S. HEDIN
9  *fhedin @hedinhall.com*
   DAVID W. HALL
10 *dhall@hedinhall.com*
   **HEDIN HALL, LLP**
11 Four Embarcadero Center, Suite 1400
   San Francisco, CA  94104
12 Telephone: 415-766-3534
   Facsimile: 415-402-0058
13
   Attorneys for Plaintiffs:
14 AMANDA HILL and GAYLE HYDE

15 [*Additional counsel listed in signature block*]

16
                   **UNITED STATES DISTRICT COURT**
17
                   **CENTRAL DISTRICT OF CALIFORNIA**
18
                         **WESTERN DIVISION**
19

20 AMANDA HILL; and GAYLE HYDE, | Case No. 5:19-cv-00163-FMO-SP
   Individually and On Behalf of All
21 Others Similarly Situated,        | **STIPULATION PROPOSING DATE FOR CONTINUED EVIDENTIARY HEARING AND EXPERT DEADLINES**
22         Plaintiffs,

23     v.

24 QUICKEN LOANS INC.,

25         Defendant.

26

27

28

Plaintiffs AMANDA HILL and GAYLE HYDE (collectively "Plaintiffs") and Defendant QUICKEN LOANS INC. ("Quicken Loans") (together, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, pursuant to this Court's order (Dkt. #64), the parties conferred to select mutually agreeable dates for the continued evidentiary hearing and submission of Plaintiffs' expert report.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

1. The continued evidentiary hearing will be held on February 28, 2020 at 10:00 A.M.; and

2. By January 17, 2020, Plaintiffs will provide Quicken Loans the expert report from the expert they intend to call to testify at the evidentiary hearing.

Respectfully submitted,

Dated:  January 8, 2020     By:   /s/ W. Kyle Tayman
BROOKS R. BROWN
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (*pro hac vice*)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**

YVONNE W. CHAN (*pro hac vice*)
*YChan@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.: +1 617 570-1000
Fax.: +1 617 523-1231

LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

JEFFREY B. MORGANROTH
(*pro hac vice*)
*jmorganroth@morganrothlaw.com*
**MORGANROTH AND**

**MORGANROTH PLLC**

Attorneys for Defendant:
QUICKEN LOANS INC.

Dated: January 8, 2020     By:   /s/ Nicholas Barthel *(with permission)*
FRANK S. HEDIN
*fhedin@hedinhall.com*
DAVID W. HALL
*dhall@hedinhall.com*
**HEDIN HALL, LLP**

ABBAS KAZEROUNIAN
*ak@kazlg.com*
JASON A. IBEY
*jason@kazlg.com*
NICHOLAS BARTHEL
*nicholas@kazlg.com*
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: 800-400-6808
Facsimile: 800-520-5523

Attorneys for Plaintiffs: AMANDA HILL and GAYLE HYDE