BROOKS R. BROWN (SBN 250724)
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC  20001
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

Attorneys for Defendant:
QUICKEN LOANS INC.

FRANK S. HEDIN
*fhedin @hedinhall.com*
DAVID W. HALL
*dhall@hedinhall.com*
**HEDIN HALL, LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA  94104
Telephone: 415-766-3534
Facsimile: 415-402-0058

Attorneys for Plaintiffs:
AMANDA HILL and GAYLE HYDE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**[PROPOSED] ORDER GRANTING PROPOSED DATE FOR CONTINUED EVIDENTIARY HEARING AND EXPERT DEADLINES** |

**[PROPOSED] ORDER**

Having read and considered the Stipulation filed by Plaintiffs AMANDA HILL and GAYLE HYDE (collectively "Plaintiffs") and Defendant QUICKEN LOANS INC. ("Quicken Loans") (together, with Plaintiffs, the "Parties"), good cause appearing therefore, the Court hereby orders as follows:

1. The continued evidentiary hearing will held on February 28, 2020 at 10:00 A.M.; and

2. By January 17, 2020, Plaintiffs shall provide Quicken Loans the expert report from the expert they intend to call to testify at the evidentiary hearing.

**IT IS SO ORDERED.**

Dated:_____, 2020

_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE