1  BROOKS R. BROWN (SBN 250724)
   *BBrown@goodwinlaw.com*
2  W. KYLE TAYMAN (pro hac vice)
   *KTayman@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   901 New York Avenue NW
4  Washington, DC 20001
   Tel.: +1 202 346 4000
5  Fax.: +1 202 346 4444

6

7  Attorneys for Defendant:
   QUICKEN LOANS INC.

8

9  FRANK S. HEDIN
   *fhedin @hedinhall.com*
   DAVID W. HALL
10 *dhall@hedinhall.com*
   **HEDIN HALL, LLP**
11 Four Embarcadero Center, Suite 1400
   San Francisco, CA 94104
12 Telephone: 415-766-3534
   Facsimile: 415-402-0058
13
   Attorneys for Plaintiffs:
14 AMANDA HILL and GAYLE HYDE

15

16

17                **UNITED STATES DISTRICT COURT**

18                **CENTRAL DISTRICT OF CALIFORNIA**

19                      **WESTERN DIVISION**

20 AMANDA HILL; and GAYLE HYDE,        Case No. 5:19-cv-00163-FMO-SP
   Individually and On Behalf of All
21 Others Similarly Situated,          **ORDER GRANTING**
                                       **STIPULATION [68]**
22          Plaintiffs,

23       v.

24 QUICKEN LOANS INC.,

25          Defendant.

26

27

28

1

# ORDER

2    Having read and considered the Stipulation filed by Plaintiffs AMANDA

3  HILL and GAYLE HYDE (collectively "Plaintiffs") and Defendant QUICKEN

4  LOANS INC. ("Quicken Loans") (together, with Plaintiffs, the "Parties"), good

5  cause appearing therefore, the Court hereby orders as follows:

6  1.    The continued evidentiary hearing will held on February 28, 2020 at

10:00 A.M.; and

8    2.    By January 17, 2020, Plaintiffs shall provide Quicken Loans the expert

9  report from the expert they intend to call to testify at the evidentiary hearing.

10

11    **IT IS SO ORDERED.**

12

13  Dated:  January 9, 2020                                    /s/
                                                    HON. FERNANDO M. OLGUIN
14                                                  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-