1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3              WESTERN DIVISION

4                 - - -

5     HONORABLE FERNANDO M. OLGUIN, DISTRICT JUDGE PRESIDING

6

7     AMANDA HILL,                    )
                                      )
8          Plaintiff,                 )
                                      )
9                                     )
                                      )
10         vs.                        ) No. CV 19-00163-FMO
                                      )
11                                    )
                                      )
12    QUICKEN LOANS, INC.,            )
                                      )
13         Defendants.                )
      _____)

14

15

16          REPORTER'S TRANSCRIPT OF PROCEEDINGS

            *EVIDENTIARY HEARING*

17

            LOS ANGELES, CALIFORNIA

18

            MONDAY, DECEMBER 16, 2019

19

20    _____

21              MARIA R. BUSTILLOS
                OFFICIAL COURT REPORTER
22                 C.S.R. 12254
                UNITED STATES COURTHOUSE
23              350 WEST 1ST STREET
                    SUITE 4455
24         LOS ANGELES, CALIFORNIA 90012
                  (213) 894-2739

25

1                    **A P P E A R A N C E S**

2

3

4        **ON BEHALF OF THE PLAINTIFFS,**
         **AMANDA HILL:**                      HEDIN HALL, LLP
5                                              DAVID WILLIAM HALL, ESQ.
                                               BY:  FRANK S. HEDIN, ESQ.
6                                              4 EMBARCADERO CENTER
                                               SUITE 1400
7                                              SAN FRANCISCO, CA 94104
                                               (415)766-3534
8

9                                              KAZEROUNI LAW GROUP, APC
                                               BY:  SEYED ABBAS
10                                             KAZEROUNIAN, ESQ.
                                               245 FISCHER AVENUE
11                                             UNIT D1
                                               COSTA MESA, CA 92626
12                                             (800)400-6808

13

14       **ON BEHALF OF THE DEFENDANTS,**
         **QUICKEN LOANS, INC.:**              MORGANROTH and MORGANROTH,
15                                             PLLC
                                               BY:  JEFFREY B. MORGANROTH,
16                                             ESQ.
                                               344 NORTH OLD WOODARD AVENUE
17                                             SUITE 2000
                                               BIRMINGHAM, MI 48009
18                                             (248-864-4000

19

20                                             GOODWIN PROCTER, LLP
                                               BY:  WILLIAM KYLE TAYMAN,
21                                             ESQ.
                                               1900 N STREET NW
22                                             WASHINGTON, DC 20036
                                               (202)346-4000,

23

24

25

1                              **I N D E X**

2

3

4                                              PAGE

5       DEFENSE'S CASE....................        7

6

7

8       DEFENSE'S WITNESSES:   DIRECT   CROSS   REDIRECT   RECROSS

9

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| **RICH, BEN** | -- | -- | -- | -- |
| BY JEFFREY MORGANROTH | 7 | -- | 50 | -- |
| (FURTHER) | -- | -- | 55 | -- |
| BY FRANK HEDIN | -- | 37 | -- | **54** |
| **SMITH, LARRY** | -- | -- | -- | -- |
| BY WILLIAM TAYMAN | 58 | -- | -- | -- |

16

17

18

19

20

21

22

23

24                          - - -

25

1                    **E X H I B I T S**

2

3       DEFENSE'S                              RECEIVED        MARKED

4

5       1                                         15             --

6       4                                         16             --

7       2                                         24             --

8       54                                        30             --

9       5B                                        30             --

10      6                                         33             --

11      8                                         62             --

12      7                                         73             --

13

14                              - - -

15

16

17

18

19

20

21

22

23

24

25

1          **E X H I B I T S**

2

3    PLAINTIFF'S                              RECEIVED      MARKED

4

5                        (NONE)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              LOS ANGELES, CALIFORNIA; MONDAY, DECEMBER 16, 2019
 2                               -o0o-
 3                   (COURT IN SESSION AT 2:03 P.M.)
 4              COURTROOM DEPUTY:  Calling item number one,
 5    CV 19-00163-FMO:  Amanda Hill v. Quicken Loans.
 6              Counsel, please state your appearance for the
 7    record.
 8              MR. KAZEROUNIAN:  Good afternoon.  Seyed Abbas
 9    Kazerounian for the plaintiff.
10              MR. HEDIN:  Good afternoon, Your Honor.
11              Frank Hedin for the plaintiff.
12              MR. HALL:  And David Hall also for the plaintiff.
13    Thank you.
14              THE COURT:  Okay.
15              MR. MORGANROTH:  Good afternoon, Your Honor.
16    Jeffrey Morgan on behalf of the defendant,
17    Quicken Loans.
18              MR. TAYMAN:  Good afternoon, Your Honor.
19    Kyle Tayman on behalf of defendant, Quicken Loans.
20              MS. CUNNINGHAM:  Good afternoon.  I'm
21    Nancy Cunningham.  I will be assisting the attorneys that are
22    at the hearing today.
23              THE COURT:  Okay.  So we're here for an evidentiary
24    hearing.  And is everyone ready to proceed at this time?
25              MR. MORGANROTH:  Yes, Your Honor.
```

1          THE COURT:  Okay.  So, defendants, since it is your

2    motion, I will start with you.  Do you want -- unless you

3    worked something out, do you want all the witnesses excluded?

4    That is my practice.

5          MR. MORGANROTH:  Yes, both sides decided to have

6    all witnesses excluded.

7          THE COURT:  Okay.  So why don't you go ahead and

8    call your first witness then.

9          MR. MORGANROTH:  Yes, Your Honor.  We would call

10   Ben Rich, our first witness.

11   **DEFENSE'S WITNESS, BEN RICH, SWORN**.

12          MS. CUNNINGHAM:  May we activate the screen at this

13   point?

14          THE COURT:  Not till you call an exhibit.

15          Then when you're done with the exhibits, I want to

16   them taken off the screen, okay.

17          MS. CUNNINGHAM:  Okay.

18          THE COURT:  I don't like exhibits to linger there.

19   Okay.  Thank you.

20                     **DIRECT EXAMINATION**

21   BY MR. MORGANROTH:

22   Q    Mr. Rich, can you please state your full name for the

23   record.

24   A    Yes, my name is Ben Rich, B-E-N; last name Rich,

25   R-I-C-H.

```
 1    Q    Are you currently employed?

 2    A    Yes.

 3    Q    By whom?

 4    A    LMB Mortgage Services.

 5    Q    For simplicity, is it okay if I refer to

 6    LMB Mortgage Services as LMB?

 7    A    Yes.

 8    Q    All right.  What is your job position or title for LMB?

 9    A    My title is senior vice president of product and sales.

10    Q    And what are your duties and responsibilities in that

11    respect?

12    A    I'm responsible for the construction, maintenance,

13    optimization experience of the website.  I'm also responsible

14    for acquiring and managing our mortgage lenders or clients.

15    Q    And can you describe the nature of LMB's business?

16    A    Yeah, LMB is a free online matching service.  So we'll

17    advertise primarily on the Internet about refinancing for the

18    most part.  Consumers then go to our website.  They'll put in

19    information, and then we will match them with our mortgage

20    claims.

21    Q    And how long have you been employed by LMB?

22    A    About 12 years.

23    Q    How long have you held a position as senior vice

24    president for products and sales?

25    A    About three years.
```

```
1    Q    Is there a relationship between LMB and

2    Quicken Loans?

3    A    Yes.

4    Q    What is the relationship?

5    A    About three years ago, Rock Holdings, Inc. RHI, acquired

6    LMB -- and that's also the same parent company as Quicken

7    Loans.

8    Q    Is Quicken Loans also a client of LMB's?

9    A    Yes.

10   Q    And in what respect?

11   A    They're one of the clients that will match consumers

12   too.

13   Q    And how many mortgage lenders serve as a client of LMB

14   at any given time?

15   A    About 50.

16   Q    Now, Mr. Rich, I'd like to ask you some questions

17   regarding how the LMB's matching services work on a high

18   level, not technical details.

19        What are the different ways that a consumer would

20   get to LMB who was looking for a mortgage?

21   A    There are two.  The first is the -- a direct -- what we

22   call the direct method -- and that's where a consumer will

23   interact with an ad that LowerMyBills places -- drive them to

24   our website, and then we'll use that matching engine

25   technology -- that algorithm to match the consumer to our
```

```
 1    mortgage clients.  And then the second method -- the indirect
 2    method is where we'll have third party or partners that will
 3    do the advertising in the website, and then they'll engage
 4    our matching engine to make the connection between the
 5    consumer and our mortgage clients.
 6    Q    Have you heard of a website lmb.YourVASurvey.info?
 7    A    Yes.
 8    Q    And what is that?
 9    A    That's a -- a third-party website that we partner with
10    owned by SuitedConnector.
11    Q    And just for simplicity, I'll refer to it as
12    YourVASurvey; is that okay?
13    A    Yes.
14    Q    And I see that VA is in the title.  Is there any
15    relationship to that website and veterans?
16    A    The purpose of that website is to communicate to
17    veterans about refi'ing their mortgage.
18    Q    How does YourVASurvey connect veterans looking for a
19    mortgage with LMB?
20    A    It's that indirect method that we talked about.  And so
21    YourVASurvey is advertising on the Internet; consumer clicks
22    on the ad; drives to YourVASurvey; they'll input a bunch of
23    information, and then at the end, write -- UVA survey will
24    then do a handshake or send that data to LMB, and that's
25    where we'll match the consumer to our mortgage claims.
```

1   Q    And what is LMB's relationship with SuitedConnector, the

2   company that runs YourVASurvey?

3   A    We're a client of SuitedConnector.

4   Q    Have you visited YourVASurvey's website?

5   A    Yes.

6   Q    How many times?

7   A    Several times.

8   Q    When was the last time?  -- the most recent one?

9   A    The last few days.

10   Q    And are veterans who access YourVASurvey's website asked

11   any questions by the website?

12   A    Yeah, they're asked several questions about their home,

13   their mortgage and then also personally identifiable

14   information or PII -- first name, last name, address, e-mail,

15   phone number, that type of stuff.

16   Q    And does LMB display anything YourVASurvey's website?

17   A    Yes.

18   Q    What?

19   A    On the last step, YourVASurvey has a series of

20   disclosures that are LMB's.

21   Q    If you can turn to Exhibit 3....

22        Mr. Rich, you should have a copy of Exhibit 3

23   before you.  It's also the first pages on the screen.  Can

24   you identify what Exhibit 3 is?

25   A    It's the LMB terms of use.

```
 1   Q    Okay.  And it states under the title, "last updated,

 2   March 25th, 2015," what does that mean?

 3   A    That's the last time that this document was updated.

 4   Q    Do you know where this terms of use was retrieved from?

 5   A    Yes.

 6   Q    Where?

 7   A    We have a -- an archiving or version system, um, at LMB

 8   where we store this kind of data.

 9   Q    Okay.  And is this a document that was made in the

10   regular course of business and maintained as such?

11   A    Yes.

12             MR. MORGANROTH:  Your Honor, I move for the

13   admission of Exhibit 3.

14             THE COURT:  Any objection?

15             MR. HEDIN:  No objection, Your Honor.

16             THE COURT:  It's admitted.

17   BY MR. MORGANROTH:

18   Q    Mr. Rich, these terms of use, Exhibit 3, is this the

19   terms of use that was in existence in

20   October and November of 2018?

21   A    Yes.

22   Q    Was this terms of use displayed on YourVASurvey's

23   website?

24   A    Yes.

25   Q    I'd like you to turn to Exhibit Number 4.  For the
```

UNITED STATES DISTRICT COURT

```
1    record, at the top it says, "LowerMyBills.com provider

2    network includes, but it is not limited to"; that's the first

3    line.

4    A    Yeah, I see that.

5    Q    Okay.  Mr. Rich, can you identify what this document is?

6    A    This is a list of LMB's partner network -- or our

7    mortgage clients.

8    Q    And do you know where this document was retrieved from?

9    A    Yes, the same place as the terms of service.

10   Q    Is this a document that was made and maintained in the

11   regular course of LMB's business activities?

12   A    Yes.

13   Q    From what time frame does this document relate to?

14   A    October and November 2018.

15   Q    And how do you know that?

16   A    From the versioning or revision system.

17   Q    Did you retrieve this document from that system,

18   looking -- searching for a document during that time frame

19   that was a provider network document?

20   A    Yes.

21   Q    Is this document -- was this document displayed on

22   YourVASurvey's website in October or

23   November of 2018?

24   A    Yes.

25   Q    Why did YourVASurvey display LMB's terms of use and
```

| | |
|---|---|
| 1 | LMB's provider network documents on its website in October or |
| 2 | November 2018? |
| 3 | A    It was part of our agreement of doing business together. |
| 4 | When YourVASurvey uses the -- that LMB matching engine -- or |
| 5 | that matching process, one of our requirements is that our |
| 6 | disclosures have to be displayed on their website. |
| 7 | Q    And where were LMB's terms of use and provider network |
| 8 | displayed on YourVASurvey's website? |
| 9 | A    The last step of their process where for the most part, |
| 10 | they're asking first, identifiable information. |
| 11 | Q    Now, Exhibit 3 was the terms of use.  How does the |
| 12 | consumer consent to LMB's terms of use when it's displayed on |
| 13 | YourVASurvey's website? |
| 14 | A    They have to click "see my results," the button. |
| 15 | Q    Okay.  And what happens if a consumer clicks the "see my |
| 16 | results button" on YourVASurvey's website? |
| 17 | A    The process that we built with YourVASurvey is, the |
| 18 | consumer hits the button; then YourVASurvey collects all the |
| 19 | inputs that the consumers put into the website.  Then they'll |
| 20 | electronically pass that to LMB where we'll then engage our |
| 21 | matching engine, and we'll connect the consumer to our |
| 22 | mortgage clients. |
| 23 | Q    If a consumer accesses YourVASurvey's website but does |
| 24 | not click the "See my results" button, will the consumer be |
| 25 | transferred to LMB from the YourVASurvey website? |

```
1    A    No.

2    Q    How do you know?

3    A    That's the way that we built the process with YourVA.

4    Q    Okay.  Mr. Rich, I want to go on and ask you some

5    questions about any interactions that the plaintiff in this

6    case, Amanda Hill, had with LMB and its matching engine.  If

7    you could turn to Exhibit 1, please.

8    A    Okay.

9    Q    Can you identify what this document is?

10   A    Yeah, this is data that I pulled from our system using

11   Ms. Hill's phone number.  I queried for her interactions that

12   she's had with the LowerMyBills matching engine.

13   Q    And is this data and information -- well, what is this

14   data information?  Where did it come from?

15   A    It came from a system we called DB5, and it captures her

16   interactions with our matching engine.

17   Q    Was this information made and maintained in the ordinary

18   course of LMB's business?

19   A    Yes.

20            MR. MORGANROTH:  Your Honor, I move for the

21   admission of Exhibit 1.

22            MR. HEDIN:  No objection, Your Honor.

23            THE COURT:  Admitted.

24       (Whereupon, Defense's Exhibit 1 is admitted hereto.)

25            MR. MORGANROTH:  And, Your Honor, I also move for
```

1    the admission of Exhibit 4 which was the provider network.  I

2    failed to ask for the admission of that earlier.

3              MR. HEDIN:  No objection.

4              THE COURT:  Admitted.

5         (Whereupon, Defense's Exhibit 4 was admitted hereto.)

6    BY MR. MORGANROTH:

7    Q    Mr. Rich, does Exhibit 1 reflect accurately the

8    information and data that LMB system has captured relating to

9    Ms. Hill's interactions with LMB?

10   A    Yes.

11   Q    Can you tell by reviewing this record, Exhibit 1, when

12   Ms. Hill had interactions with LMB?

13   A    Yes.

14   Q    How?

15   A    On the first page, on row two, where it says, "Inquiry

16   date time," you'll see it says,

17   "October 10th, 2018, 10:21 p.m.  That's in Pacific time.

18   There's three columns.  That relates to the amount of times

19   that we matched her to one of our mortgage partners in her

20   first interaction.  And then the second page has the -- has

21   the same -- the same rows -- you'll see row 56, also,

22   "Inquiry date time," that is the second interaction; and that

23   was on November 12, 2018, 12:12 p.m., Pacific time.

24   Q    So if I'm understanding you correctly, there were two

25   interactions, one on October 10th, 2018, and a second

1    November 12th, 2018?

2    A    Yes.

3    Q    Okay.  And can you explain why there are three different

4    columns for the October 10th interaction and three different

5    columns for the November 12th -- I think the October 10th is

6    ABC, and then November 12th is DEF?

7    A    Yes, that represents -- each column represents the match

8    of Ms. Hill to one of our mortgage clients or one of our

9    mortgage lenders.

10   Q    So let's focus in on the October 10th, 2018, interaction

11   first.  Does the data reflect whether Ms. Hill visited LMB's

12   website directly or whether she was transferred to LMB's

13   website from another third-party website?

14   A    It -- it indicates the latter that it's indirect.

15   Q    And how can you tell?

16   A    If you look at -- starting at row five, where it says

17   "Source," you can see there's a series of characters there in

18   that string.  That's internal vernacular, "AFFL," that means

19   it's third party.  "SUCO" is our abbreviation for

20   SuitedConnector; "LRE" is our acronym for refinance.  And

21   then LMB.YourSurvey.info is part of the site where Ms. Hill

22   came through.

23   Q    So what is the site that Ms. Hill came through?

24   A    That's the next row, six site -- you can see LA -- or

25   LMB.YourVASurvey.info.  And then there are two other

1    indicators I guess is the term you can use.  Row 7 and 8 and

2    then nine an ten, that's how we describe what the consumer

3    experience was or like what Ms. Hill saw on that website.

4    Since it's third party, we hard-code all of -- all of those

5    values to this 28724 that you see; that's hard-coded for

6    every record.

7    Q    So for the October 10th interaction, there are other

8    rows here that have information.  Now, for instance, 13

9    through 18 has the name and address.  And 24 through 27,

10   rows -- reference the loan and -- and loan type and

11   self-assessed credit profile.  29 through 36 has information

12   about the home value and mortgage -- current mortgage.

13            Where did that information come from?

14   A    Those are inputs from Ms. Hill on YourVASurvey, and then

15   that was -- as we discussed, in that process, once -- "Click

16   your results," once that information was passed on to LMB.

17   Q    Okay.  And plaintiff's counsel in briefing has alleged

18   that Amanda Hill's information was obtained through data

19   scraping or harvesting.  Have you ever heard those terms

20   before data scraping or harvesting?

21   A    Yeah.

22   Q    What do you understand those to mean?

23   A    That's pulling information off the Internet through

24   maybe different websites or the same website; but rather than

25   collecting it, by consumer inputting it, you're pulling it

1    from sites -- putting together a record of some kind.

2    Q    Did LMB get any of this information through data

3    scraping or harvesting.

4    A    No.

5    Q    Has LMB data scraped or harvested information at any

6    time in 2018 through the present?

7    A    No.

8    Q    Why not?

9    A    It's not a sustainable business practice for us.  Um,

10   like we talked about, LMB is a matching service where we're

11   matching consumers that are in-market to refinance to our

12   mortgage clients or lenders with the purpose of writing

13   refinance loans.  Um, if we're not doing that successfully,

14   right -- if we're not bringing consumers that are in market

15   for that service, then our clients aren't going to want to

16   continue to do business with us.  And in addition to that,

17   you can't get that consent with data scraping; right?  That's

18   part of the value that we're bringing to our mortgage clients

19   is that consent.

20   Q    When you say "consent," you're talking about consent for

21   what?

22   A    I'm talking about the consent for -- part of that

23   process is for our mortgage clients to be able to make

24   outreach to the consumer, via phone, e-mail text, whatever

25   that -- you know, whatever that -- you know, whatever way

```
1    that communicate is; it's part of the value that we're

2    bringing, is that we provide that consent.

3    Q    Okay.  You mention that SuitedConnector runs the website

4    YourVASurvey.  Would you know if SuitedConnector data scraped

5    and harvested information at any time in 2018 through the

6    present?

7    A    They didn't data scrape.

8    Q    And how can you say that?  How can you be so sure?

9    A    It's the same comment where -- right?  We talked about

10   YourVASurvey is doing the marketing and the website where the

11   consumer is putting in their information, but they're

12   leveraging LowerMyBills to do the matching.  And so, again,

13   our in-client, so as mortgage lenders, are using our service

14   for consumers that are in-market to refi, and they want

15   outcomes from that service.

16        Also, the same goes for on the consent side.

17   Q    Okay.  If you could look at row 20 of Exhibit 1 it says,

18   "IP address," what does that reflect?

19   A    That's the IP address that was collected when Ms. Hill

20   was interacting with YourVASurvey.

21   Q    And if you look at the information and data on

22   Exhibit 1, can you tell what type of a device Ms. Hill used

23   for her October 10, 2018 interaction?

24   A    Yes.

25   Q    How can you tell?
```

1    A    Starting on row 47, you'll see a series of rows that

2    start with "DA."  "DA" is short for Device Atlas.  That's

3    a -- a third party service that we use to help interpret

4    machine data.  You can see row 47, browser name.  So that's

5    the web browser that was used to access the site.  In this

6    case it was Chrome.

7              48, that's the version of Chrome that was used,

8    69.0.3497, et cetera.

9              49 and 50 describe the dimensions of the device and

10   the -- that's digital screen size, 5 inches.  "Display PPI,"

11   that's the -- the resolution on the device.

12             And then 51, "manufacturer," it says the phone was

13   made by HTC.  The model was a pixel.  The year that model of

14   phone was released was 2016.

15             And then Row 54, OS name, Android, that the

16   operating system that the device ran.

17   Q    Mr. Rich, how can you tell whether Ms. Hill was actually

18   matched up and connected with any mortgage lenders as a

19   result of her October 10th, 2018 interaction?

20   A    There's two rows that indicate that.  The -- the first

21   is row 21 where it says "pair provider."  You can see

22   AmeriSave, Loan Depo, Quicken loans, those are the three

23   mortgage clients that she was matched to.

24             And then in addition to that, you have row four,

25   "lead status."  You'll see the value on each column is sent.

1    That's what we capture.  It's the status we capture when

2    we've successfully matched a consumer to a mortgage client.

3    We pass that data onto the mortgage client.

4    Q    Is it possible for Ms. Hill to have been successfully

5    sent to three mortgage providers in connection with their

6    October 10th interaction if she did not click on "See my

7    results button" on YourVASurvey?

8    A    No.

9    Q    Why not?

10   A    We don't receive data from YourVASurvey, unless that

11   button is clicked.

12   Q    Now, let's move on and focus on the November 12th, 2018

13   interaction.

14          Does the data or information reflect whether

15   Ms. Hill visited directly LMB's website on this occasion or

16   whether she was transferred to LMB's website from another

17   website?

18   A    This interaction indicates it's direct.  Starting on row

19   59, "source," that string of characters internal lingo

20   translated RT retention; that's what is -- retention is a

21   campaign that we run to reengage with consumers that haven't

22   transacted with one of our mortgage clients.

23          The next TXT that indicates it's a text.  "LRE"

24   again, that's refinance.

25          The site row 60, that's the platform we use to send

```
 1    text messages from.  And then if you look at the presentation

 2    route and presentation marketing, those are a combination of

 3    codes that indicate that the interaction was on a responsive

 4    funnel that was geared towards refinance.

 5    Q    Okay.  So I just want to make sure I understand, there's

 6    an October 10th interaction.  She successfully matched

 7    through LMB with three mortgage providers.  And then LMB

 8    sends a text to her at -- after some period of time.  Why is

 9    the text message sent to Ms. Hill?

10    A    It's what we call a retention campaign.  So if we

11    identify that a -- a consumer who we've already had an

12    interaction with, hasn't made a transaction with one of our

13    mortgage clients, then we'll reengage through marketing.  It

14    could be a text message like in this example.

15    Q    Okay.  If you could turn to Exhibit 2.  And Exhibit 2 at

16    the top says, "Welcome back, Amanda."  Can you identify what

17    Exhibit 2 is?

18    A    Yes.

19    Q    What is it?

20    A    This is where Ms. Hill was sent when she clicked on that

21    text message that we just talk about.  This is the landing

22    page.

23    Q    And how did you retrieve this landing page?

24    A    From the data that I pulled.  I could use -- you can see

25    on the bottom of this exhibit, there's a bunch of codes on
```

1    the very bottom.  I could use that to marry the interaction

2    that she had with LMB on November 12th.

3    Q    And was this landing page made and maintained in the

4    ordinary course of LMB's business?

5    A    Yes.

6    Q    Is this the way the page looked in

7    November of 2018 when Ms. Hill reengaged with LMB directly?

8    A    Yes.

9            MR. MORGANROTH:  Your Honor, I move for the

10   admission of Exhibit 2.

11           MR. HEDIN:  No objection, Your Honor.

12           THE COURT:  It's admitted.

13      (Whereupon, Defense's Exhibit 2 was admitted hereto.)

14   BY MR. MORGANROTH:

15   Q    On Exhibit 2, there's -- there's a black -- a button

16   that says, "Calculate your free results"; do you see that?

17   A    Yes.

18   Q    And right below it, is a language, "By clicking the

19   button above, you express your understanding, consent

20   electronically, via E-sign to the following...."  and then

21   there are four items; do you see that?

22   A    Yes.

23   Q    I want to focus in on the second item.  It says, "To the

24   LMB lending terms of use, privacy policy and consent to doing

25   business electronically."  What does it mean to you when you

1    see that there's a different color and underlining of terms

2    of use and privacy policy?

3    A    It's -- it's a hyperlink.  So if you click on that, it

4    will open up another window.

5    Q    Okay.  And if Ms. Hill had clicked on the terms of use,

6    would she have been taken to the document that we saw

7    earlier, Exhibit 3, the terms of use?

8    A    Yes.

9    Q    Can we look at that for a moment.  And if you could turn

10   at page two of the terms of use, there's a Section 2 that

11   says, "Arbitration," in bold capital letters, and then the

12   paragraph is in all capital letters, and it starts off with,

13   "Do you understand and agree"; do you see that?

14   A    Yes.

15   Q    Was that Section 2, contained in the terms of use that

16   were displayed on LMB's website in

17   November of 2018?

18   A    Yes.

19   Q    And did it look like what's on your screen or the

20   document in front of you?

21   A    Yes.

22   Q    What is the purpose -- let's go back to Exhibit 2 of --

23   including these disclosures on what you call the landing page

24   under -- directly under "calculate your free results."

25   A    We want to -- we want to communicate to the consumer

1    what they're agreeing to.  We want to capture their consent

2    on those disclosures.

3    Q    Okay.  If we could go back to Exhibit 1, we'll just

4    round out and finish the November 12th interaction -- again,

5    they're same rows.  They have different numbers, but there is

6    information related to Ms. Hill; her name; her address; the

7    mortgage.  There's a self-assessment as to credit profile;

8    her loan type.  Where did that information come from for the

9    November 12th, 2018 interaction?

10   A    This -- this is a retention campaign.  So we're

11   reengaging with an existing consumer.  So this is a copy of

12   the first interaction.

13   Q    Okay.  Did Ms. Hill need to reenter that information

14   that she had entered on October 2018 when she reengaged with

15   LMB?

16   A    The only one that she reentered or engaged with was row

17   92, refinance purpose -- or refi purpose.

18   Q    Okay.  And I saw that there was a button on the landing

19   page that had that.  Why did Ms. Hill need to reenter that

20   purpose?

21   A    The way that that landing page works, is that purpose of

22   refinance is required.  So you have to select a value before

23   you can click on the "Calculate your free results."

24   Q    In looking at the data information from the

25   November 12th, 2018 interaction, can you tell whether

```
1   Ms. Hill used the same type of device and browser as she did

2   in her October 10th, 2018 interaction?

3   A    Yes.

4   Q    Is there any difference in any of the device or browser?

5   A    The only -- the only difference is row 102DA browser

6   version.  It looks like the version of Chrome was updated

7   from the -- from the October interaction.

8   Q    Okay.  Would Ms. Hill's view have been affected by

9   viewing LMB's website using the device and browser that are

10  referenced on Exhibit Number 1?

11  A    No.

12  Q    Why not?

13  A    This landing page was built responsive -- and that means

14  basically that the website understands the size of the screen

15  that you're viewing it on.  And so it will size the website

16  accordingly.  So it will size for a laptop or size for a

17  phone.

18  Q    Can you tell by looking at Exhibit 1, whether Ms. Hill

19  was matched up and connected successfully with mortgage

20  lenders as a result of her November 12th, 2018 visit?

21  A    Yes, using the same -- using the same methods.  So row

22  75, parent provider, you'll see that there are three

23  different mortgage clients or mortgage lenders that she was

24  matched to.  And then also, row 58 lead status.  You'll see

25  that in each one of those columns, the status is set to
```

```
 1    "sent," which is the way that we indicate that a match was

 2    successfully made and the data was sent to the mortgage

 3    client.

 4    Q    And the reference to "parent provider," what does that

 5    mean?

 6    A    Parent provider is what we call the mortgage client --

 7    or the mortgage provider.

 8    Q    Okay.

 9    A    That's the term we use.

10    Q    Now, on row 73, there's a column that says, "inquiry

11    quality tracking code."  Can you tell me what that is?

12    A    Yes, that's a -- that's a unique identifier that we

13    capture per interaction for a third party called "Jornaya."

14    They're a -- a validation or a verification service that a

15    lot of our mortgage clients use.

16    Q    And what does Jornaya validate and track?

17    A    They're capturing the interactions of the consumer on

18    the web with site and then they're -- you know, they're --

19    they're storing or capturing those, and then this unique

20    identifier allows us to match that data together.

21    Q    And, again, at a high level without getting too

22    technical, how do they do that?  What's the process?

23    A    We're -- we're required on every page that we -- that we

24    have on every web page that we have, we put Jornaya code.  So

25    we host that third-party code on our website.
```

```
 1   Q     If you could turn to Exhibit Number 5.

 2   A     Yes.

 3   Q     Can you identify what Exhibit 5 is?  The cover sheet

 4   says "Jornaya."  And if you turn to the second page, it

 5   says -- or first page, "TCPA compliance report"?

 6   A     Yes, this is a report -- we don't use -- we don't

 7   subscribe to the Jornaya service.  And so I gave that unique

 8   identifier to Quicken Loans to have them request this report

 9   from Jornaya.

10         MR. MORGANROTH:  Your Honor, we move for the

11   admission of Exhibit 5.  We he do have a declaration

12   authenticating this report from Jornaya, which we have turned

13   over to plaintiff's counsel.

14         MR. HEDIN:  No objection, Your Honor; but we'd ask

15   the declaration be entered into evidence together with the

16   report.

17         THE COURT:  Okay.

18         MR. MORGANROTH:  That's fine.

19         MR. HEDIN:  Okay.  And, as well, as the

20   incorporated video.

21         MR. MORGANROTH:  Well, we'll do that next.

22         MR. HEDIN:  Sure.

23         MR. MORGANROTH:  We'll move for the admission of

24   that.  Let me just get through this one.  So we'll hand a

25   copy of the declaration to the Court.
```

1          THE COURT:  That's fine.

2          MR. MORGANROTH:  The declaration, Your Honor, is

3     from a representative of Jornaya.  His name is

4     Manny Wald.

5          THE COURT:  Are we going to make it part of

6     Exhibit 5, or are we going to give it a new exhibit number?

7          MS. CUNNINGHAM:  5A and B?

8          THE COURT:  That's fine with me.

9          MR. MORGANROTH:  That's fine.  Thank you.

10     (Whereupon, Defense's Exhibit 5A is admitted hereto.)

11     (Whereupon, Defense's Exhibit 5B is admitted hereto.)

12     BY MR. MORGANROTH:

13     So, Mr. Rich, if could you turn to the first page after the

14     cover page, the one that says, "TCPA compliance report," it's

15     the section that says, "Who is Jornaya," do you see that?

16     A    Yes.

17     Q    And it -- at the top it says, "Jornaya provides a

18     neutral third party technology base platform that tracks the

19     origin and history of a lead event in the consumer actions

20     that occurred at that event."

21          And then the third paragraph goes on.  It says,

22     "Companies that purchase third party data leads or generate

23     their own data leads on their website forums or in their call

24     centers use TCPA Guardian to provide neutral verification

25     assurance that the activities regarding the collection of the

1    consumer's consent to be contacted meet the requirements."

2            If you look at the next page, Mr. Rich, is there --

3    do you know what -- what lead this report pertains to?

4    A    Yes, the universal lead, ID -- the 6F7A, that ties to

5    the data that we saw in the previous exhibit.

6    Q    And so for what -- there were two interactions.  There

7    was an October 10th and a November 12th, which -- which

8    interaction is this report?

9    A    This is for the November 12th interaction.  You could

10   see that the IP address is the same, also.

11   Q    And the section below that, it says "TCPA disclosure

12   statement witnessed at the lead event."  What is that

13   reflecting?

14   A    This is Jornaya's verification of the disclosures that

15   the consumer saw.

16   Q    Okay.  Does this match the disclosures that were on that

17   landing page that we looked at -- I believe it was

18   Exhibit Number 2?

19   A    Yes.

20   Q    All right.  If you can turn the page, Mr. Rich, to the

21   last page, this is something that plaintiff's counsel

22   referenced.  At the very bottom, it says "visual playback

23   link," do you see that?

24   A    Yes.

25   Q    What does that mean?

```
 1    A     As part of the report, Jornaya provides a playback that

 2    shows the consumer's interaction with the website.

 3    Q     Okay.  And when you receive this report, did you click

 4    on that link?

 5    A     Yes.

 6    Q     And have you made a copy of what was played back when

 7    you clicked on the link?

 8    A     Yes.

 9          MR. MORGANROTH:  Your Honor, we'd move for the

10    admission of that playback video, Exhibit 6, and that's part

11    of that declaration from Jornaya.

12          MR. HEDIN:  No objection, Your Honor, but just --

13    having reviewed this exhibit further, Number 5, it appears

14    that there's a second report that was also attached to

15    Mr. Wald's declaration that's not included in this exhibit.

16    And I was just -- I think it may be prudent for the parties

17    to include both of them in the exhibit so we can utilize them

18    together.

19          MR. MORGANROTH:  Well, that was a report that

20    related to YourVASurvey's website, and that will be our next

21    witness.

22          MR. HEDIN:  Okay.  Fair enough.

23          THE COURT:  It's already been admitted as

24    Exhibit 5A or -- right?

25          MR. MORGANROTH:  The declaration.  Now we're going
```

```
 1    to move for the admission of Exhibit 6 which is this video --
 2    the playback video.  It's referenced in 5A.
 3              THE COURT:  Okay.  It's admitted.  Go ahead.
 4         (Whereupon, Defense's Exhibit 6 is admitted hereto.)
 5              MR. MORGANROTH:  Thank you, Your Honor.  So if we
 6    could play the video.  And I --
 7              (Whereupon, video is played in open court.)
 8    BY MR. MORGANROTH:
 9    Q    Now, so the video is playing.  Can you explain what
10    we're looking at, Mr. Rich, right now?
11    A    Yeah, so what we're seeing here is the -- the website
12    has rendered; right?  So this is now what Ms. Hill's looking
13    at.
14    Q    And right now I don't see anything happening.  What --
15    what -- do you know what's happening?
16    A    She's not interacting with the website.  She could be
17    reading it.  She could be looking away from it, but the
18    website is up and invisible.
19    Q    Okay.  And I promise that there will be some activity,
20    but we didn't put music up -- oh, let's stop there.  So we
21    see that the middle section has now turned colors.  Can you
22    explain what happened there?
23    A    So that indicates that Ms. Hill has interacted with
24    purpose of refinance with that field.
25    Q    Okay.  And, again, we're watching -- we're at about 43
```

1    seconds in.  Nothing seems to be happening again.  What's the

2    status of the website at this point?

3    A    Still available rendered being shown but no explicit

4    interaction by Ms. Hill on the website; could be reading; not

5    sure.

6    Q    So when you say it's being shown or rendered, is it on

7    her device or mobile phone that we saw?

8    A    Yes.

9    Q    Okay.  So if we wait a few more seconds, there will be

10   some more activity, I believe.  I'll pause it there.  I see

11   that the purpose of refinance has now been filled in.  There

12   was a selection that says, "change in loan terms."  Can you

13   explain how that happened?

14   A    That was an interaction by Ms. Hill.  She's now chosen a

15   purpose of refinance.

16   Q    If you can pause it there.  What just happened?  There's

17   a new page now being shown, and it says, "Results for 35312

18   Frederick Street?

19   A    So what's happened is the -- Ms. Hill needed to -- the

20   way that the website is built is, you have to choose "purpose

21   of refinance" that then allows you to click the "calculate

22   your free results."  You click on that and then a couple of

23   things happen.  One is, the consumer is brought to this

24   web -- this part -- or this web page, I should say, which

25   is -- we call the "thank you" page.  You can see it has some

```
 1    information that's Ms. Hill's address.  We do a calculation,
 2    determining potentially what her monthly payment would be for
 3    a 15-year mortgage.  What's happened behind the scenes is,
 4    once you hit that button, right?  The consumer is brought to
 5    this "thank you" page.  Behind the scene's what's happened
 6    is, that's now engaged with that matching engine process that
 7    we've talked about.  So it's taking the inputs, and it is
 8    going against that LMB matching engine and then matching two
 9    of our mortgage claims.
10    Q    And if Ms. Hill had not clicked the "calculate your free
11    results" button, could she have gotten to this page?
12    A    No.
13    Q    Why not?
14    A    It's not how we built the product.
15    Q    You indicated that Ms. Hill was matched with three
16    mortgage lenders.  As a result of clicking on the "calculate
17    your free results," where is that reference?  Where is the
18    referral for Ms. Hill?
19    A    It's cut off on this; but if you were to scroll down --
20    you can see three lenders in our network; right?  You can see
21    that language there.  If you were to scroll down, you would
22    see the three lenders that she was matched to.
23    Q    And was it -- the three lenders sent to her in any other
24    way?
25    A    No.
```

1    Q    If Ms. Hill had not clicked on the "purpose refinance"

2    button, would she have been able to click on the "calculate

3    your free results" button?

4    A    No.

5             MR. MORGANROTH:  Well, thank you, Mr. Rich.  I have

6    no further questions at this time.

7             THE COURT:  Can you go back a page.  Can you put

8    that thing and go back to the first page.

9             MS. CUNNINGHAM:  Okay.

10            MR. MORGANROTH:  You want us to pause it,

11   Your Honor?

12            THE COURT:  It's the -- go into the next page.

13            This is all what's happening on her phone?

14            THE WITNESS:  Yes, this is what it looks like on

15   Ms. Hill's phone.

16            THE COURT:  So this company tapes everything?

17            THE WITNESS:  Yeah, we put code on our website

18   that's from them that's capturing all of this -- the third

19   party is, Jornaya is.

20            THE COURT:  Was capturing everything that the --

21   that the user is doing?

22            THE WITNESS:  That's correct.

23            THE COURT:  Okay.  So it's capturing it

24   permanently, obviously.

25            THE WITNESS:  Yes.

```
 1              MR. MORGANROTH:  Here's the second --

 2              THE COURT:  Okay.

 3              MR. MORGANROTH:  The -- and then you want to keep

 4   play it, you'll see the --

 5              THE COURT:  That's fine.  Okay.  Go ahead.

 6              MR. MORGANROTH:  Okay.

 7              Well, thank you, Your Honor.  I have no further

 8   questions at this time.

 9                       CROSS-EXAMINATION

10              MR. HEDIN:  Good afternoon, Mr. Rich.

11              THE DEFENDANT:  Good afternoon.

12   BY MR. MORGANROTH:

13   Q    Could you please go back to defendant's Exhibit 5

14   beginning with 5A which --

15   A    The Jornaya?

16   Q    Which is the Jornaya report.

17   A    Okay.

18   Q    And just one minute.  So this report at 5A pertains to

19   the November 2018 interaction that Ms. Hill had on the

20   YourVASurvey.info website; is that correct?

21   A    Is that November 12th?

22   Q    Correct.  But in November of 2018.

23   A    Oh, yes.  Uh-huh.  Yes.

24   Q    Okay.  And this report was attached to the declaration

25   of Manny Wald which has been marked as defendant's Exhibit
```

1    5B; correct?

2    A    I'm not -- yes -- yes, this is the Exhibit 5B.

3    Q    Okay.  And I'd just like you to review this declaration

4    so you're familiar with what it says, because I have a few

5    questions regarding the contents of it.

6    A    Is there a part that you want me to be reviewing, in

7    particular?

8    Q    Well, in particular, paragraph four, which --

9    A    "Jornaya's TCPA Guardian Services runs a proprietary

10   script"?

11             MR. HEDIN:  Correct.  If you could just read that

12   paragraph and let me know when you're ready.

13                  (Pause in the proceedings.)

14             THE WITNESS:  Okay.  I've read the paragraph.

15   BY MR. HEDIN:

16   Q    Okay.  And you testified earlier that LMB retained

17   Jornaya as a third party vendor on its behalf?

18   A    No, that's not accurate.  We host the Jornaya code on

19   our website, and we asked -- we don't pay for that service.

20   We just host the code.  And so we asked Quicken Loans to

21   retrieve the report for us.

22   Q    Okay.  Um, but in your job are -- at -- your daily job

23   receiving optimization of this -- this site, you're familiar

24   with Jornaya and its technology and the way it works.

25   A    Yeah, I have a good understanding of it, I think.

1    Q    Okay.  Would -- does this -- do the statements made by

2    Mr. Wald in paragraph four accurately describe the way in

3    which Jornaya technology works on the YourVASurvey.info site?

4              MR. MORGANROTH:  Objection, Your Honor.  I think

5    you're mixing up the site.  This is LMB's site.  YourVASurvey

6    is a different site.

7              MR. HEDIN:  Correct.

8    BY MR. HEDIN:

9    Q    But you testified earlier that LMB works together with

10   SuitedConnector to set up the site that Ms. Hill frequented

11   in October 2018; is that right?

12   A    We -- we work with SuitedConnector -- we worked with

13   them on the handshake between the two websites, but we didn't

14   build that website -- LMB didn't.

15   BY MR. HEDIN:

16   Q    Okay.  But you are familiar with the Jornaya technology

17   and what it does and what the videos depict that it captures

18   in connection with the consumer's interaction on a site?

19   A    Yeah, I have okay knowledge of it.

20   Q    Okay.  So if you could look at the sentence toward the

21   end of that paragraph that begins with, "this data is stored

22   and can be retrieved," and it goes on to say, "to visually

23   render the lead creation experience, including the TCPA

24   disclosure language presented to the consumer and the effect

25   or progress on the page based on how they consented, for

```
 1    example, the effect or next page on the web page, resulting
 2    from the action needed to be taken by the consumer on the Web
 3    page, for example, they actively clicked or selected an
 4    electronic submission button," do you see that?
 5    A    Yes.
 6    Q    Okay.  And is that a fair characterization of your
 7    understanding of how the technology works on websites that
 8    it's deployed on?
 9    A    Yes, the code has to be on every page in order for it
10    to -- to capture those interactions.
11    Q    Okay.  And now, I'm just -- I'd like to just play the
12    video again that we just saw.  If we could, Exhibit 6 --
13    excuse me -- and if we could just fast-forward this video --
14    I'm not sure if I have the ability to do that.  If we can
15    just fast-forward this to the very end when the option is
16    selected and the screen changes.
17           Okay.  So let's -- we're toward the end of the
18    video -- at the 1 minute and 47 mark -- and if we could just
19    press "play" so we can see the change in screens.
20           Okay.  So at the -- actually at the 145 mark, the
21    screen changed to a LowerMyBills.com page with the dollar
22    value of $2633 on it; correct?
23    A    Yes.
24    Q    Okay.  And that change in screen reflects as Jornaya
25    described in Mr. Wald's declaration, the next page on the Web
```

```
 1    page, resulting from the action needed to be taken by the
 2    consumer -- the clicking of the button; is that fair?
 3    A    Yes, the codes -- the code is running on each one of
 4    those pages.
 5    Q    Okay.  So the fact that the page went to this -- the
 6    fact that the video went to the screen with LowerMyBills.com
 7    at the top of it, evidences the fact that a button was
 8    clicked?
 9    A    In this case, yes, yes.
10    Q    Okay.
11    A    That's how we built the product.
12    Q    Okay.  I'd like to go back now to Mr. -- Mr. Wald's
13    declaration at Exhibit 5 B.  This -- just one minute -- okay.
14    And then if you could go to paragraph five -- this references
15    an attachment A which pertains to the lead ID that was
16    generated from Ms. Hill on October 11, 2018; correct?
17    A    Um, that's -- yes, that's what it says, agree.
18    Q    Okay.  And then Exhibit A to this declaration was not
19    submitted in Exhibit 5A -- but if you could go now to
20    plaintiff's Exhibit 16 -- and this is in the black binder
21    that you would find there.  And this is actually a composite
22    exhibit with Mr. Wald's declaration immediately followed by
23    the two reports, the first of which I want to ask you a few
24    questions about.
25    A    With universal ID ending in 891?
```

42

1    Q    That's correct.  And this is on the -- the fifth page of

2    this exhibit -- and if you go back to the prior page, it's --

3    this yet another TCPA compliance report, similar to the one

4    that we looked at, at Defendant's Exhibit 5B; correct?

5    A    Yes.

6    Q    Okay.  And this is the lead information captured by

7    Jornaya in realtime when Ms. Hill frequented the

8    YourVASurvey.info website on October 11th, 2018; correct?

9    A    I need to look at the data that we pulled, but assuming

10   this is the -- the accurate Jornaya report, that would make

11   sense.

12   Q    Okay.  Well, let's go back to defendant's Exhibit

13   Number 1 so we can verify that to make sure it's the same.

14   If you go to defendant's Exhibit Number 1 and to the first

15   page of that exhibit which references the -- the October 2018

16   interaction, can you confirm that this data corresponds to

17   the Jornaya report at plaintiff's Exhibit 16 on page six?

18   A    That is the same -- it has the same universal lead ID.

19   It looks like the IP address is the same.

20   Q    Okay.  And the report we previously looked at

21   Defendant's Exhibit 5B, there's also a video link playback

22   for this one too, isn't there?

23   A    Yes.

24   Q    Okay.  And this is on the next page.  And so I'd ask

25   that we go ahead and play that video.  Actually, if we can

```
1    just click on the link on this document on the computer.

2            Mr. -- excuse me -- Mr. Rich, are you familiar with

3    a company called "Active Prospect"?

4    A    Yes.

5    Q    Okay.  And Active Prospect, would you just describe what

6    types of services they provide to its clients?

7    A    I'm not as familiar with Active Prospect as with

8    Jornaya.  It's my understanding that they offer some kind of

9    similar verification or validation service.

10   Q    Okay.  Just one minute, Your Honor.  I just -- we're

11   trying to locate one exhibit.

12           MR. HEDIN:  Okay.  Just one minute, Your Honor.

13   Permission to access my computer?

14           THE COURT:  That's fine.

15           MR. HEDIN:  Thank you.

16           THE COURT:  If you need time to find it, I have a

17   criminal matter set to go at 3:00 -- and I was going to push

18   them back.  We're going to have to take a recess to do it

19   anyway.  This might be a good time if you need time to go

20   into your computer and try to find the exhibit.

21           MR. HEDIN:  Thank you, Your Honor.  That would be

22   great.

23           THE COURT:  I have another matter at 3:00.  So why

24   don't we do that.  Why don't we recess, and then I'll do the

25   criminal matter.  You're all going to have to leave the
```

```
 1    courtroom for this matter anyway; but you can leave -- well,

 2    you should move your stuff, because the lawyers are going to

 3    be sitting there -- but why don't we talk a recess and -- I

 4    mean, it wont' be a recess for you -- we're going to take a

 5    recess and then start with the criminal matter and then

 6    you'll come back after that.

 7              MR. HEDIN:  Thank you, Your Honor.

 8                     (Recess.)

 9              THE COURT:  Okay.  We're back on the record.  --

10    we're going to have to take another recess at 4:00 -- I don't

11    know what we're going to do.  The interpreter showed up

12    really late.  So that's why we're moving forward with this.

13    So we'll figure this out.

14              So why don't we continue.

15              Go ahead.

16    BY MR. HEDIN:

17    Q    Mr. Rich, before we took the break, we were discussing

18    the October 2018 interaction on the LowerMy -- excuse me --

19    YourVASurvey.info website that's depicted in the first report

20    attached to Mr. -- Mr. Wald's declaration.  If you can just

21    turn to that report.

22    A    What exhibit was that?

23              MR. HEDIN:  It's Exhibit 16 -- plaintiff's

24    Exhibit 16.

25              THE WITNESS:  Okay.  Thank you.
```

1    BY MR. HEDIN:

2    Q    Sure.  And so the first report that we're looking at

3    here, the October 11th, 2018 report, this -- the date on that

4    report corresponds to the data reflected on the first page of

5    defendant's

6    Exhibit Number 1; correct?

7    A    Yes.

8    Q    And if you go to the second page of Defendant's

9    Exhibit 1, this data pertains to the November 2018

10   interaction; correct?

11   A    I'm not sure which page you're on.

12   Q    Page two of Defendant's Exhibit 1.

13   A    Oh, page two of exhibit -- okay, yes.  So the -- the

14   second page that shows November 12th and the data from those

15   interactions.

16   Q    And you testified earlier that this was a -- the

17   campaign that this lead was generated through the second

18   one -- the November 2018 one, that this was a retargeting

19   campaign?

20   A    Yeah, it's a retention campaign.

21   Q    A retention campaign, okay.

22            And -- and -- and it's referred to as a -- a mobile

23   retention campaign here in row number 64; correct?

24   A    That was the -- that was the consumer experience.  So

25   that was the name of part of what the website was.

1    Q    Okay.  And it -- in column -- or excuse me -- row 59, it

2    says, "RT_TXT."

3    A    Yes, uh-huh.

4    Q    So it means -- that refers to a text messaging retention

5    program?

6    A    Yes, so the RT -- is retention -- that's short for

7    retention.  "TXT" is text.

8    Q    Okay.  And I think you testified earlier that Ms. Hill

9    was brought to the LMB site on November -- in November 2018,

10   because she had clicked a link in a text message; is that

11   right?

12   A    Yes.

13   Q    Okay.  Now, I'd like you to turn to plaintiff's

14   exhibit -- composite Exhibit Number 19, which is the separate

15   white binder that you should have.  Okay.  If you could go to

16   the first tab in that exhibit -- and we don't have this for

17   the screen, unfortunately, but if you go to paragraph -- just

18   one minute -- paragraph 15, of -- of this first tab -- in

19   that exhibit -- let me know when you're there, please.

20   A    Um, "Ms. Hill has on several occasions," is that 15 that

21   you're talking about?

22   Q    Yes, correct.  And just to back up, have you seen this

23   document before -- the document that's marked Plaintiff's

24   Exhibit 19, part one?

25   A    I'm not -- I'm not sure what I'm looking at.

```
 1    Q    Okay.  If you could go to the first page of it.

 2    A    Am I looking at tab one -- is this -- oh, I'm sorry --

 3    the entire thing is 19?

 4    Q    Correct.

 5    A    No, I'm not familiar with this.

 6    Q    Okay.  But you are familiar with the text messages that

 7    LMB sent to Ms. Hill; correct?

 8    A    Yes.

 9    Q    Okay.  So in paragraph 15, if you turn over to the next

10    page where it continues, which is page six of the ECF

11    pagination, do you see that screen shot?

12             MR. MORGANROTH:  I just want to make sure where

13    you're at -- you're on Exhibit 19.

14             MR. HEDIN:  And then tab one of that exhibit.

15             MR. MORGANROTH:  Page?  We didn't get a binder.  So

16    we're trying to find --

17             MR. HEDIN:  So we're in the complaint -- it's the

18    first amended complaint, ECF 20.

19             MR. MORGANROTH:  Okay.

20             MR. HEDIN:  ECF 20, sorry.

21             MR. MORGANROTH:  Okay.  Go ahead.

22             I got it.

23    BY MR. HEDIN:

24    Q    Do you see the screen shot on page six there -- 6 of 16.

25    A    Where it has 26293 on the top on the screen shot.
```

1   Q    No.  If you could go to the next page in paragraph 15 --

2   below paragraph 15, it goes over to the next page.

3   A    Okay.  I see that.

4   Q    Okay.  Do you see that message -- that first message

5   there, Monday, October 22nd at 8:12 a.m.?

6   A    Um, yes, I do.

7   Q    Okay.  Did -- did LMB send Ms. Hill that text message?

8   A    I'm not sure.

9   Q    Okay.  What would you need to do to -- to determine

10  whether that came from LMB?

11  A    I just don't know top of mind if that's URL or not in

12  terms of like the messaging and those types of things.

13  Q    Okay.

14  A    Yeah.

15  Q    And there's a hyperlink in that first text message.  Is

16  that -- did you know -- do you know whether that's a

17  hyperlink that directed to the -- the LMB page that she

18  accessed on November 12th, 2018?

19  A    I I'm not sure.  I don't -- I'm not sure what the actual

20  URL looked like.

21  Q    Okay.  But in any event, that message appears to have

22  been sent after Ms. Hill visited the YourVASurvey.info site

23  but before she visited the LMB site in November; correct?

24  A    Um, the -- yeah, the first interaction she had was with

25  YourVA in October and the second was to LMB in November, but

```
1    we did match her, right, in both instances to clients.
2    Q    Okay.  And I think you testified that the
3    re- -- is it retargeting or --
4    A    The retention campaign.
5    Q    The retention campaign was a campaign that's done in
6    order to match people?
7    A    The -- the idea of a retention campaign is when we've
8    already had one interaction with a consumer, and they haven't
9    transacted with our clients, meaning, they haven't
10   reidentified or whatever the case may be.  Then we'll
11   reengage or we'll do -- we'll run the retention campaign to
12   see if they want to come back to LowerMyBills to be matched
13   again.
14   Q    Even though --
15          THE COURT:  How do often do you reengage?
16          THE WITNESS:  It depends.  I mean, usually the
17   first one would be 30 days would be the first attempt.  Um,
18   and then it could be another 30, 60, 90 -- and then I don't
19   remember what the cutoff is, but if we don't have
20   interaction, then after -- again, I don't know the exact day
21   but 90, 120 in that kind of ballpark days, we'll stop.
22          THE COURT:  Go ahead, Counsel.
23   BY MR. HEDIN:
24   Q    And you testified earlier that you have frequented
25   YourVASurvey site regularly since October of 2018 and most
```

```
 1   recently a few days ago; is that correct?
 2   A    Yes, I have been to it most recently in the last couple
 3   days.
 4   Q    Okay.  Did the YourVASurvey.info site that existed in
 5   October 2018, did it look the same then as it does today and
 6   function the same way?
 7   A    I don't know that I can answer that in terms of, you
 8   know, what it looked like in 2018 and what it looks like
 9   today if it's verbatim or not.
10   Q    But you can't point to any substantive differences that
11   you're aware of?
12   A    Um, yes, I -- I don't know of any substantial
13   differences; but again, I didn't do that kind of, like,
14   capture in 2018 and then look again in 2019 and do some kind
15   of comparison or contrast.
16            Did that answer your question?
17   Q    Yes, thank you.
18   A    Okay.
19            MR. HEDIN:  Yeah, we have nothing further.  Thank
20   you, Mr. Rich.
21                    **REDIRECT EXAMINATION**
22   BY MR. MORGANROTH:
23   Q    Mr. Rich, plaintiff's counsel was asking you some
24   questions earlier about Jornaya and how it worked.  You've
25   testified that LMB on its website loads or inserts Jornaya
```

```
 1   code on its web pages; is that right?

 2   A     Yes.

 3   Q     And is that on every page does LMB load the code?

 4   A     Yes, on every page.

 5   Q     Okay.  If a code -- if the code is not loaded on a

 6   particular page, will that page be tracked and validated in

 7   part of the video playback?

 8   A     No, you have -- you have to have the code in order for

 9   Jornaya to make the capture.

10   Q     Now, there's a --

11            THE COURT:  You have to have what code?

12            THE WITNESS:  So -- so Jornaya has -- they have

13   this, like, it's called a "snippet."  It's a little piece of

14   code that you put on each page.  And so when you go to the

15   Web page an it loads, what happens is that piece of code

16   executes and that basically creates a connection to Jornaya

17   that allows them to capture interaction for that page.  And

18   the way that a Web page works is that when you go to the next

19   page, you've got to load the code again.  And so you'd have

20   to have that call to Jornaya once again in order for them to

21   make that capture.

22            THE COURT:  And the call is simply going to the

23   page though, because earlier you testified when I asked you

24   that everything that -- that it basically tapes everything.

25   It keeps everything.
```

```
 1              THE WITNESS:  Yes.

 2              THE COURT:  Okay.  Thank you.

 3   BY MR. MORGANROTH:

 4   Q    And do you know if the other website, YourVASurvey, do

 5   you know if they have loaded Jornaya's code on every single

 6   one of its Web pages?

 7   A    I don't know that for certain.

 8   Q    And we saw in the video playback that final page from

 9   LMB's November 12th, 2018 interaction with Ms. Hill where it

10   had what you call the "thank you" page after she clicked,

11   "calculate your free results."  Do you know if YourVASurvey

12   loads Jornaya's code on its final page?

13   A    I don't know that for certain.

14              MR. MORGANROTH:  That's all I have, Your Honor.

15   Thank you, Your Honor.

16              THE COURT:  Anything else, Counsel?

17              MR. HEDIN:  No, Your Honor.

18              THE COURT:  Let me ask you a couple of questions.

19   Since this happened in 2018, you know, the way the pages --

20   can you put up that -- that little video again.

21              Has there been any change in the way the pages look

22   today since that time?

23              THE WITNESS:  I'm sure that they've evolved

24   somewhat.  We're constantly testing to try and improve the

25   pages.
```

1          THE COURT:  But do you know as you sit here today,

2    whether there's been any changes to any of those pages that

3    we saw earlier?

4          THE WITNESS:  I can't say with confidence if there

5    have or haven't been.  I mean, the way that it looks -- the

6    superficial way that it looks might have changed; but the

7    underlying kind of logic that we described where you have to

8    click the button and engage with a matching, things like

9    that, all those pieces have stayed steady.

10          THE COURT:  Okay.  And -- and when you --  did you

11    put it up?  So go back up.  It says, "Calculate your free

12    results."  So earlier you were testifying about consent being

13    sort of key and critical to the way this whole thing

14    operates.  So I -- I -- in this Exhibit 1 that is I guess

15    defendant's Exhibit 1 -- is there a box anywhere in here -- I

16    know there's a point where it says, "sent"; but is there a

17    box anywhere in there where it says something like "Consent.

18    This is the exact date and time that the person consented,"

19    because you have a lot of data here, and it seems to me if

20    that's one of the most critical things that you -- that you

21    need, that there would be a box that would indicate when the

22    consent happened -- the actual time -- you know, the actual

23    date and minute -- you know, the actual time that it

24    happened.  Isn't there one here in any of these?

25          THE WITNESS:  We -- it's inferred through row four

```
 1   "lead status."

 2           THE COURT:  Okay.  That's kind of what you were

 3   saying earlier, and I guess that's -- well, I said "sent."

 4   It's inferred, but why not have a -- a specific box for that?

 5   It seems like -- it seems to be -- based on your testimony,

 6   it seems to be the crux of everything we're dealing with here

 7   today.

 8           THE WITNESS:  I think that's part of why a lot of

 9   our clients use this Jornaya product where it's a third party

10   verification where I can go to them and tell them, hey, I --

11   you know, I built this.  This is how it works.  I'm capturing

12   this, and you can also use a third party to verify that I am,

13   indeed, doing as I say.

14           THE COURT:  Okay.  And then -- but Jornaya catches

15   everything; right?  They're going to catch it whether the box

16   is checked or not, they catch everything.

17               THE WITNESS:  Yes.

18           THE COURT:  Okay.  Anything else, Counsel?

19           MR. HEDIN:  Yes, Your Honor.  I just have one more

20   follow-up.

21           THE COURT:  Go ahead.

22                    RECROSS EXAMINATION

23   BY MR. HEDIN:

24   Q    Mr. Rich, you testified that the data that's reflected

25   on the first page of defendant's Exhibit 1 was sent to LMB by
```

```
1    SuitedConnector; is that right?

2    A    From the YourVASurvey, yes.

3    Q    Okay.  But -- and I think you also testified that

4    SuitedConnector wouldn't have sent it to you if the button

5    hadn't been pushed; is that right?

6    A    Yes.

7    Q    How do you know that?

8    A    Two things:  One, that is the agreement that we made.

9    And then the second is, is that's part of the -- the kind of

10   the handshake or the data exchange, right -- when we actually

11   connected to the SuitedConnector platform to do the data

12   exchange.

13            MR. HEDIN:  Okay.  But LMB doesn't have any actual

14   evidence that the button was clicked, apart from the

15   agreement between Quicken sued SuitedConnector.

16            THE WITNESS:  No.

17            MR. HEDIN:  Okay.  Thanks.  I have nothing further.

18            THE COURT:  Anything else, Counsel?

19            MR. MORGANROTH:  If I may follow up with a couple

20   of questions on the question Your Honor had.

21            THE COURT:  Okay.

22                 REDIRECT EXAMINATION (FURTHER)

23   BY MR. MORGANROTH:

24   Q    If you can turn to Exhibit 5 -- defendant's Exhibit 5?

25   A    Yes.
```

1    Q    And this is the Jornaya TCPA compliance report?

2    A    Uh-huh.

3    Q    If you can turn to the second page, the last paragraph,

4    it says, "How does Jornaya help keep companies

5    TCPA-compliant."

6    A    Yes.

7    Q    And then it -- I'll read it and try to read it slowly.

8    It says, "As a neutral third party witness to the events that

9    take place on a website or a call center, TCPA Guardian

10   provides facts and what happened during a consumer's visit to

11   the website or interaction with a call center representative.

12   TCP companies" -- I'm sorry -- "TCPA Guardian helps companies

13   to verify" -- and then it has bullet points about disclosures

14   and -- and language for TCP compliance.  It -- why would --

15   why would a complaint of yours use TCP Guardian as opposed to

16   just relying upon LMB's word?

17   A    It's their -- they're a third party; right?  So it

18   helps ensure -- trust would verify between our interaction

19   with the clients.

20   Q    And you were asked some questions by the judge in terms

21   of recording the consent on Exhibit 1.  If the button,

22   "calculate your free results" is not clicked, would there be

23   any consent to record?

24   A    No, that -- that wouldn't -- our matching engine

25   wouldn't engage, and therefore, there wouldn't be a

1    connection between the consumer and the mortgage clients and

2    you wouldn't have that status sent.  It wouldn't be matched

3    to any of the parent providers either.

4    Q    Okay.

5         So if the button is clicked, and it says right

6    underneath "By clicking the button, you consent," and it has

7    the items 1 through 4 -- at that point, the matching engine

8    is activated?

9    A    When the button is clicked, that is when the matching

10   engine is activated.

11   Q    And if you could put up -- I think it's Exhibit 5 -- I'm

12   sorry -- Exhibit 2 -- there's "the purpose of refinance"

13   button you had testified about.  And as I understand your

14   testimony, that has to be clicked before the "calculate your

15   free results" button is activated; is that right?

16   A    Yes.

17   Q    Okay.  And under "the purpose of refinance" button,

18   there's another disclaimer -- I'm sorry -- disclosure.  It

19   says, "By selecting your E-Finance purpose, you consent to be

20   contacted, including through automated or prerecorded means

21   by our providers"; do you see that?

22   A    Yes.

23   Q    And if we wanted to know what time a consumer clicked on

24   "the purpose of refinance" button or the "calculate your free

25   results" button, that -- is that recorded the Jornaya

```
 1   playback if you have code for this page?

 2   A     Yes.

 3   Q     So -- okay, no further questions.  Thank you.

 4           THE COURT:  Anything else, Counsel?

 5           MR. HEDIN:  Nothing further, Your Honor.

 6           Thank you.

 7           THE COURT:  Okay.  The witness is excused.  Thank

 8   you very much.

 9           Next witness, please.

10           MR. TAYMAN:  Quicken Loans calls Larry Smith.

11   DEFENSE'S WITNESS, LARRY SMITH, SWORN.

12           COURTROOM DEPUTY:  Please state your name and spell

13   it for the record.

14           THE WITNESS:  My name is Larry Smith, L-A-R-R-Y

15   S-M-I-T-H.

16           THE COURT:  Go ahead.

17                    DIRECT EXAMINATION

18   BY MR. TAYMAN:

19   Q     Good afternoon, Mr. Smith.

20           Can you please tell the Court where you are

21   currently employed?

22   A     SuitedConnector.

23   Q     And what do you do for SuitedConnector?

24   A     I'm the chief technology officer.

25   Q     And as the chief technology officer for SuitedConnector,
```

1    what are your responsibilities?

2    A    I'm responsible for all development, as well as all

3    front end technology and back end technology.

4    Q    And when you say "development," what do you mean?

5    A    I'm development.  We -- for all of our website

6    development and our database development on the back end.

7    Q    Okay.  And how long have you been the chief technology

8    officer?

9    A    A little over two years.

10   Q    And could you please briefly explain for us what

11   SuitedConnector is?

12   A    SuitedConnector is a company who owns and operates

13   websites, and we connect individuals with mortgage and

14   financial service people.

15   Q    And are you familiar with the website

16   LMB.YourVASurvey.info?

17   A    Yes.

18   Q    And for purposes of today, I'll just refer to that as

19   YourVASurvey; is that okay?

20   A    Yes.

21   Q    And who operates that website?

22   A    SuitedConnector.

23   Q    And can you explain what that website is?

24   A    That website was developed specifically for LMB who is

25   our partner.  In order to connect people to -- with the

```
 1   financial services as I described a little bit earlier.

 2   Q    And does that website target certain types of consumers?

 3   A    Yes, it does.

 4   Q    And who would those be?

 5   A    Veterans.

 6   Q    Now, Mr. Smith, are you familiar with the plaintiff in

 7   this matter, Amanda Hill?

 8   A    I am.

 9   Q    And can you explain how?

10   A    Um, I was asked to research our system in that Ms. Hill

11   had visited the LMB.YourVASurvey.info website.

12   Q    Mr. Smith, Ms. Hill has said in this case that -- let me

13   restart -- what is the -- what did Ms. Hill do at that

14   website, if you could briefly explain?

15   A    Ms. Hill visited the website; filled out the information

16   that was on the website; got to the last page.  And on the

17   last page, there is a "See my results" button and also TCPA

18   language, and she clicked that; and we received the

19   information and then that was passed along to our partner

20   LMB.

21   Q    And what do you mean by TCPA language?

22   A    TCPA language is the language provided by LMB for us to

23   display on the last page by requirement.

24   Q    And when did Ms. Hill visit the YourVA website?

25   A    In October of 2018.
```

UNITED STATES DISTRICT COURT

```
 1   Q    And, Mr. Smith, Ms. Hill has said in this case that she

 2   went to your website but not clicked the "see my results"

 3   button.  Would SuitedConnector have her information had she

 4   not clicked that button?

 5   A    No.

 6   Q    Okay.  If we can show Defendant's Exhibit 8.  Mr. Smith,

 7   are you familiar with Defendant's Exhibit A on the screen

 8   here?

 9   A    I am.

10   Q    And what is it?

11   A    This is a depiction of the site LMB.YourVASurvey.info.

12   Q    And who created this document that we're seeing here?

13   A    I did.

14   Q    And how did you do that?

15   A    I took a device from our device cabinet, which in this

16   case is a pixel Android device.; I set it on the table; I

17   browsed to that site and went through it, each one, each

18   screen and took pictures of that.

19   Q    And when did do you that?

20   A    October of this year.

21   Q    Of -- in -- has this website changed since

22   October of 2018 when Ms. Hill would have gone to the YourVA

23   site?

24   A    Very small features have changed.

25   Q    And how do you know that?
```

```
1    A    Because I looked at our source control log to see what

2    had changed on the sites.

3    Q    And the page with the TCPA disclosures, did that change

4    since October 2018?

5    A    No.

6    Q    And has this website, O. Wiseman maintained by

7    SuitedConnector in the ordinary course of business?

8    A    Yes.

9         MR. TAYMAN:  Your Honor, we move to admit

10   Defendant's Exhibit 8.

11        MR. HEDIN:  No objection.

12        THE COURT:  Okay.  It's admitted.

13      (Whereupon, Defense's Exhibit 8 is admitted hereto.)

14   BY MR. TAYMAN:

15   Q    Mr. Smith, is there any charge to consumers for using

16   this website, the YourVASurvey website?

17   A    No.

18   Q    And if you don't mind using Exhibit A, could you just

19   walk us through the first few pages just to explain how the

20   website works and how a consumer would interact with the

21   website?

22   A    Yes, a consumer would come to this first page here, and

23   this site is a series of questions.  Each page usually one --

24   one or less -- one or more questions; and in this case, the

25   first page, you'll see here that a simple question of, "Have
```

1    you served in the military," is displayed, and the user would

2    select yes or no and press "next."  Then it goes through a

3    subsequent series of questions until it reaches the end.

4    Q    Okay.  If we could turn to page 9 of the exhibit to the

5    zip code.

6           Mr. Smith, you just briefly explained what happens

7    on this page?

8    A    Yes, at this point, the user is presented the zip code

9    in which they would type their zip code in, and then they

10   would press "next."

11   Q    And can they advance beyond this page without entering a

12   zip code?

13   A    No.

14   Q    Okay.  And if we could flip to page 12 of the e-mail

15   address.  And, Mr. Smith, if you could describe how the

16   consumer interacts with a page we're now seeing on

17   Defendant's Exhibit 8?

18   A    This is very similar to the zip code page, but in this

19   case, the user would type in their e-mail address.

20   Q    Um, and what else do they have to do to advance to the

21   next page?

22   A    They would have to press the button down on the lower

23   right.

24   Q    On the keyboard there?

25   A    Yes.

```
 1   Q    Okay.  If we could flip to the next page.  Mr. Smith, if
 2   you describe for us what page we're seeing here?
 3   A    This is the final page of the website before the "see my
 4   results," this is where you'll see the TCPA language at the
 5   bottom.  And this is where we'll collect some contact
 6   information from the consumer or the user.
 7   Q    Um, and if you could please identify for the Court the
 8   TCPA language you're referring to?
 9   A    It's at the bottom of the screen right below the "see my
10   results" button -- excuse me.
11   Q    And is that the section beginning -- by clicking the
12   button above, you express your understanding consent
13   electronically, via E-sign to the following?
14   A    Yes, that is it.
15   Q    And, Mr. Smith, the screen shot we're seeing here, is
16   this how it would appear to a -- would have appeared to the
17   consumer in October 2008 when they came to this page?
18   A    In 2018?  Yes.
19   Q    2018, that's right.  Yes.
20   A    Yes.
21   Q    And before you took the screen shot, did you scroll up
22   or down on this Web page at all?
23   A    No.
24   Q    If you could just briefly describe for us how the
25   consumer interacts with this page?
```

```
 1    A    Okay.  Once they hit this page, of course, they see what

 2    you see here, they will click on the first name and type

 3    their -- type their first name in.  And as the consumer moves

 4    to each field, the screen subsequently moves up to where the

 5    active field is at the top of the screen.

 6    Q    And can you explain what you mean "the fields move up"?

 7    A    The whole screen, for example, if you type in the first

 8    name and then click -- and click in the "enter the last name"

 9    field, the screen will scroll up.  All of the fields below

10    will be more towards the top.

11    Q    And as the screen scrolls up, what happens to the TCPA

12    language displayed at the bottom of the screen?

13    A    More and more of the TCPA language is displayed.

14    Q    And it becomes more visible to the consumer?

15    A    Yes.

16    Q    And who created this -- this screen shot -- let me

17    restart -- who created the web page we're seeing right now?

18    A    We did, SuitedConnector.

19    Q    Did you draft all the content on this Web page?

20    A    No.

21    Q    Please explain.

22    A    The content being the TCPA language is -- was drafted by

23    LowerMyBills.

24    Q    And the asterisks next to the different fields first

25    name, last name, phone, street address, what do those
```

UNITED STATES DISTRICT COURT

1    indicate?

2    A    That indicates that that field is required.

3    Q    And below the street address, there's a city, state

4    Colorado, and a zip code; do you see that?

5    A    I do.

6    Q    And where does that come from?

7    A    That comes from the entry of the former zip code field,

8    earlier in the screens.

9    Q    Is that your city and state?

10    A    Yes.

11    Q    Um, now, Mr. Smith, what happens if a consumer enters

12    their information on this page and does not click the "see my

13    results" button?

14    A    Nothing happens.  We will collect no information.

15    Q    So if Ms. Hill entered her information on this page and

16    never clicked the "see my results" button, would you have

17    that information?

18    A    No.

19    Q    If we turn the page on the exhibit....

20          Mr. Smith, what are we looking at now?

21    A    You were looking at a screen as if it is the final

22    screen.  And if you scrolled or with your finger in the case

23    of a mobile device, scrolled the screen up, you will see the

24    TCPA language here.

25    Q    So for this screen shot, just so it's clear, you just

1    swiped up on the device?

2    A    Yes.

3    Q    Okay.  Um, in paragraph one, there's language that is in

4    blue font and underlined "LMB provider network," do you see

5    that?

6    A    I do.

7    Q    And what is that?

8    A    That is a hyperlink that goes directly to LMB's provider

9    network page on their site.

10   Q    And if a consumer clicked on that link in October of

11   2018, what would they have seen?

12   A    They would have gone out to LMB site, and they would

13   have seen the provider network for LMB.

14   Q    Okay.  If you look at paragraph two, there's some

15   additional language there's in blue and underlined.  Do you

16   see the terms of use there?

17   A    I do.

18   Q    And can you please explain why that is blue and

19   underlined?

20   A    It's very similar to the LMB provider network.  It's a

21   hyperlink that goes out to the LMB site and shows their terms

22   of use.

23   Q    So if a consumer clicked on the terms of use in

24   October of 2018, they would have gone to the LMB website?

25   A    Correct.

```
 1    Q    And they would have been displayed, the LMB terms of

 2    use?

 3    A    Yes.

 4    Q    Mr. Smith, prior to this Web page being available --

 5    this website being available to consumers in October of 2018,

 6    did SuitedConnector take any steps to ensure the website

 7    would appear -- would be visible to consumers, including the

 8    TCPA disclosures?

 9    A    Yes, we do three things.  One being, we use technology

10    that allows us to across all devices show websites in -- in

11    consistent fashion and even up to desktops, mobile devices

12    and IOS, everything, so that they all can behave the same.

13          The second thing that we do is, we have an

14    extensive quality and assurance process and a compliance team

15    that ensures that we showing the appropriate as per required

16    TCPA on the final screen before submission.

17          And then finally, we have the ability to validate

18    that when the information is submitted, that it is done so

19    with authentication -- a two-step authentication process.

20    Q    And is there any other way that SuitedConnector confirms

21    the visibility of the website to consumers back in this time

22    period, October 2018?

23    A    Yes, we use third party software -- two of them -- one

24    of them being Jornaya -- lead ID, process or -- or -- sorry

25    Jornaya software.  And the second one is Active Prospect
```

 1    trusted form.

 2    Q    Okay.  Mr. Smith, I want to go back.  You listed three

 3    things, and I want to go to the first one, the technology --

 4    what is the technology called?

 5    A    It's -- I'm forgetting what it is.  It's reactive

 6    technology.

 7    Q    Is that sometimes referred to as responsive technology?

 8    A    Yes, yes.  Thank you.  I'm sorry.  It slipped.

 9    Q    And that technology was deployed on this

10    Web page in October of 2018?

11    A    Yes, it's deployed across all of our sites.

12    Q    You also mention some quality assurance testing that

13    SuitedConnector did.  Could you please explain how that works

14    and what SuitedConnector does?

15    A    Yes, every site that we develop -- every site that we

16    modify and when we are -- when we receive a notification that

17    a browser has been upgraded, we go through a quality

18    assurance process through our sites by -- we have a device

19    library which includes all mobile devices, windows devices

20    and desktops, and we certify each one that they are still in

21    compliance with the providers or our -- our requirements for

22    our providers.

23    Q    And so does -- does SuitedConnector test the appearance

24    of this website on different browsers?

25    A    Yes.

```
 1    Q    Did you test on different devices?

 2    A    Yes.

 3    Q    What type of devices was it tested on?

 4    A    This would have been tested on all IOS devices, Android

 5    devices, and of course, desktop and Windows devices.

 6    Q    And if we go back one screen....

 7          Would that testing -- that SuitedConnector data

 8    also be looking for the visibility of the -- the TCPA

 9    disclosure language?

10    A    Yes, by requirement.

11    Q    And what is that testing for exactly?

12    A    That is to verify and validate that we have the

13    appropriate visibility of our TCPA language -- LMB's TCPA

14    language on the screen.

15          MR. TAYMAN:  We can take the exhibit down.

16    Mr. Smith, you testified that the only way Ms. Hill would

17    have -- let me restart -- you testified the only way

18    SuitedConnector would have received Ms. Hill's information is

19    if she clicked on the "see my results" button; is that

20    correct?

21          THE WITNESS:  That is correct.

22    BY MR. TAYMAN:

23    Q    And how do you know that?

24    A    Because I'm the one who designed and architected and led

25    the development.
```

```
 1    Q    The development of the website?

 2    A    Of the website and the back end that receives the

 3    information from the website.

 4    Q    And could you please explain for us how that works?

 5    A    Yes, at a high level, there's some two-step process of

 6    authentication.  Number one, our back end requires the front

 7    end to let us know who or what site it's coming from.  That

 8    would be step number one.  Step number two is, there's a key

 9    exchange to where if the front end has to have keys that the

10    back end knows about in order to be able to submit

11    information to that.

12    Q    And what do you mean by "front end"?

13    A    Front end is the web site that we've been talking about.

14    Q    And what's the back end?

15    A    Back end is the system of record where the database is.

16    Q    In October of 2018, for the YourVA website -- let me

17    restart -- are you familiar with data scraping.

18    A    Yes.

19    Q    And what is your understanding of that?

20    A    Data scraping is when people can scrape information off

21    a screen itself.

22    Q    And in October of 2018 for the YourVASurvey website, did

23    SuitedConnector do any data scraping?

24    A    No.

25    Q    Did SuitedConnector obtain consumer information from any
```

```
1   third party?

2   A     No.

3   Q     From any public resource?

4   A     No.

5   Q     Did SuitedConnector obtain consumer data for this

6   website in October of 2018 from any source, other than the

7   consumer pressing the "see my results" button after entering

8   their information?

9   A     No.

10  Q     And when the data hits the back end, what happens then?

11  A     Once the data hits the back end, it is then sent out to

12  our providers that the information on the TCPA is provided --

13  and in this case, it's LMB.

14  Q     If we could show Defendant's Exhibit 7....  Mr. Smith do

15  you recognize Defendant's Exhibit 7?

16  A     Yes.

17  Q     What is it?

18  A     It is the database record that we received on the back

19  end from the front end for Ms. Hill.

20  Q     And who -- who created this document?

21  A     I did.

22  Q     And how did you do that?

23  A     I pulled it directly from our database.

24  Q     And is the data in the database kept by SuitedConnector

25  in the ordinary course of its business?
```

1    A    Yes.

2    Q    And is the data we're seeing here in Exhibit 7, was this

3    created at the date and time Ms. Hill submitted her

4    information October 2018?

5    A    Yes.

6            MR. TAYMAN:  Your Honor, move to admit Defendant's

7    Exhibit 7 into the record?

8            MR. HEDIN:  No objection.

9            THE COURT:  It's admitted.

10        (Whereupon, Defense's Exhibit 7 is admitted hereto.)

11   BY MR. TAYMAN:

12   Q    Mr. Smith, if you could just explain what we're seeing

13   in this document?

14   A    At the top, you'll notice the first name, last name,

15   e-mail, phone number, address, city, state, zip code.  Those

16   are the pieces of contact information that we described

17   earlier when we were collecting those.  We collect those from

18   the website we talked about earlier.

19   Q    And whose name is this data for?

20   A    Amanda Hill.

21   Q    And what phone number is submitted here in Exhibit 7?

22   A    The actual number?

23   Q    Yes.

24   A    (951) 813-9785.

25   Q    And this contact information, the name, phone number,

```
 1    address, again, if you just remind us how SuitedConnector
 2    obtained that?
 3    A    It was collected from the website on the front and
 4    handed to the back after authentication.
 5    Q    And that's after the "see my results button" was
 6    pressed?
 7    A    That's correct.
 8    Q    Going down a few rows, there's a row "military service,"
 9    what does that row indicate?
10    A    That indicates if you'll recall the website on the first
11    page, there's a question asked about if you served in the
12    military, "yes" or "no," and based on the answer to that
13    question, that's the data that would be in this military
14    service field.
15    Q    If we go down another five rows or so, there's a field
16    IP address; do you see that?
17    A    I do.
18    Q    And what does that field reflect?
19    A    That IP address is a field reflected of the IP address
20    that the device that sent the information to was running on
21    at that point in time.
22    Q    And whose device would that be in this instance?
23    A    That would be Ms. Hill's.
24    Q    And where's the field below that, "user agent" reflect?
25    A    The "user agent" reflects the type of device on the
```

```
 1    operating system that was on the device at the time and some
 2    assemblies that the device uses for web browsing experience.
 3    Q    And based on the data there, what type of device was
 4    used to submit this data?
 5    A    It's a pixel device with an Android OS.
 6    Q    Um, now, Mr. Smith, Ms. Hill said that she used a
 7    Samsung Galaxy device.  Is a pixel a Samsung Galaxy device?
 8    A    No.
 9    Q    If we scroll down a few more lines, do you see the row
10    site name?
11    A    I do.
12    Q    What does that reflect?
13    A    That reflects the site that it came from.
14    Q    And which site is that in this instance.
15    A    LMB.YourVASurvey.info.
16    Q    In the row immediately below that TCPA type, what does
17    that indicate?
18    A    That information is a tag that tells us what TCPA was
19    disclosed on the website.
20    Q    And so what does that mean here?
21    A    In this case, we tag that as LMB which we know that the
22    LowerMyBills TCPA language was shown on the website.
23    Q    And if we scroll towards about three quarters the way
24    down the document on this first page, there's a field
25    universal lead ID; do you see that?
```

```
 1    A    I do.

 2    Q    And what does that reflect?

 3    A    There's a token given to us by our lead ID product from

 4    Jornaya in which that if the site is validated and

 5    authenticated, we will receive that universally ID.

 6    Q    And what do you mean by "validated and authenticated"?

 7    A    "Validated and authenticated" means the user was

 8    actually shown and displayed the appropriate TCPA, and it's

 9    the form that is required by Jornaya to accept.

10    Q    And if the display did not meet the Jornaya standards,

11    would you have received this lead ID?

12    A    No.

13    Q    And what does the row below "trusted form cert" URL

14    reflect?

15    A    The trusted form is an additional third party software

16    that we put on all of our sites.  This URL gives us the

17    ability to review a play by play or a video image of the

18    client going through our site.

19    Q    And who's the company that offers the "trusted form"

20    app. software?

21    A    Active Prospect.

22    Q    And scrolling down a few more rows, what are we seeing

23    in the created date and modified date fields?

24    A    The created date field is a time stamp with date and

25    time of when the record actually was recorded in our
```

```
 1    database.

 2    Q    And how does that get recorded in the database?

 3    A    Once the front end authenticates to the back end, after

 4    the "see my results" button is clicked, then the record is

 5    put into the database.

 6    Q    And what is the modified date?

 7    A    Modified date is when we send that along to our partner,

 8    in this case, LMB.

 9              MR. TAYMAN:  We can take down the exhibit.

10    BY MR. TAYMAN:

11    Q    Mr. Smith, you mentioned the active forms trusted --

12    sorry -- you mentioned the Active Prospect Trusted Forms

13    software.  Can you explain at a high level what that is?

14    A    Yes, again, from -- it's a third party software that we

15    use, and -- and it activates as soon as a person comes onto

16    our site; and it records video of interaction with that site.

17    Q    And is that --

18              THE COURT:  Excuse me -- we're going to take a

19    recess now -- and, Counsel, when we come back after the

20    criminal matter, I really want you to wrap it up.  You guys

21    both said -- everybody said 20 minutes a witness, and you

22    took an hour nearly with your first witness and we're just

23    going on and on -- so let's wrap it up when we get back,

24    okay?

25                            (Recess.)
```

```
 1                  C E R T I F I C A T E

 2

 3

 4

 5    AMANDA HILL                        :

 6              vs.                      :  No. CV 19-00163-FMO

 7    QUICKEN LOANS, INC.                :

 8

 9

10   I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE

11   UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

12   CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

13   TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

14   CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

15   PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

16   TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

17   OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

18   FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

19   REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

20   REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

21

22   _____/S/_____        //____

23   MARIA R. BUSTILLOS                 DATE
     OFFICIAL REPORTER
24

25
```

**$**

**$2633** [1] - 40:22

**/**

**/S** [1] - 78:22

**1**

**1** [22] - 4:5, 15:7, 15:21, 15:24, 16:7, 16:11, 20:17, 20:22, 26:3, 27:10, 27:18, 40:18, 42:13, 42:14, 45:6, 45:9, 45:12, 53:14, 53:15, 54:25, 56:21, 57:7
**10** [1] - 20:23
**102DA** [1] - 27:5
**10:21** [1] - 16:17
**10th** [11] - 16:17, 16:25, 17:4, 17:5, 17:10, 18:7, 21:19, 22:6, 23:6, 27:2, 31:7
**11** [1] - 41:16
**11th** [2] - 42:8, 45:3
**12** [3] - 8:22, 16:23, 63:14
**120** [1] - 49:21
**12254** [1] - 1:22
**12:12** [1] - 16:23
**12th** [15] - 17:1, 17:5, 17:6, 22:12, 24:2, 26:4, 26:9, 26:25, 27:20, 31:7, 31:9, 37:21, 45:14, 48:18, 52:9
**13** [1] - 18:8
**1400** [1] - 2:6
**145** [1] - 40:20
**15** [6] - 4:5, 46:18, 46:20, 47:9, 48:1, 48:2
**15-year** [1] - 35:3
**16** [8] - 1:18, 4:6, 6:1, 41:20, 42:17, 44:23, 44:24, 47:24
**18** [1] - 18:9
**19** [4] - 46:14, 46:24, 47:3, 47:13
**19-00163-FMO** [1] - 1:10, 6:5, 78:6
**1900** [1] - 2:21
**1ST** [1] - 1:23

**2**

**2** [12] - 4:7, 23:15, 23:17, 24:10, 24:13, 24:15, 25:10, 25:15, 25:22, 31:18, 57:12

**20** [4] - 20:17, 47:18, 47:20, 77:21
**2000** [1] - 2:17
**20036** [1] - 2:21
**2008** [1] - 64:17
**2015** [1] - 12:2
**2016** [1] - 21:14
**2018** [53] - 12:20, 13:14, 13:23, 14:2, 16:17, 16:23, 16:25, 17:1, 17:10, 19:6, 20:5, 20:23, 21:19, 22:12, 24:7, 25:17, 26:9, 26:14, 26:25, 27:2, 27:20, 37:19, 37:22, 39:11, 41:16, 42:8, 42:15, 44:18, 45:3, 45:9, 45:18, 46:9, 48:18, 49:25, 50:5, 50:8, 50:14, 52:9, 52:19, 60:25, 61:22, 62:4, 64:18, 64:19, 67:11, 67:24, 68:5, 68:22, 69:10, 71:16, 71:22, 72:6, 73:4
**2019** [3] - 1:18, 6:1, 50:14
**202)346-4000** [1] - 2:22
**21** [1] - 21:21
**213** [1] - 1:24
**22nd** [1] - 48:5
**24** [2] - 4:7, 18:9
**245** [1] - 2:10
**248-864-4000** [1] - 2:18
**25th** [1] - 12:2
**26293** [1] - 47:25
**27** [1] - 18:9
**28** [1] - 78:13
**28724** [1] - 18:5
**29** [1] - 18:11
**2:03** [1] - 6:3

**3**

**3** [6] - 11:22, 11:24, 12:13, 12:18, 14:11, 25:7
**3...** [1] - 11:21
**30** [4] - 4:8, 4:9, 49:17, 49:18
**33** [1] - 4:10
**344** [1] - 2:16
**350** [1] - 1:23
**35312** [1] - 34:17
**36** [1] - 18:11
**37** [1] - 3:13
**3:00** [2] - 43:17, 43:23

**4**

**4** [6] - 2:6, 4:6, 12:25,

16:1, 16:5, 57:7
**415)766-3534** [1] - 2:7
**43** [1] - 33:25
**4455** [1] - 1:23
**47** [3] - 21:1, 21:4, 40:18
**48** [1] - 21:7
**48009** [1] - 21:9
**49** [1] - 21:9
**4:00** [1] - 44:10

**5**

**5** [11] - 21:10, 29:1, 29:3, 29:11, 30:6, 32:13, 37:13, 41:13, 55:24, 57:11
**50** [3] - 3:11, 9:15, 21:9
**51** [1] - 21:12
**54** [3] - 3:13, 4:8, 21:15
**55** [1] - 3:12
**56** [1] - 16:21
**58** [2] - 3:15, 27:24
**59** [2] - 22:19, 46:1
**5A** [7] - 30:7, 30:10, 32:24, 33:2, 37:14, 37:18, 41:19
**5B** [6] - 4:9, 30:11, 38:1, 38:2, 42:4, 42:21

**6**

**6** [6] - 4:10, 32:10, 33:1, 33:4, 40:12, 47:24
**60** [2] - 22:25, 49:18
**62** [1] - 4:11
**64** [1] - 45:23
**69.0.3497** [1] - 21:8
**6F7A** [1] - 31:4

**7**

**7** [9] - 3:5, 3:11, 4:12, 18:1, 72:15, 73:2, 73:7, 73:10, 73:21
**7...** [1] - 72:14
**73** [2] - 4:12, 28:10
**75** [1] - 27:22
**753** [1] - 78:12

**8**

**8** [6] - 4:11, 18:1, 61:6, 62:10, 62:13, 63:17
**800)400-6808** [1] - 2:12
**813-9785** [1] - 73:24
**891** [1] - 41:25
**894-2739** [1] - 1:24

**8:12** [1] - 48:5

**9**

**9** [1] - 63:4
**90** [2] - 49:18, 49:21
**90012** [1] - 1:24
**92** [1] - 26:17
**92626** [1] - 2:11
**94104** [1] - 2:7
**951** [1] - 73:24

**A**

**a.m** [1] - 48:5
**Abbas** [1] - 6:8
**ABBAS** [1] - 2:9
**abbreviation** [1] - 17:19
**ABC** [1] - 17:6
**ability** [3] - 40:14, 68:17, 76:17
**able** [3] - 19:23, 36:2, 71:10
**ABOVE** [1] - 78:15
**ABOVE-ENTITLED** [1] - 78:15
**accept** [1] - 76:9
**access** [3] - 11:10, 21:5, 43:13
**accessed** [1] - 48:18
**accesses** [1] - 14:23
**accordingly** [1] - 27:16
**accurate** [2] - 38:18, 42:10
**accurately** [2] - 16:7, 39:2
**acquired** [1] - 9:5
**acquiring** [1] - 8:14
**acronym** [1] - 17:20
**action** [2] - 40:2, 41:1
**actions** [1] - 30:19
**activate** [1] - 7:12
**activated** [3] - 57:8, 57:10, 57:15
**activates** [1] - 77:15
**Active** [5] - 43:3, 43:5, 43:7, 68:25, 77:12
**active** [3] - 65:5, 76:21, 77:11
**actively** [1] - 40:3
**activities** [2] - 13:11, 30:25
**activity** [2] - 33:19, 34:10
**actual** [6] - 48:19, 53:22, 53:23, 55:13, 73:22
**ad** [2] - 9:23, 10:22
**addition** [2] - 19:16, 21:24
**additional** [2] - 67:15, 76:15

**address** [17] - 11:14, 18:9, 20:18, 20:19, 26:6, 31:10, 35:1, 42:19, 63:15, 63:19, 65:25, 66:3, 73:15, 74:1, 74:16, 74:19
**admission** [9] - 12:13, 15:21, 16:1, 16:2, 24:10, 29:11, 29:23, 32:10, 33:1
**admit** [2] - 62:9, 73:6
**admitted** [16] - 12:16, 15:23, 15:24, 16:4, 16:5, 24:12, 24:13, 30:10, 30:11, 32:23, 33:3, 33:4, 62:12, 62:13, 73:9, 73:10
**advance** [2] - 63:11, 63:20
**advertise** [1] - 8:17
**advertising** [2] - 10:3, 10:21
**affected** [1] - 27:8
**AFFL** [1] - 17:18
**afternoon** [8] - 6:8, 6:10, 6:15, 6:18, 6:20, 37:10, 37:11, 58:19
**agent** [2] - 74:24, 74:25
**ago** [2] - 9:5, 50:1
**agree** [2] - 25:13, 41:17
**agreeing** [1] - 26:1
**agreement** [2] - 14:3, 55:8, 55:15
**ahead** [9] - 7:7, 33:3, 37:5, 42:25, 44:15, 47:21, 49:22, 54:21, 58:16
**algorithm** [1] - 9:25
**alleged** [1] - 18:17
**allows** [4] - 28:20, 34:21, 51:17, 68:10
**Amanda** [6] - 6:5, 15:6, 18:18, 23:16, 60:7, 73:20
**AMANDA** [3] - 1:7, 2:4, 78:5
**amended** [1] - 47:18
**AmeriSave** [1] - 21:22
**amount** [1] - 16:18
**AND** [3] - 78:10, 78:13, 78:15
**AND/OR** [1] - 78:19
**Android** [4] - 21:15, 61:16, 70:4, 75:5
**ANGELES** [3] - 1:17, 1:24, 6:1
**answer** [3] - 50:7, 50:16, 74:12
**ANY** [1] - 78:18
**anyway** [2] - 43:19, 44:1
**apart** [1] - 55:14
**APC** [1] - 2:9

app [1] - 76:20
appear [2] - 64:16, 68:7
appearance [2] - 6:6, 69:23
appeared [1] - 64:16
appropriate [3] - 68:15, 70:13, 76:8
Arbitration [1] - 25:11
architected [1] - 70:24
archiving [1] - 12:7
ARE [1] - 78:19
assemblies [1] - 75:2
assessed [1] - 18:11
assessment [1] - 26:7
assisting [1] - 6:21
assuming [1] - 42:9
assurance [4] - 30:25, 68:14, 69:12, 69:18
asterisks [1] - 65:24
AT [1] - 6:3
Atlas [1] - 21:2
attached [3] - 32:14, 37:24, 44:20
attachment [1] - 41:15
attempt [1] - 49:17
attorneys [1] - 6:21
authenticated [3] - 76:5, 76:6, 76:7
authenticates [1] - 77:3
authenticating [1] - 29:12
authentication [4] - 68:19, 71:6, 74:4
automated [1] - 57:20
available [3] - 34:3, 68:4, 68:5
AVENUE [2] - 2:10, 2:16
aware [1] - 50:11

**B**

ballpark [1] - 49:21
base [1] - 30:18
based [4] - 39:25, 54:5, 74:12, 75:3
becomes [1] - 65:14
beginning [2] - 37:14, 64:11
begins [1] - 39:21
BEHALF [2] - 2:4, 2:14
behalf [3] - 6:16, 6:19, 38:17
behave [1] - 68:12
behind [2] - 35:3, 35:5
below [9] - 24:18, 31:11, 48:2, 64:9, 65:9, 66:3, 74:24, 75:16, 76:13
Ben [2] - 7:10, 7:24
BEN [3] - 3:10, 7:11, 7:24
between [6] - 9:1,

10:4, 39:13, 55:15, 56:18, 57:1
beyond [1] - 63:11
binder [3] - 41:20, 46:15, 47:15
BIRMINGHAM [1] - 2:17
bit [1] - 60:1
black [2] - 24:15, 41:20
blue [3] - 67:4, 67:15, 67:18
bold [1] - 25:11
bottom [6] - 23:25, 24:1, 31:22, 64:5, 64:9, 65:12
box [5] - 53:15, 53:17, 53:21, 54:4, 54:15
break [1] - 44:17
briefing [1] - 18:17
briefly [4] - 59:10, 60:14, 63:6, 64:24
bringing [3] - 19:14, 19:18, 20:2
brought [3] - 34:23, 35:4, 46:9
browsed [1] - 61:17
browser [7] - 21:4, 21:5, 27:1, 27:4, 27:5, 27:9, 69:17
browsers [1] - 69:24
browsing [1] - 75:2
build [1] - 39:14
built [7] - 14:17, 15:3, 27:13, 34:20, 35:14, 41:11, 54:11
bullet [1] - 56:13
bunch [2] - 10:22, 23:25
business [8] - 8:15, 12:10, 13:11, 14:3, 15:18, 19:9, 19:16, 24:4, 24:25, 62:7, 72:25
BUSTILLOS [3] - 1:21, 78:10, 78:23
button [40] - 14:14, 14:16, 14:18, 14:24, 22:7, 22:11, 24:15, 24:19, 26:18, 35:4, 35:11, 36:2, 36:3, 40:4, 41:2, 41:7, 53:8, 55:4, 55:14, 56:21, 57:5, 57:6, 57:9, 57:13, 57:15, 57:17, 57:24, 57:25, 60:17, 61:3, 61:4, 63:22, 64:10, 64:12, 66:13, 66:16, 70:19, 72:7, 74:5, 77:4
BY [30] - 2:5, 2:9, 2:15, 2:20, 3:11, 3:13, 3:15, 7:21, 12:17, 16:6, 24:14, 30:12, 33:8, 37:12, 38:15, 39:8, 39:15, 44:16,

45:1, 47:23, 49:23, 50:22, 52:3, 54:23, 55:23, 58:18, 62:14, 70:22, 73:11, 77:10

62:2
changes [2] - 40:16, 53:2
characterization [1] - 40:6
characters [2] - 17:17, 22:19
charge [1] - 62:15
CHARGED [1] - 78:18
checked [1] - 54:16
chief [3] - 58:24, 58:25, 59:7
choose [1] - 34:20
chosen [1] - 34:14
Chrome [3] - 21:6, 21:7, 27:6
CIRCUIT [1] - 78:18
city [3] - 66:3, 66:9, 73:15
claims [3] - 8:20, 10:25, 35:9
clear [1] - 66:25
Click [1] - 18:15
click [15] - 14:14, 14:24, 22:6, 25:3, 26:23, 32:3, 34:21, 34:22, 36:2, 43:1, 53:8, 65:2, 65:8, 66:12
clicked [24] - 22:11, 23:20, 25:5, 32:7, 35:10, 36:1, 40:3, 41:8, 46:10, 52:10, 55:14, 56:22, 57:5, 57:9, 57:14, 57:23, 60:18, 61:2, 61:4, 66:16, 67:10, 67:23, 70:19, 77:4
clicking [5] - 24:18, 35:16, 41:2, 57:6, 64:11
clicks [2] - 10:21, 14:15
client [9] - 9:8, 9:13, 11:3, 20:13, 22:2, 22:3, 28:3, 28:6, 76:18
clients [22] - 8:14, 9:11, 10:1, 10:5, 13:7, 14:22, 17:8, 19:12, 19:15, 19:18, 19:23, 21:23, 22:22, 23:13, 27:23, 28:15, 43:6, 49:1, 49:9, 54:9, 56:19, 57:1
CODE [1] - 78:13
code [29] - 18:4, 28:11, 28:24, 28:25, 36:17, 38:18, 38:20, 40:9, 41:3, 51:1, 51:3, 51:5, 51:8, 51:11, 51:14, 51:15, 51:19, 52:5, 52:12, 58:1, 63:5, 63:8, 63:9, 63:12, 63:18, 66:4, 66:7, 73:15

**C**

C.S.R [1] - 1:22
CA [2] - 2:7, 2:11
cabinet [1] - 61:15
Calculate [3] - 24:16, 26:23, 53:11
calculate [9] - 25:24, 34:21, 35:10, 35:16, 36:2, 52:11, 56:22, 57:14, 57:24
calculation [1] - 35:1
CALIFORNIA [5] - 1:2, 1:17, 1:24, 6:1, 78:12
campaign [13] - 22:21, 23:10, 26:10, 45:17, 45:19, 45:20, 45:21, 45:23, 49:4, 49:5, 49:7, 49:11
capital [2] - 25:11, 25:12
capture [9] - 22:1, 26:1, 28:13, 40:10, 50:14, 51:9, 51:17, 51:21
captured [2] - 16:8, 42:6
captures [2] - 15:15, 39:17
capturing [6] - 28:17, 28:19, 36:18, 36:20, 36:23, 54:11
case [13] - 15:6, 21:6, 41:9, 49:10, 60:12, 61:1, 61:16, 62:24, 63:19, 66:22, 72:13, 75:21, 77:8
CASE....................... [1] - 3:5
catch [2] - 54:15, 54:16
catches [1] - 54:14
CENTER [1] - 2:6
center [2] - 56:9, 56:11
centers [1] - 30:24
CENTRAL [2] - 1:2, 78:11
cert [1] - 76:13
certain [3] - 52:7, 52:13, 60:2
certify [1] - 69:20
CERTIFY [1] - 78:12
cetera [1] - 21:8
change [5] - 34:12, 40:19, 40:24, 52:21, 62:3
changed [5] - 40:21, 53:6, 61:21, 61:24,

coded [1] - 18:5
codes [3] - 23:3, 23:25, 41:3
collect [3] - 64:5, 66:14, 73:17
collected [2] - 20:19, 74:3
collecting [2] - 18:25, 73:17
collection [1] - 30:25
collects [1] - 14:18
color [1] - 25:1
Colorado [1] - 66:4
colors [1] - 33:21
column [4] - 17:7, 21:25, 28:10, 46:1
columns [4] - 16:18, 17:4, 17:5, 27:25
combination [1] - 23:2
coming [1] - 71:7
comment [1] - 20:9
communicate [3] - 10:16, 20:1, 25:25
companies [2] - 56:4, 56:12
Companies [1] - 30:22
company [6] - 9:6, 11:2, 36:16, 43:3, 59:12, 76:19
comparison [1] - 50:15
complaint [3] - 47:17, 47:18, 56:15
compliance [7] - 29:5, 30:14, 42:3, 56:1, 56:14, 68:14, 69:21
compliant [1] - 56:5
composite [2] - 41:21, 46:14
computer [3] - 43:1, 43:13, 43:20
CONFERENCE [2] - 78:17, 78:20
confidence [1] - 53:4
confirm [1] - 42:16
confirms [1] - 68:20
CONFORMANCE [2] - 78:16, 78:19
connect [4] - 10:18, 14:21, 59:13, 59:25
connected [3] - 21:18, 27:19, 55:11
connection [5] - 10:4, 22:5, 39:18, 51:16, 57:1
consent [19] - 14:12, 19:17, 19:19, 19:20, 19:22, 20:2, 20:16, 24:19, 24:24, 26:1, 31:1, 53:12, 53:22, 56:21, 56:23, 57:6, 57:19, 64:12
Consent [1] - 53:17
consented [2] - 39:25, 53:18

**consistent** [1] - 68:11
**constantly** [1] - 52:24
**construction** [1] - 8:12
**consumer** [46] - 9:19, 9:22, 9:25, 10:5, 10:21, 10:25, 14:12, 14:15, 14:18, 14:21, 14:23, 14:24, 18:2, 18:25, 19:24, 20:11, 22:2, 23:11, 25:25, 26:11, 28:17, 30:19, 31:15, 34:23, 35:4, 39:24, 40:2, 41:2, 45:24, 49:8, 57:1, 57:23, 62:20, 62:22, 63:16, 64:6, 64:17, 64:25, 65:3, 65:14, 66:11, 67:10, 67:23, 71:25, 72:5, 72:7
**consumer's** [4] - 31:1, 32:2, 39:18, 56:10
**consumers** [12] - 8:18, 9:11, 14:19, 19:11, 19:14, 20:14, 22:21, 60:2, 62:15, 68:5, 68:7, 68:21
**contact** [3] - 64:5, 73:16, 73:25
**contacted** [2] - 31:1, 57:20
**contained** [1] - 25:15
**content** [2] - 65:19, 65:22
**contents** [1] - 38:5
**continue** [2] - 19:16, 44:14
**continues** [1] - 47:10
**contrast** [1] - 50:15
**control** [1] - 62:1
**copy** [4] - 11:22, 26:11, 29:25, 32:6
**CORRECT** [1] - 78:14
**correct** [23] - 36:22, 37:20, 37:22, 38:1, 38:11, 39:7, 40:22, 41:16, 42:1, 42:4, 42:8, 45:6, 45:10, 45:23, 46:22, 47:4, 47:7, 48:23, 50:1, 67:25, 70:20, 70:21, 74:7
**correctly** [1] - 16:24
**corresponds** [2] - 42:16, 45:4
**COSTA** [1] - 2:11
**Counsel** [6] - 49:22, 52:16, 54:18, 55:18, 58:4, 77:19
**counsel** [1] - 6:6, 18:17, 29:13, 31:21, 50:23
**couple** [4] - 34:22, 50:2, 52:18, 55:19
**course** [8] - 12:10, 13:11, 15:18, 24:4,

62:7, 65:1, 70:5, 72:25
**court** [1] - 33:7
**COURT** [54] - 1:1, 1:21, 6:3, 6:14, 6:23, 7:1, 7:7, 7:14, 7:18, 12:14, 12:16, 15:23, 16:4, 24:12, 29:17, 30:1, 30:5, 30:8, 32:23, 33:3, 36:7, 36:12, 36:16, 36:20, 36:23, 37:2, 37:5, 43:14, 43:16, 43:23, 44:9, 49:15, 49:22, 51:11, 51:22, 52:2, 52:16, 52:18, 53:1, 53:10, 54:2, 54:14, 54:18, 54:21, 55:18, 55:21, 58:4, 58:7, 58:16, 62:12, 73:9, 77:18, 78:10, 78:11
**Court** [3] - 29:25, 58:20, 64:7
**COURTHOUSE** [1] - 1:22
**courtroom** [1] - 44:1
**COURTROOM** [2] - 6:4, 58:12
**cover** [2] - 29:3, 30:14
**created** [7] - 61:12, 65:16, 65:17, 72:20, 73:3, 76:23, 76:24
**creates** [1] - 51:16
**creation** [1] - 39:23
**credit** [2] - 18:11, 26:7
**criminal** [4] - 43:17, 43:25, 44:5, 77:20
**critical** [2] - 53:13, 53:20
**CROSS** [2] - 3:8, 37:9
**CROSS-EXAMINATION** [1] - 37:9
**crux** [1] - 54:6
**CUNNINGHAM** [5] - 6:20, 7:12, 7:17, 30:7, 36:9
**Cunningham** [1] - 6:21
**current** [1] - 18:12
**cut** [1] - 35:19
**cutoff** [1] - 49:19
**CV** [3] - 1:10, 6:5, 78:6

**D**

**D1** [1] - 2:11
**DA** [1] - 21:2
**daily** [1] - 38:22
**data** [49] - 10:24, 12:8, 15:10, 15:13, 15:14, 16:8, 17:11, 18:18, 18:20, 19:2, 19:5, 19:17, 20:4, 20:7, 20:21, 21:4, 22:3,

22:10, 22:14, 23:24, 26:24, 28:2, 28:20, 30:22, 30:23, 31:5, 39:21, 42:9, 42:16, 45:4, 45:9, 45:14, 53:19, 54:24, 55:10, 55:11, 70:7, 71:17, 71:20, 71:23, 72:5, 72:10, 72:11, 72:24, 73:2, 73:19, 74:13, 75:3, 75:4
**database** [8] - 59:6, 71:15, 72:18, 72:23, 72:24, 77:1, 77:2, 77:5
**DATE** [1] - 78:23
**date** [12] - 16:16, 16:22, 45:3, 53:18, 53:23, 73:3, 76:23, 76:24, 77:6, 77:7
**David** [1] - 6:12
**DAVID** [1] - 2:5
**days** [5] - 11:9, 49:17, 49:21, 50:1, 50:3
**DB5** [1] - 15:15
**DC** [1] - 2:21
**dealing** [1] - 54:6
**DECEMBER** [1] - 1:18, 6:1
**decided** [1] - 7:5
**declaration** [14] - 29:11, 29:15, 29:25, 30:2, 32:11, 32:15, 32:25, 37:24, 38:3, 40:25, 41:13, 41:18, 41:22, 44:20
**DEF** [1] - 17:6
**DEFENDANT** [1] - 37:11
**defendant** [2] - 6:16, 6:19
**Defendant's** [11] - 42:4, 42:21, 45:8, 45:12, 61:6, 61:7, 62:10, 63:17, 72:14, 72:15, 73:6
**defendant's** [8] - 37:13, 37:25, 42:12, 42:14, 45:5, 53:15, 54:25, 55:24
**DEFENDANTS** [1] - 2:14
**defendants** [1] - 7:1
**Defendants** [1] - 1:13
**Defense's** [8] - 15:24, 16:5, 24:13, 30:10, 30:11, 33:4, 62:13, 73:10
**DEFENSE'S** [5] - 3:5, 3:8, 4:3, 7:11, 58:11
**depict** [1] - 39:17
**depicted** [1] - 44:19
**depiction** [1] - 61:11
**deployed** [3] - 40:8, 69:9, 69:11
**Depo** [1] - 21:22

**DEPOSIT** [1] - 78:19
**DEPUTY** [2] - 6:4, 58:12
**describe** [8] - 8:15, 18:2, 21:9, 39:2, 43:5, 63:15, 64:2, 64:24
**described** [4] - 40:25, 53:7, 60:1, 73:16
**designed** [1] - 70:24
**desktop** [1] - 70:5
**desktops** [2] - 68:11, 69:20
**details** [1] - 9:18
**determine** [1] - 48:9
**determining** [1] - 35:2
**develop** [1] - 69:15
**developed** [1] - 39:24
**development** [7] - 59:2, 59:4, 59:5, 59:6, 70:25, 71:1
**device** [23] - 20:22, 21:9, 21:11, 21:16, 27:1, 27:4, 27:9, 34:7, 61:15, 61:16, 66:23, 67:1, 69:18, 74:20, 74:22, 74:25, 75:1, 75:2, 75:3, 75:5, 75:7
**Device** [1] - 21:2
**devices** [9] - 68:10, 68:11, 69:19, 70:1, 70:3, 70:4, 70:5
**difference** [2] - 27:4, 27:5
**differences** [2] - 50:10, 50:13
**different** [11] - 9:19, 17:3, 17:4, 18:24, 25:1, 26:5, 27:23, 39:6, 65:24, 69:24, 70:1
**digital** [1] - 21:10
**dimensions** [1] - 21:9
**direct** [3] - 9:21, 9:22, 22:18
**DIRECT** [2] - 3:8, 7:20, 58:17
**directed** [1] - 48:17
**directly** [6] - 17:12, 22:15, 24:7, 25:24, 67:8, 72:23
**disclaimer** [1] - 57:18
**disclosed** [1] - 75:19
**disclosure** [4] - 31:11, 39:24, 57:18, 70:9
**disclosures** [9] - 11:20, 14:6, 25:23, 26:2, 31:14, 31:16, 56:13, 62:3, 68:8
**discussed** [1] - 18:15
**discussing** [1] - 44:17
**display** [5] - 11:16, 13:25, 21:10, 60:23, 76:10
**displayed** [11] - 12:22,

13:21, 14:6, 14:8, 14:12, 25:16, 63:1, 65:12, 65:13, 68:1, 76:8
**DISTRICT** [5] - 1:1, 1:2, 1:5, 78:11
**DIVISION** [1] - 1:3
**DO** [1] - 78:12
**document** [21] - 12:3, 12:9, 13:5, 13:8, 13:10, 13:13, 13:17, 13:18, 13:19, 13:21, 15:9, 25:6, 25:20, 43:1, 46:23, 61:12, 72:20, 73:13, 75:24
**documents** [1] - 14:1
**dollar** [1] - 40:21
**done** [3] - 7:15, 49:5, 68:18
**down** [11] - 35:19, 35:21, 63:22, 64:22, 70:15, 74:8, 74:15, 75:9, 75:24, 76:22, 77:9
**draft** [1] - 65:19
**drafted** [1] - 65:22
**drive** [1] - 9:23
**drives** [1] - 10:22
**during** [2] - 13:18, 56:10
**duties** [1] - 8:10

**E**

**E-Finance** [1] - 57:19
**e-mail** [5] - 11:14, 19:24, 63:14, 63:19, 73:15
**E-sign** [2] - 24:20, 64:13
**ECF** [3] - 47:10, 47:18, 47:20
**effect** [2] - 39:24, 40:1
**either** [1] - 57:3
**electronic** [1] - 40:4
**electronically** [4] - 14:20, 24:20, 24:25, 64:13
**EMBARCADERO** [1] - 2:6
**employed** [3] - 8:1, 8:21, 58:21
**end** [23] - 10:23, 39:21, 40:15, 40:17, 59:3, 59:6, 63:3, 71:2, 71:6, 71:7, 71:9, 71:10, 71:12, 71:13, 71:14, 71:15, 72:10, 72:11, 72:19, 77:3
**ending** [1] - 41:25
**engage** [4] - 10:3, 14:20, 53:8, 56:25
**engaged** [2] - 26:16, 35:6

**engine** [12] - 9:24, 10:4, 14:4, 14:21, 15:6, 15:12, 15:16, 35:6, 35:8, 56:24, 57:7, 57:10
**ensure** [2] - 56:18, 68:6
**ensures** [1] - 68:15
**enter** [1] - 65:8
**entered** [3] - 26:14, 29:15, 66:15
**entering** [2] - 63:11, 72:7
**enters** [1] - 66:11
**entire** [1] - 47:3
**ENTITLED** [1] - 78:16
**entry** [1] - 66:7
**ESQ** [5] - 2:5, 2:5, 2:10, 2:16, 2:20
**et** [1] - 21:8
**event** [4] - 30:19, 30:20, 31:12, 48:21
**events** [1] - 56:8
**evidence** [2] - 29:15, 55:14
**evidences** [1] - 41:7
**EVIDENTIARY** [1] - 1:16
**evidentiary** [1] - 6:23
**evolved** [1] - 52:23
**exact** [2] - 49:20, 53:18
**exactly** [1] - 70:11
**EXAMINATION** [6] - 7:20, 37:9, 50:21, 54:22, 55:22, 58:17
**example** [4] - 23:14, 40:1, 40:3, 65:7
**exchange** [3] - 55:10, 55:12, 71:9
**excluded** [2] - 7:3, 7:6
**excuse** [6] - 40:13, 43:2, 44:18, 46:1, 64:10, 77:18
**excused** [1] - 58:7
**executes** [1] - 51:16
**Exhibit** [79] - 11:21, 11:22, 11:24, 12:13, 12:18, 12:25, 14:11, 15:7, 15:21, 15:24, 16:1, 16:5, 16:7, 16:11, 20:17, 20:22, 23:15, 23:17, 24:10, 24:13, 24:15, 25:7, 25:22, 26:3, 27:10, 27:18, 29:1, 29:3, 29:11, 30:6, 30:10, 30:11, 31:18, 32:10, 32:24, 33:1, 33:4, 37:13, 37:25, 38:2, 40:12, 41:13, 41:18, 41:19, 41:20, 42:4, 42:12, 42:14, 42:17, 42:21, 44:23, 44:24, 45:6, 45:9, 45:12, 46:14, 46:24, 47:13,

53:14, 53:15, 54:25, 55:24, 56:21, 57:11, 57:12, 61:6, 61:7, 62:10, 62:13, 62:18, 63:17, 72:14, 72:15, 73:2, 73:7, 73:10, 73:21
**exhibit** [21] - 7:14, 23:25, 30:6, 31:5, 32:13, 32:15, 32:17, 41:22, 42:2, 42:15, 43:11, 43:20, 44:22, 45:13, 46:14, 46:16, 46:19, 47:14, 63:4, 70:15, 77:9
**exhibit...** [1] - 66:19
**exhibits** [2] - 7:15, 7:18
**existed** [1] - 50:4
**existence** [1] - 12:19
**existing** [1] - 26:11
**experience** [5] - 8:13, 18:3, 39:23, 45:24, 75:2
**explain** [16] - 17:3, 33:9, 33:22, 34:13, 59:10, 59:23, 60:9, 60:14, 62:19, 65:6, 65:21, 67:18, 69:13, 71:4, 73:12, 77:13
**explained** [1] - 63:6
**explicit** [1] - 34:3
**express** [2] - 24:19, 64:12
**extensive** [1] - 68:14

**F**

**fact** [3] - 41:5, 41:6, 41:7
**facts** [1] - 56:10
**failed** [1] - 16:2
**fair** [3] - 32:22, 40:6, 41:2
**familiar** [11] - 38:4, 38:23, 39:16, 43:2, 43:7, 47:5, 47:6, 59:15, 60:6, 61:7, 71:17
**fashion** [1] - 68:11
**fast** [2] - 40:13, 40:15
**fast-forward** [2] - 40:13, 40:15
**features** [1] - 61:24
**FEE** [1] - 78:18
**FEES** [1] - 78:18
**FERNANDO** [1] - 1:5
**few** [9] - 11:9, 34:9, 38:4, 41:23, 50:1, 62:19, 74:8, 75:9, 76:22
**field** [13] - 33:24, 65:4, 65:5, 65:9, 66:2, 66:7, 74:14, 74:15, 74:18, 74:19, 74:24,

75:24, 76:24
**fields** [4] - 65:6, 65:9, 65:24, 76:23
**fifth** [1] - 42:1
**figure** [1] - 44:13
**filled** [2] - 34:11, 60:15
**final** [5] - 52:8, 52:12, 64:3, 66:21, 68:16
**finally** [1] - 68:17
**Finance** [1] - 57:19
**financial** [2] - 59:14, 60:1
**fine** [6] - 29:18, 30:1, 30:8, 30:9, 37:5, 43:14
**finger** [1] - 66:22
**finish** [1] - 26:4
**first** [42] - 7:8, 7:10, 9:21, 11:14, 11:23, 13:2, 14:10, 16:15, 16:20, 17:11, 21:20, 26:12, 29:5, 30:13, 36:8, 41:23, 42:14, 44:19, 45:2, 45:4, 46:16, 46:18, 47:1, 47:18, 48:4, 48:15, 48:24, 49:17, 54:25, 62:19, 62:22, 62:25, 65:2, 65:3, 65:7, 65:24, 69:3, 73:14, 74:10, 75:24, 77:22
**FISCHER** [1] - 2:10
**five** [3] - 17:16, 41:14, 74:15
**flip** [2] - 63:14, 64:1
**focus** [3] - 17:10, 22:12, 24:23
**follow** [2] - 54:20, 55:19
**follow-up** [1] - 54:20
**followed** [1] - 41:22
**following** [1] - 64:13
**following...** [1] - 24:20
**font** [1] - 67:4
**FOR** [2] - 78:10, 78:11, 78:18
**FOREGOING** [1] - 78:13
**forgetting** [1] - 69:5
**form** [6] - 69:1, 76:9, 76:13, 76:15, 76:19
**FORMAT** [1] - 78:16
**former** [1] - 66:7
**forms** [1] - 77:11
**Forms** [1] - 77:12
**forums** [1] - 30:23
**forward** [3] - 40:13, 40:15, 44:12
**four** [5] - 21:24, 24:21, 38:8, 39:2, 53:25
**frame** [2] - 13:13, 13:18
**FRANCISCO** [1] - 2:7
**FRANK** [2] - 2:5, 3:13
**Frank** [1] - 6:11

**Frederick** [1] - 34:18
**free** [13] - 8:16, 24:16, 25:24, 26:23, 34:22, 35:10, 35:17, 36:3, 52:11, 53:11, 56:22, 57:15, 57:24
**frequented** [3] - 39:10, 42:7, 49:24
**front** [5] - 25:20, 59:3, 71:6, 71:9, 71:12, 71:13, 72:19, 74:3, 77:3
**full** [1] - 7:22
**function** [1] - 50:6
**funnel** [1] - 23:4
**FURTHER** [2] - 3:12, 55:22

**G**

**Galaxy** [1] - 75:7
**geared** [1] - 23:4
**generate** [1] - 30:22
**generated** [2] - 41:16, 45:17
**given** [2] - 9:14, 76:3
**GOODWIN** [1] - 2:19
**great** [1] - 43:22
**GROUP** [1] - 2:9
**Guardian** [5] - 30:24, 38:9, 56:9, 56:12, 56:15
**guess** [3] - 18:1, 53:14, 54:3
**guys** [1] - 77:20

**H**

**Hall** [1] - 6:12
**HALL** [3] - 2:4, 2:5, 6:12
**hand** [1] - 29:24
**handed** [1] - 74:4
**handshake** [3] - 10:24, 39:13, 55:10
**hard** [2] - 18:4, 18:5
**hard-code** [1] - 18:4
**hard-coded** [1] - 18:5
**harvested** [2] - 19:5, 20:5
**harvesting** [3] - 18:19, 18:20, 19:3
**heard** [2] - 10:6, 18:19
**HEARING** [1] - 1:16
**hearing** [2] - 6:22, 6:24
**HEDIN** [40] - 2:4, 2:5, 3:13, 6:10, 12:15, 15:22, 16:3, 24:11, 29:14, 29:19, 29:22, 32:12, 32:22, 37:10, 38:11, 38:15, 39:7, 39:8, 39:15, 43:12, 43:15, 43:21, 44:7,

44:16, 44:23, 45:1, 47:14, 47:17, 47:20, 47:23, 49:23, 50:19, 52:17, 54:19, 54:23, 55:13, 55:17, 58:5, 62:11, 73:8
**Hedin** [1] - 6:11
**HELD** [1] - 78:15
**held** [1] - 8:23
**help** [2] - 21:3, 56:4
**helps** [2] - 56:12, 56:18
**HEREBY** [1] - 78:12
**hereto** [8] - 15:24, 16:5, 24:13, 30:10, 30:11, 33:4, 62:13, 73:10
**high** [4] - 9:17, 28:21, 71:5, 77:13
**Hill** [5] - 6:5, 15:6, 34:4, 60:7, 73:20
**hill** [50] - 16:12, 17:8, 17:11, 17:21, 17:23, 18:3, 18:14, 20:19, 20:22, 21:17, 22:4, 22:15, 23:9, 23:20, 24:7, 25:5, 26:6, 26:13, 26:19, 27:1, 27:18, 33:23, 34:14, 34:19, 35:10, 35:15, 35:18, 36:1, 37:19, 39:10, 41:16, 42:7, 46:8, 46:20, 47:7, 48:7, 48:22, 52:9, 60:10, 60:12, 60:13, 60:15, 60:24, 61:1, 61:22, 66:15, 70:16, 72:19, 73:3, 75:6
**HILL** [3] - 1:7, 2:4, 78:5
**Hill's** [2] - 18:18, 36:15
**hill's** [7] - 15:11, 16:9, 27:8, 33:12, 35:1, 70:18, 74:23
**history** [1] - 30:19
**hit** [2] - 35:4, 65:1
**hits** [3] - 14:18, 72:10, 72:11
**Holdings** [1] - 9:5
**home** [2] - 11:12, 18:12
**Honor** [6] - 6:10, 6:15, 6:18, 6:25, 7:9, 12:12, 12:15, 15:20, 15:22, 15:25, 24:9, 24:11, 29:10, 29:14, 30:2, 32:9, 32:12, 33:5, 36:11, 37:7, 39:4, 43:10, 43:12, 43:21, 44:7, 52:14, 52:15, 52:17, 54:19, 55:20, 58:5, 62:9, 73:6
**HONORABLE** [1] - 1:5
**host** [3] - 28:25, 38:18, 38:20

hour [1] - 77:22
HTC [1] - 21:13
hyperlink [5] - 25:3, 48:15, 48:17, 67:8, 67:21

**I**

ID [9] - 31:4, 41:15, 41:25, 42:18, 68:24, 75:25, 76:3, 76:5, 76:11
idea [1] - 49:7
identifiable [2] - 11:13, 14:10
identifier [3] - 28:12, 28:20, 29:8
identify [7] - 11:24, 13:5, 15:9, 23:11, 23:16, 29:3, 64:7
image [1] - 76:17
immediately [2] - 41:22, 75:16
improve [1] - 52:24
IN [5] - 6:3, 78:10, 78:15, 78:16, 78:19
in-client [1] - 20:13
in-market [2] - 19:11, 20:14
INC [3] - 1:12, 2:14, 78:7
Inc [1] - 9:5
inches [1] - 21:10
include [1] - 32:17
included [2] - 32:15
includes [2] - 13:2, 69:19
including [4] - 25:23, 39:23, 57:20, 68:7
incorporated [1] - 29:20
indeed [1] - 54:13
indicate [7] - 21:20, 23:3, 28:1, 53:21, 66:1, 74:9, 75:17
indicated [1] - 35:15
indicates [6] - 17:14, 22:18, 22:23, 33:23, 66:2, 74:10
indicators [1] - 18:1
indirect [3] - 10:1, 10:20, 17:14
individuals [1] - 59:13
inferred [2] - 53:25, 54:4
information [47] - 8:19, 10:23, 11:14, 14:10, 15:13, 15:14, 15:17, 16:8, 18:8, 18:11, 18:13, 18:16, 18:18, 18:23, 19:2, 19:5, 20:5, 20:11, 20:21, 22:14, 26:6, 26:8, 26:13, 26:24, 35:1, 42:6, 60:15,

60:19, 61:3, 64:6, 66:12, 66:14, 66:15, 66:17, 68:18, 70:18, 71:3, 71:11, 71:20, 71:25, 72:8, 72:12, 73:4, 73:16, 73:25, 74:20, 75:18
input [1] - 10:22
inputs [3] - 14:19, 18:14, 35:7
inputting [1] - 18:25
inquiry [1] - 28:10
Inquiry [2] - 16:15, 16:22
inserts [1] - 50:25
instance [3] - 18:8, 74:22, 75:14
instances [1] - 49:1
interact [2] - 9:23, 62:20
interacted [1] - 33:23
interacting [2] - 20:20, 33:16
interaction [39] - 16:20, 16:22, 17:4, 17:10, 18:7, 20:23, 21:19, 22:6, 22:13, 22:18, 23:3, 23:6, 23:12, 24:1, 26:4, 26:9, 26:12, 26:25, 27:2, 27:7, 28:13, 31:8, 31:9, 32:2, 34:4, 34:14, 37:19, 39:18, 42:16, 44:18, 45:10, 48:24, 49:8, 49:20, 51:17, 52:9, 56:11, 56:18, 77:16
interactions [10] - 15:5, 15:11, 15:16, 16:9, 16:12, 16:25, 28:17, 31:6, 40:10, 45:15
interacts [2] - 63:16, 64:25
internal [2] - 17:18, 22:19
Internet [3] - 8:17, 10:21, 18:23
interpret [1] - 21:3
interpreter [1] - 44:11
invisible [1] - 33:18
IOS [2] - 68:12, 70:4
IP [7] - 20:18, 20:19, 31:10, 42:19, 74:16, 74:19
IS [2] - 78:13, 78:16
item [2] - 6:4, 24:23
items [2] - 24:21, 57:7
itself [1] - 71:21

**J**

JEFFREY [2] - 2:15, 3:11
Jeffrey [1] - 6:16

job [3] - 8:8, 38:22
Jornaya [41] - 28:13, 28:16, 28:24, 29:4, 29:7, 29:9, 29:12, 30:3, 30:15, 30:17, 32:1, 32:11, 36:19, 37:15, 37:16, 38:17, 38:18, 38:24, 39:3, 39:16, 40:24, 42:7, 42:10, 42:17, 43:8, 50:24, 50:25, 51:9, 51:12, 51:16, 51:20, 54:9, 54:14, 56:1, 56:4, 57:25, 68:24, 68:25, 76:4, 76:9, 76:10
Jornaya's [4] - 31:14, 38:9, 52:5, 52:12
JUDGE [1] - 1:5
judge [1] - 56:20
JUDICIAL [2] - 78:17, 78:20

**K**

KAZEROUNI [1] - 2:9
Kazerounian [1] - 6:9
KAZEROUNIAN [2] - 2:10, 6:8
keep [2] - 37:3, 56:4
keeps [1] - 51:25
kept [1] - 72:24
key [2] - 53:13, 71:8
keyboard [1] - 63:24
keys [1] - 71:9
kind [9] - 12:8, 19:1, 43:8, 49:21, 50:13, 50:14, 53:7, 54:2, 55:9
knowledge [1] - 39:19
knows [1] - 71:10
Kyle [1] - 6:19
KYLE [1] - 2:20

**L**

LA [1] - 17:24
landing [8] - 23:21, 23:23, 24:3, 25:23, 26:18, 26:21, 27:13, 31:17
language [20] - 24:18, 35:21, 39:24, 56:14, 60:18, 60:21, 60:22, 64:4, 64:8, 65:12, 65:13, 65:22, 66:24, 67:3, 67:15, 70:9, 70:13, 70:14, 75:22
laptop [1] - 27:16
Larry [2] - 58:10, 58:14
LARRY [3] - 3:14, 58:11, 58:14
last [17] - 7:24, 11:8,

11:9, 11:14, 11:19, 12:1, 12:3, 14:9, 31:21, 50:2, 56:3, 60:16, 60:17, 60:23, 65:8, 65:25, 73:14
late [1] - 44:12
latter [1] - 17:14
LAW [1] - 2:9
lawyers [1] - 44:2
lead [16] - 21:25, 27:24, 30:19, 31:3, 31:4, 31:12, 39:23, 41:15, 42:6, 42:18, 45:17, 54:1, 68:24, 75:25, 76:3, 76:11
leads [2] - 30:22, 30:23
leave [2] - 43:25, 44:1
led [1] - 70:24
lenders [12] - 8:14, 9:13, 17:9, 19:12, 20:13, 21:18, 27:20, 27:23, 35:16, 35:20, 35:22, 35:23
lending [1] - 24:24
less [1] - 62:24
LESS [1] - 78:18
letters [2] - 25:11, 25:12
level [4] - 9:18, 28:21, 71:5, 77:13
leveraging [1] - 20:12
library [1] - 69:19
limited [1] - 13:2
line [1] - 13:3
lines [1] - 75:9
linger [1] - 7:18
lingo [1] - 22:19
link [7] - 31:23, 32:4, 32:7, 42:21, 43:1, 46:10, 67:10
list [1] - 13:6
listed [1] - 69:2
LLP [2] - 2:4, 2:19
LMB [60] - 8:4, 8:6, 8:8, 8:16, 8:21, 9:1, 9:6, 9:13, 9:20, 10:19, 10:24, 11:16, 11:25, 12:7, 14:4, 14:20, 14:25, 15:6, 16:8, 16:9, 16:12, 18:16, 19:2, 19:5, 19:10, 23:7, 24:2, 24:7, 24:24, 26:15, 35:8, 38:16, 39:9, 39:14, 46:9, 47:7, 48:7, 48:10, 48:17, 48:23, 48:25, 50:25, 51:3, 54:25, 55:13, 59:24, 60:20, 60:22, 67:4, 67:12, 67:13, 67:20, 67:21, 67:24, 68:1, 72:13, 75:21, 77:8
LMB's [24] - 8:15, 9:8, 9:17, 11:11, 11:20,

13:6, 13:11, 13:25, 14:1, 14:7, 14:12, 15:18, 17:11, 17:12, 22:15, 22:16, 24:4, 25:16, 27:9, 39:5, 52:9, 56:16, 67:8, 70:13
LMB.YourSurvey. info [1] - 17:21
lmb.YourVASurvey. info [1] - 10:6
LMB.YourVASurvey. info [5] - 17:25, 59:16, 60:11, 61:11, 75:15
load [2] - 51:3, 51:19
loaded [2] - 51:5, 52:5
loads [3] - 50:25, 51:15, 52:12
Loan [1] - 21:22
loan [4] - 18:10, 26:8, 34:12
LOANS [3] - 1:12, 2:14, 78:7
Loans [6] - 6:5, 6:17, 6:19, 9:2, 9:7, 9:8, 29:8, 38:20, 58:10
loans [2] - 19:13, 21:22
locate [1] - 43:11
log [1] - 62:1
logic [1] - 53:7
look [16] - 17:16, 20:17, 20:21, 23:1, 25:9, 25:19, 31:2, 39:20, 42:9, 50:5, 50:14, 52:21, 67:14
looked [7] - 24:6, 31:17, 42:4, 42:20, 48:20, 50:8, 62:1
looking [14] - 9:20, 10:18, 13:18, 26:24, 27:18, 33:10, 33:12, 33:17, 45:2, 46:25, 47:2, 66:20, 66:21, 70:8
looks [6] - 27:6, 36:14, 42:19, 50:8, 53:5, 53:6
LOS [3] - 1:17, 1:24, 6:1
lower [1] - 63:22
LowerMy [1] - 44:18
LowerMyBills [6] - 9:23, 15:12, 20:12, 49:12, 65:23, 75:22
LowerMyBills.com [3] - 13:1, 40:21, 41:6
LRE [2] - 17:20, 22:23

**M**

machine [1] - 21:4
mail [5] - 11:14, 19:24, 63:14, 63:19, 73:15

**maintained** [5] - 12:10, 13:10, 15:17, 24:3, 62:6
**maintenance** [1] - 8:12
**managing** [1] - 8:14
**Manny** [2] - 30:4, 37:25
**manufacturer** [1] - 21:12
**March** [1] - 12:2
**MARIA** [3] - 1:21, 78:10, 78:23
**mark** [2] - 40:18, 40:20
**MARKED** [2] - 4:3, 5:3
**marked** [2] - 37:25, 46:23
**market** [3] - 19:11, 19:14, 20:14
**marketing** [3] - 20:10, 23:2, 23:13
**marry** [1] - 24:1
**match** [8] - 8:19, 9:11, 9:25, 10:25, 17:7, 28:1, 28:20, 31:16, 49:1, 49:6
**matched** [11] - 16:19, 21:18, 21:23, 22:2, 23:6, 27:19, 27:24, 35:15, 35:22, 49:12, 57:2
**matching** [20] - 8:16, 9:17, 9:24, 10:4, 14:4, 14:5, 14:21, 15:6, 15:12, 15:16, 19:10, 19:11, 20:12, 35:6, 35:8, 53:8, 56:24, 57:7, 57:9
**MATTER** [1] - 78:15
**matter** [4] - 43:17, 43:23, 43:25, 44:1, 44:5, 60:7, 77:20
**mean** [14] - 12:2, 18:22, 24:25, 28:5, 31:25, 44:4, 49:16, 53:5, 59:4, 60:21, 65:6, 71:12, 75:20, 76:6
**meaning** [1] - 49:9
**means** [5] - 17:18, 27:13, 46:4, 57:20, 76:7
**meet** [2] - 31:1, 76:10
**mention** [2] - 20:3, 69:12
**mentioned** [2] - 77:11, 77:12
**MESA** [1] - 2:11
**message** [9] - 23:9, 23:14, 23:21, 46:10, 48:4, 48:7, 48:15, 48:21
**messages** [2] - 23:1, 47:6
**messaging** [2] - 46:4,

48:12
**method** [4] - 9:22, 10:1, 10:2, 10:20
**methods** [1] - 27:21
**MI** [1] - 2:17
**middle** [1] - 33:21
**might** [2] - 43:19, 53:6
**military** [4] - 63:1, 74:8, 74:12, 74:13
**mind** [2] - 48:11, 62:18
**minute** [7] - 37:18, 40:18, 41:13, 43:10, 43:12, 46:18, 53:23
**minutes** [1] - 77:21
**mixing** [1] - 39:5
**mobile** [5] - 34:7, 45:22, 66:23, 68:11, 69:19
**model** [2] - 21:13
**modified** [3] - 76:23, 77:6, 77:7
**modify** [1] - 69:16
**moment** [1] - 25:9
**Monday** [1] - 48:5
**MONDAY** [2] - 1:18, 6:1
**monthly** [1] - 35:2
**Morgan** [1] - 6:16
**MORGANROTH** [44] - 2:14, 2:15, 3:11, 6:15, 6:25, 7:5, 7:9, 7:21, 12:12, 12:17, 15:20, 15:25, 16:6, 24:9, 24:14, 29:10, 29:18, 29:21, 29:23, 30:2, 30:9, 30:12, 32:9, 32:19, 32:25, 33:5, 33:8, 36:5, 36:10, 37:1, 37:3, 37:6, 37:12, 39:4, 47:12, 47:15, 47:19, 47:21, 50:22, 52:3, 52:14, 55:19, 55:23
**Mortgage** [2] - 8:4, 8:6
**mortgage** [42] - 8:14, 8:19, 9:13, 9:20, 10:1, 10:5, 10:17, 10:19, 10:25, 11:13, 13:7, 14:22, 16:19, 17:8, 17:9, 18:12, 19:12, 19:18, 19:23, 20:13, 21:18, 21:23, 22:2, 22:3, 22:5, 22:22, 23:7, 23:13, 26:7, 27:19, 27:23, 28:2, 28:6, 28:7, 28:15, 35:3, 35:9, 35:16, 57:1, 59:13
**most** [6] - 8:18, 11:8, 14:9, 49:25, 50:2, 53:20
**motion** [1] - 7:2
**move** [13] - 12:12, 15:20, 15:25, 22:12, 24:9, 29:19, 29:23,

32:9, 33:1, 44:2, 62:9, 65:6, 73:6
**moves** [2] - 65:3, 65:4
**moving** [1] - 44:12
**MR** [90] - 6:8, 6:10, 6:12, 6:15, 6:18, 6:25, 7:5, 7:9, 7:21, 12:12, 12:15, 12:17, 15:20, 15:22, 15:25, 16:3, 16:6, 24:9, 24:11, 24:14, 29:10, 29:14, 29:18, 29:19, 29:21, 29:22, 29:23, 30:2, 30:9, 30:12, 32:9, 32:12, 32:19, 32:22, 32:25, 33:5, 33:8, 36:5, 36:10, 37:1, 37:3, 37:6, 37:10, 37:12, 38:11, 38:15, 39:4, 39:7, 39:8, 39:15, 43:12, 43:15, 43:21, 44:7, 44:16, 44:23, 45:1, 47:12, 47:14, 47:15, 47:17, 47:19, 47:20, 47:21, 47:23, 49:23, 50:19, 50:22, 52:3, 52:14, 52:17, 54:19, 54:23, 55:13, 55:17, 55:19, 55:23, 58:5, 58:10, 58:18, 62:9, 62:11, 62:14, 70:15, 70:22, 73:6, 73:8, 73:11, 77:9, 77:10
**MS** [5] - 6:20, 7:12, 7:17, 30:7, 36:9
**music** [1] - 33:20

## N

**name** [24] - 7:22, 7:24, 11:14, 18:9, 21:4, 21:15, 26:6, 30:3, 45:25, 58:12, 58:14, 65:2, 65:3, 65:8, 65:25, 73:14, 73:19, 73:25, 75:10
**Nancy** [1] - 6:21
**nature** [1] - 8:15
**nearly** [1] - 77:22
**need** [7] - 26:13, 26:19, 42:9, 43:16, 43:19, 48:9, 53:21
**needed** [3] - 34:19, 40:2, 41:1
**network** [11] - 13:2, 13:6, 13:19, 14:1, 14:7, 16:1, 35:20, 67:4, 67:9, 67:13, 67:20
**neutral** [3] - 30:18, 30:24, 56:8
**never** [1] - 66:16
**new** [2] - 30:6, 34:17
**next** [19] - 17:24,

22:23, 29:21, 31:2, 32:20, 36:12, 40:1, 40:25, 42:24, 47:9, 48:1, 48:2, 51:18, 58:9, 63:2, 63:10, 63:21, 64:1, 65:24
**nine** [1] - 18:2
**NONE** [1] - 5:5
**NORTH** [1] - 2:16
**nothing** [5] - 34:1, 50:19, 55:17, 58:5, 66:14
**notice** [1] - 73:14
**notification** [1] - 69:16
**November** [30] - 12:20, 13:14, 13:23, 14:2, 16:23, 17:1, 17:5, 17:6, 22:12, 24:2, 24:7, 25:17, 26:4, 26:9, 26:25, 27:20, 31:7, 31:9, 37:19, 37:21, 37:22, 45:9, 45:14, 45:18, 46:9, 48:18, 48:23, 48:25, 52:9
**number** [12] - 6:4, 11:15, 15:11, 30:6, 45:23, 71:6, 71:8, 73:15, 73:21, 73:22, 73:25
**Number** [9] - 12:25, 27:10, 29:1, 31:18, 32:13, 42:13, 42:14, 45:6, 46:14
**numbers** [1] - 26:5
**NW** [1] - 2:21

## O

**objection** [10] - 12:14, 12:15, 15:22, 16:3, 24:11, 29:14, 32:12, 39:4, 62:11, 73:8
**obtain** [2] - 71:25, 72:5
**obtained** [2] - 18:18, 74:2
**obviously** [1] - 36:24
**occasion** [2] - 22:15
**occasions** [1] - 46:20
**occurred** [1] - 30:20
**October** [42] - 12:20, 13:14, 13:22, 14:1, 16:17, 16:25, 17:4, 17:5, 17:10, 18:7, 20:23, 21:19, 22:6, 23:6, 26:14, 27:2, 27:7, 31:7, 39:11, 41:16, 42:8, 42:15, 44:18, 45:3, 48:5, 48:25, 49:25, 50:5, 60:25, 61:20, 61:22, 62:4, 64:17, 67:10, 67:24, 68:5, 68:22, 69:10, 71:16, 71:22,

72:6, 73:4
**OF** [10] - 1:2, 1:15, 2:14, 2:14, 78:11, 78:14, 78:17, 78:20
**offer** [1] - 43:8
**offers** [1] - 76:19
**officer** [3] - 58:24, 58:25, 59:8
**OFFICIAL** [3] - 1:21, 78:10, 78:23
**often** [1] - 49:15
**OLD** [1] - 2:16
**OLGUIN** [1] - 1:5
**ON** [2] - 2:4, 2:14
**once** [7] - 18:15, 18:16, 35:4, 51:20, 65:1, 72:11, 77:3
**one** [50] - 6:4, 9:11, 11:8, 14:5, 16:19, 16:25, 17:8, 22:22, 23:12, 26:16, 27:25, 29:24, 30:14, 34:23, 37:18, 41:3, 41:13, 42:3, 42:22, 43:10, 43:11, 43:12, 45:18, 46:18, 46:24, 47:2, 47:14, 49:8, 49:17, 52:6, 53:20, 53:24, 54:19, 55:8, 61:17, 62:23, 62:24, 67:3, 68:9, 68:23, 68:25, 69:3, 69:20, 70:6, 70:24, 71:6, 71:8
**online** [1] - 8:16
**open** [2] - 25:4, 33:7
**operates** [3] - 53:14, 59:12, 59:21
**operating** [2] - 21:16, 75:1
**opposed** [1] - 56:15
**optimization** [2] - 8:13, 38:23
**option** [1] - 40:15
**order** [6] - 40:9, 49:6, 51:8, 51:20, 59:25, 71:10
**ordinary** [4] - 15:17, 24:4, 62:7, 72:25
**origin** [1] - 30:19
**OS** [2] - 21:15, 75:5
**outcomes** [1] - 20:15
**outreach** [1] - 19:24
**own** [1] - 30:23
**owned** [1] - 10:10
**owns** [1] - 59:12

## P

**p.m** [2] - 16:17, 16:23
**P.M** [1] - 6:3
**Pacific** [2] - 16:17, 16:23
**PAGE** [2] - 3:4, 78:16
**page** [104] - 16:15, 16:20, 23:22, 23:23,

24:3, 24:6, 25:10, 25:23, 26:19, 26:21, 27:13, 28:23, 28:24, 29:4, 29:5, 30:13, 30:14, 31:2, 31:17, 31:20, 31:21, 34:17, 34:24, 34:25, 35:5, 35:11, 36:7, 36:8, 36:12, 39:25, 40:1, 40:3, 40:9, 40:21, 40:25, 41:1, 41:5, 42:1, 42:2, 42:15, 42:17, 42:24, 45:4, 45:8, 45:11, 45:12, 45:13, 45:14, 47:1, 47:10, 47:15, 47:24, 48:1, 48:2, 48:17, 51:3, 51:4, 51:6, 51:14, 51:15, 51:17, 51:18, 51:19, 51:23, 52:8, 52:10, 52:12, 54:25, 56:3, 58:1, 60:16, 60:17, 60:23, 62:3, 62:22, 62:23, 62:25, 63:4, 63:7, 63:11, 63:14, 63:16, 63:18, 63:21, 64:1, 64:2, 64:3, 64:17, 64:22, 64:25, 65:1, 65:17, 65:19, 66:12, 66:15, 66:19, 67:9, 68:4, 69:10, 74:11, 75:24

**pages** [9] - 11:23, 41:4, 51:1, 52:6, 52:19, 52:21, 52:25, 53:2, 62:19

**pagination** [1] - 47:11

**pair** [1] - 21:21

**paragraph** [16] - 25:12, 30:21, 38:8, 38:12, 38:14, 39:2, 39:21, 41:14, 46:17, 46:18, 47:9, 48:1, 48:2, 56:3, 67:3, 67:14

**parent** [5] - 9:6, 27:22, 28:4, 28:6, 57:3

**part** [17] - 8:18, 14:3, 14:9, 17:21, 19:18, 19:22, 20:1, 30:5, 32:1, 32:10, 34:24, 38:6, 45:25, 46:24, 51:7, 54:8, 55:9

**particular** [3] - 38:7, 38:8, 51:6

**parties** [1] - 32:16

**partner** [5] - 10:9, 13:6, 59:25, 60:19, 77:7

**partners** [2] - 10:2, 16:19

**party** [20] - 10:2, 10:9, 17:13, 17:19, 18:4, 21:3, 28:13, 28:25, 30:18, 30:22, 36:19,

**policy** [2] - 24:24, 25:2

**position** [2] - 8:8, 8:23

**possible** [1] - 22:4

**potentially** [1] - 35:2

**PPI** [1] - 21:10

**practice** [2] - 7:4, 19:9

**prerecorded** [1] - 57:20

**present** [2] - 19:6, 20:6

**presentation** [2] - 23:1, 23:2

**presented** [2] - 39:24, 63:8

**president** [2] - 8:9, 8:24

**PRESIDING** [1] - 1:5

**press** [4] - 40:19, 63:2, 63:10, 63:22

**pressed** [1] - 74:6

**pressing** [1] - 72:7

**previous** [1] - 31:5

**previously** [1] - 42:20

**primarily** [1] - 8:17

**privacy** [2] - 24:24, 25:2

**proceed** [1] - 6:24

**proceedings** [1] - 38:13

**PROCEEDINGS** [2] - 1:15, 78:15

**process** [13] - 14:5, 14:9, 14:17, 15:3, 18:15, 19:23, 28:22, 35:6, 68:14, 68:19, 68:24, 69:18, 71:5

**PROCTER** [1] - 2:19

**product** [5] - 8:9, 35:14, 41:11, 54:9, 76:3

**products** [1] - 8:24

**profile** [2] - 18:11, 26:7

**program** [1] - 46:5

**progress** [1] - 39:25

**promise** [1] - 33:19

**proprietary** [1] - 38:9

**Prospect** [6] - 43:3, 43:5, 43:7, 68:25, 76:21, 77:12

**provide** [3] - 20:2, 30:24, 43:6

**provided** [2] - 60:22, 72:12

**provider** [14] - 13:1, 13:19, 14:1, 14:7, 16:1, 21:21, 27:22, 28:4, 28:6, 28:7, 67:4, 67:8, 67:13, 67:20

**providers** [7] - 22:5, 23:7, 57:3, 57:21, 69:21, 69:22, 72:12

**provides** [3] - 30:17, 32:1, 56:10

**prudent** [1] - 32:16

**public** [1] - 72:3

**pulled** [4] - 15:10, 23:24, 42:9, 72:23

**pulling** [2] - 18:23, 18:25

**purchase** [1] - 30:22

**purpose** [10] - 10:16, 19:12, 25:22, 26:17, 26:20, 26:21, 33:24, 34:11, 34:15, 34:20, 36:1, 57:12, 57:17, 57:19, 57:24

**purposes** [1] - 59:18

**PURSUANT** [1] - 78:12

**push** [1] - 43:17

**pushed** [1] - 55:5

**put** [12] - 8:18, 14:19, 28:24, 33:20, 36:7, 36:17, 51:14, 52:20, 53:11, 57:11, 76:16, 77:5

**putting** [2] - 19:1, 20:11

**Q**

**quality** [4] - 28:11, 68:14, 69:12, 69:17

**quarters** [1] - 75:23

**queried** [1] - 15:11

**questions** [16] - 9:16, 11:11, 11:12, 15:5, 36:6, 37:8, 38:5, 41:24, 50:24, 52:18, 55:20, 56:20, 58:3, 62:23, 62:24, 63:3

**QUICKEN** [3] - 1:12, 2:14, 78:7

**Quicken** [11] - 6:5, 6:17, 6:19, 9:2, 9:6, 9:8, 21:22, 29:8, 38:20, 55:15, 58:10

**R**

**R-I-C-H** [1] - 7:25

**ran** [1] - 21:16

**rather** [1] - 18:24

**re** [1] - 49:3

**reaches** [1] - 63:3

**reactive** [1] - 69:5

**read** [4] - 38:11, 38:14, 56:7

**reading** [2] - 33:17, 34:4

**ready** [2] - 6:24, 38:12

**really** [2] - 44:12, 77:20

**realtime** [1] - 42:7

**receive** [4] - 22:10, 32:3, 69:16, 76:5

**RECEIVED** [2] - 4:3,

5:3

**received** [4] - 60:18, 70:18, 72:18, 76:11

**receives** [1] - 71:2

**receiving** [1] - 38:23

**recent** [1] - 11:8

**recently** [2] - 50:1, 50:2

**recess** [7] - 43:18, 43:24, 44:3, 44:4, 44:5, 44:10, 77:19

**Recess** [2] - 44:8, 77:25

**recognize** [1] - 72:15

**record** [14] - 6:7, 7:23, 13:1, 16:11, 18:6, 19:1, 44:9, 56:23, 58:13, 71:15, 72:18, 73:7, 76:25, 77:4

**recorded** [3] - 57:25, 76:25, 77:2

**recording** [1] - 56:21

**records** [1] - 77:16

**RECROSS** [2] - 3:8, 54:22

**REDIRECT** [3] - 3:8, 50:21, 55:22

**REDUCTION** [1] - 78:19

**reengage** [4] - 22:21, 23:13, 49:11, 49:15

**reengaged** [2] - 24:7, 26:14

**reengaging** [1] - 26:11

**reenter** [2] - 26:13, 26:19

**reentered** [1] - 26:16

**refer** [3] - 8:5, 10:11, 59:18

**reference** [3] - 18:10, 28:4, 35:17

**referenced** [3] - 27:10, 31:22, 33:2

**references** [2] - 41:14, 42:15

**referral** [1] - 35:18

**referred** [2] - 45:22, 69:7

**referring** [1] - 64:8

**refers** [1] - 46:4

**refi** [2] - 20:14, 26:17

**refi'ing** [1] - 10:17

**refinance** [15] - 17:20, 19:11, 19:13, 22:24, 23:4, 26:17, 26:22, 33:24, 34:11, 34:15, 34:21, 36:1, 57:12, 57:17, 57:24

**refinancing** [1] - 8:17

**reflect** [9] - 16:7, 17:11, 20:18, 22:14, 74:18, 74:24, 75:12, 76:2, 76:14

**reflected** [3] - 45:4, 54:24, 74:19

**reflecting** [1] - 31:13

30:14, 34:16, 36:10

**Pause** [1] - 38:13

**pay** [1] - 38:19

**payment** [1] - 35:2

**people** [4] - 49:6, 59:14, 59:25, 71:20

**per** [2] - 28:13, 68:15

**period** [2] - 23:8, 68:22

**permanently** [1] - 36:24

**permission** [1] - 43:13

**person** [2] - 53:18, 77:15

**personally** [1] - 11:13

**pertains** [4] - 31:3, 37:18, 41:15, 45:9

**phone** [13] - 11:15, 15:11, 19:24, 21:12, 21:14, 27:17, 34:7, 36:13, 36:15, 65:25, 73:15, 73:21, 73:25

**pictures** [1] - 61:18

**piece** [2] - 51:13, 51:15

**pieces** [2] - 53:9, 73:16

**PII** [1] - 11:14

**pixel** [4] - 21:13, 61:16, 75:5, 75:7

**place** [2] - 13:9, 56:9

**places** [1] - 9:23

**plaintiff** [5] - 6:9, 6:11, 6:12, 15:5, 60:6

**Plaintiff** [1] - 1:8

**Plaintiff's** [1] - 46:23

**PLAINTIFF'S** [1] - 5:3

**plaintiff's** [8] - 18:17, 29:13, 31:21, 41:20, 42:17, 44:23, 46:13, 50:23

**PLAINTIFFS** [1] - 2:4

**platform** [3] - 22:25, 30:18, 55:11

**play** [7] - 33:6, 37:4, 40:11, 40:19, 42:25, 76:17

**playback** [8] - 31:22, 32:1, 32:10, 33:2, 42:21, 51:7, 52:8, 58:1

**played** [2] - 32:6, 33:7

**playing** [1] - 33:9

**PLLC** [1] - 2:15

**point** [7] - 7:13, 34:2, 50:10, 53:16, 57:7, 63:8, 74:21

**points** [1] - 56:13

86

**reflects** [3] - 40:24, 74:25, 75:13
**regarding** [3] - 9:17, 30:25, 38:5
**regular** [2] - 12:10, 13:11
**regularly** [1] - 49:25
**REGULATIONS** [2] - 78:16, 78:20
**reidentified** [1] - 49:10
**relate** [1] - 13:13
**related** [2] - 26:6, 32:20
**relates** [1] - 16:18
**relating** [1] - 16:8
**relationship** [4] - 9:1, 9:4, 10:15, 11:1
**released** [1] - 21:14
**relying** [1] - 56:16
**remember** [1] - 49:19
**remind** [1] - 74:1
**render** [1] - 39:23
**rendered** [3] - 33:12, 34:3, 34:6
**report** [26] - 29:5, 29:6, 29:8, 29:12, 29:16, 30:14, 31:3, 31:8, 32:1, 32:3, 32:14, 32:19, 37:16, 37:18, 37:24, 38:21, 42:3, 42:10, 42:17, 42:20, 44:19, 44:21, 45:2, 45:3, 45:4, 56:1
**REPORTED** [1] - 78:14
**REPORTER** [3] - 1:21, 78:10, 78:23
**REPORTER'S** [1] - 1:15
**reports** [1] - 41:23
**representative** [2] - 30:3, 56:11
**represents** [2] - 17:7
**request** [1] - 29:8
**required** [5] - 26:22, 28:23, 66:2, 68:15, 76:9
**requirement** [2] - 60:23, 70:10
**requirements** [3] - 14:5, 31:1, 69:21
**requires** [1] - 71:6
**research** [1] - 60:10
**resolution** [1] - 21:11
**resource** [1] - 72:3
**respect** [2] - 8:11, 9:10
**responsibilities** [2] - 8:10, 59:1
**responsible** [3] - 8:12, 8:13, 59:2
**responsive** [3] - 23:3, 27:13, 69:7
**restart** [4] - 60:13,

65:17, 70:17, 71:17
**result** [3] - 21:19, 27:20, 35:16
**resulting** [2] - 40:1, 41:1
**Results** [1] - 34:17
**results** [27] - 14:14, 14:16, 14:24, 18:16, 22:7, 24:16, 25:24, 26:23, 34:22, 35:11, 35:17, 36:3, 52:11, 53:12, 56:22, 57:15, 57:25, 60:17, 61:2, 64:4, 64:10, 66:13, 66:16, 70:19, 72:7, 74:5, 77:4
**retained** [1] - 38:16
**retargeting** [2] - 45:18, 49:3
**retention** [14] - 22:20, 23:10, 26:10, 45:20, 45:21, 45:23, 46:4, 46:6, 46:7, 49:4, 49:5, 49:7, 49:11
**retrieve** [3] - 13:17, 23:23, 38:21
**retrieved** [3] - 12:4, 13:8, 39:22
**review** [2] - 38:3, 76:17
**reviewed** [1] - 32:13
**reviewing** [2] - 16:11, 38:6
**revision** [1] - 13:16
**RHI** [1] - 9:5
**Rich** [3] - 7:10, 7:24
**RICH** [2] - 3:10, 7:11
**rich** [19] - 7:22, 9:16, 11:22, 12:18, 13:5, 15:4, 16:7, 21:17, 30:13, 31:2, 31:20, 33:10, 36:5, 37:10, 43:2, 44:17, 50:20, 50:23, 54:24
**Rock** [1] - 9:5
**round** [1] - 26:4
**route** [1] - 23:2
**row** [25] - 16:15, 16:21, 17:16, 17:24, 18:1, 20:17, 21:1, 21:4, 21:21, 21:24, 22:18, 22:25, 26:16, 27:5, 27:21, 27:24, 28:10, 45:23, 46:1, 53:25, 74:8, 74:9, 75:9, 75:16, 76:13
**Row** [1] - 21:15
**rows** [9] - 16:21, 18:8, 18:10, 21:1, 21:20, 26:5, 74:8, 74:15, 76:22
**RT** [2] - 22:20, 46:6
**RT_TXT** [1] - 46:2
**run** [2] - 22:21, 49:11
**running** [2] - 41:3, 74:20

**runs** [3] - 11:2, 20:3, 38:9

# S

**S-M-I-T-H** [1] - 58:15
**sales** [2] - 8:9, 8:24
**Samsung** [2] - 75:7
**SAN** [1] - 2:7
**saw** [9] - 18:3, 25:6, 26:18, 31:5, 31:15, 34:7, 40:12, 52:8, 53:3
**scene's** [1] - 35:5
**scenes** [1] - 35:3
**scrape** [2] - 20:7, 71:20
**scraped** [2] - 19:5, 20:4
**scraping** [7] - 18:19, 18:20, 19:3, 19:17, 71:17, 71:20, 71:23
**screen** [33] - 7:12, 7:16, 11:23, 21:10, 25:19, 27:14, 40:16, 40:21, 40:24, 41:6, 46:17, 47:11, 47:24, 47:25, 61:7, 61:18, 64:9, 64:15, 64:21, 65:4, 65:5, 65:7, 65:9, 65:11, 65:12, 65:16, 66:21, 66:22, 66:23, 66:25, 68:16, 70:14, 71:21
**screen...** [1] - 70:6
**screens** [2] - 40:19, 66:8
**script** [1] - 38:10
**scroll** [6] - 35:19, 35:21, 64:21, 65:9, 75:9, 75:23
**scrolled** [2] - 66:22, 66:23
**scrolling** [1] - 76:22
**scrolls** [1] - 65:11
**searching** [1] - 13:18
**second** [16] - 10:1, 16:20, 16:22, 16:25, 24:23, 29:4, 32:14, 37:1, 45:8, 45:14, 45:17, 48:25, 55:9, 56:3, 68:13, 68:25
**seconds** [2] - 34:1, 34:9
**SECTION** [1] - 78:12
**Section** [2] - 25:10, 25:15
**section** [3] - 30:15, 31:11, 33:21, 64:11
**see** [60] - 10:14, 13:4, 14:14, 14:15, 16:16, 16:21, 17:17, 17:24, 18:5, 21:1, 21:4, 21:21, 21:25, 23:24, 24:16, 24:21, 25:1,

25:13, 27:22, 27:24, 30:15, 31:10, 31:23, 33:14, 33:21, 34:10, 34:25, 35:20, 35:22, 37:4, 40:4, 40:19, 47:11, 47:24, 48:3, 48:4, 49:12, 57:21, 61:2, 62:1, 62:25, 64:3, 64:4, 64:9, 65:1, 65:2, 66:4, 66:12, 66:16, 66:23, 67:4, 67:16, 70:19, 72:7, 74:5, 74:16, 75:9, 75:25, 77:4
**See** [3] - 14:24, 22:6, 60:17
**seeing** [9] - 33:11, 61:12, 63:16, 64:2, 64:15, 65:17, 73:2, 73:12, 76:22
**select** [2] - 26:22, 63:2
**selected** [2] - 40:3, 40:16
**selecting** [1] - 57:19
**selection** [1] - 34:12
**self** [2] - 18:11, 26:7
**self-assessed** [1] - 18:11
**self-assessment** [1] - 26:7
**send** [4] - 10:24, 22:25, 48:7, 77:7
**sends** [1] - 23:8
**senior** [2] - 8:9, 8:23
**sense** [1] - 42:11
**sent** [16] - 21:25, 22:5, 23:9, 23:20, 28:1, 28:2, 35:23, 47:7, 48:22, 53:16, 54:3, 54:25, 55:4, 57:2, 72:11, 74:20
**sentence** [1] - 39:20
**separate** [1] - 46:14
**series** [5] - 11:19, 17:17, 21:1, 62:23, 63:3
**serve** [1] - 9:13
**served** [2] - 63:1, 74:11
**service** [14] - 8:16, 13:9, 19:10, 19:15, 20:13, 20:15, 21:3, 28:14, 29:7, 38:19, 43:9, 59:14, 74:8, 74:14
**services** [3] - 9:17, 43:6, 60:1
**Services** [3] - 8:4, 8:6, 38:9
**SESSION** [1] - 6:3
**set** [4] - 27:25, 39:10, 43:17, 61:16
**several** [3] - 11:7, 11:12, 46:20
**Seyed** [1] - 6:8
**SEYED** [1] - 2:9

**sheet** [1] - 29:3
**short** [2] - 21:2, 46:6
**shot** [7] - 47:11, 47:24, 47:25, 64:15, 64:21, 65:16, 66:25
**show** [3] - 61:6, 68:10, 72:14
**showed** [1] - 44:11
**showing** [1] - 68:15
**shown** [5] - 34:3, 34:6, 34:17, 75:22, 76:8
**shows** [3] - 32:2, 45:14, 67:21
**side** [1] - 20:16
**sides** [1] - 7:19
**sign** [2] - 24:20, 64:13
**similar** [4] - 42:3, 43:9, 63:18, 67:20
**simple** [1] - 62:25
**simplicity** [2] - 8:5, 10:11
**simply** [1] - 51:22
**single** [1] - 52:5
**sit** [1] - 53:1
**site** [36] - 17:21, 17:23, 17:24, 21:5, 22:25, 28:18, 38:23, 39:3, 39:5, 39:6, 39:10, 39:18, 46:9, 48:22, 48:23, 49:25, 50:4, 61:11, 61:17, 61:23, 62:23, 67:9, 67:12, 67:21, 69:15, 71:7, 71:13, 75:10, 75:13, 75:14, 76:4, 76:18, 77:16
**sites** [5] - 19:1, 62:2, 69:11, 69:18, 76:16
**sitting** [1] - 44:3
**six** [4] - 17:24, 42:17, 47:10, 47:24
**size** [5] - 21:10, 27:14, 27:15, 27:16
**slipped** [1] - 69:8
**slowly** [1] - 56:7
**small** [1] - 61:24
**Smith** [21] - 58:10, 58:14, 58:19, 60:6, 60:12, 61:1, 61:6, 62:15, 63:6, 63:15, 64:1, 64:15, 66:11, 66:20, 68:4, 69:2, 70:16, 72:14, 73:12, 75:6, 77:11
**SMITH** [2] - 3:14, 58:11
**snippet** [1] - 51:13
**software** [7] - 68:23, 68:25, 76:15, 76:20, 77:13, 77:14
**sometimes** [1] - 69:7
**somewhat** [1] - 52:24
**soon** [1] - 77:15
**sorry** [8] - 47:2, 47:20, 56:12, 57:12, 57:18, 68:24, 69:8, 77:12

**sort** [1] - 53:13
**source** [3] - 22:19, 62:1, 72:6
**Source** [1] - 17:17
**specific** [1] - 54:4
**specifically** [1] - 59:24
**spell** [1] - 58:12
**stamp** [1] - 76:24
**standards** [1] - 76:10
**start** [3] - 7:2, 21:2, 44:5
**starting** [3] - 17:16, 21:1, 22:18
**starts** [1] - 25:12
**state** [6] - 6:6, 7:22, 58:12, 66:3, 66:9, 73:15
**statement** [1] - 31:12
**statements** [1] - 39:1
**STATES** [4] - 1:1, 1:22, 78:11, 78:13, 78:17, 78:20
**states** [1] - 12:1
**status** [7] - 21:25, 22:1, 27:24, 27:25, 34:2, 54:1, 57:2
**stayed** [1] - 53:9
**steady** [1] - 53:9
**STENOGRAPHICAL LY** [1] - 78:14
**step** [6] - 11:19, 14:9, 68:19, 71:5, 71:8
**steps** [1] - 68:6
**still** [2] - 34:3, 69:20
**stop** [2] - 33:20, 49:21
**store** [1] - 12:8
**stored** [1] - 39:21
**storing** [1] - 28:19
**Street** [1] - 34:18
**STREET** [2] - 1:23, 2:1
**street** [2] - 65:25, 66:3
**string** [2] - 17:18, 22:19
**stuff** [2] - 11:15, 44:2
**submission** [2] - 40:4, 68:16
**submit** [2] - 71:10, 75:4
**submitted** [4] - 41:19, 68:18, 73:3, 73:21
**subscribe** [1] - 29:7
**subsequent** [1] - 63:3
**subsequently** [1] - 65:4
**substantial** [1] - 50:12
**substantive** [1] - 50:10
**successfully** [6] - 19:13, 22:2, 22:4, 23:6, 27:19, 28:2
**SUCO** [1] - 17:19
**sued** [1] - 55:15
**SUITE** [3] - 1:23, 2:6, 2:17

**SuitedConnector** [33] - 10:10, 11:1, 11:3, 17:20, 20:3, 20:4, 39:10, 39:12, 55:1, 55:4, 55:11, 55:15, 58:22, 58:23, 58:25, 59:11, 59:12, 59:22, 61:3, 62:7, 65:18, 68:6, 68:20, 69:13, 69:14, 69:23, 70:7, 70:18, 71:23, 71:25, 72:5, 72:24, 74:1
**superficial** [1] - 53:6
**survey** [1] - 10:23
**sustainable** [1] - 19:9
**swiped** [1] - 67:1
**SWORN** [2] - 7:11, 58:11
**system** [10] - 12:7, 13:16, 13:17, 15:10, 15:15, 16:8, 21:16, 60:10, 71:15, 75:1

**T**

**tab** [4] - 46:16, 46:18, 47:2, 47:14
**table** [1] - 61:16
**tag** [2] - 75:18, 75:21
**tapes** [2] - 36:16, 51:24
**target** [1] - 60:2
**TAYMAN** [13] - 2:20, 3:15, 6:18, 58:10, 58:18, 62:9, 62:14, 70:15, 70:22, 73:6, 73:11, 77:9, 77:10
**Tayman** [1] - 6:19
**TCP** [3] - 56:12, 56:14, 56:15
**TCPA** [31] - 29:5, 30:14, 30:24, 31:11, 38:9, 39:23, 42:3, 56:1, 56:5, 56:9, 56:12, 60:17, 60:21, 60:22, 62:3, 64:4, 64:8, 65:11, 65:13, 65:22, 66:24, 68:8, 68:16, 70:8, 70:13, 72:12, 75:16, 75:18, 75:22, 76:8
**TCPA-compliant** [1] - 56:5
**team** [1] - 68:14
**technical** [2] - 9:18, 28:22
**technology** [17] - 9:25, 30:18, 38:24, 39:3, 39:16, 40:7, 58:24, 58:25, 59:3, 59:7, 68:9, 69:3, 69:4, 69:6, 69:7, 69:9
**ten** [1] - 18:2
**term** [2] - 18:1, 28:9

**terms** [25] - 11:25, 12:4, 12:18, 12:19, 12:22, 13:9, 13:25, 14:7, 14:11, 14:12, 18:19, 24:24, 25:1, 25:5, 25:7, 25:10, 25:15, 34:12, 48:12, 50:7, 56:20, 67:16, 67:21, 67:23, 68:1
**test** [2] - 69:23, 70:1
**tested** [2] - 70:3, 70:4
**testified** [13] - 38:16, 39:9, 45:16, 46:8, 49:2, 49:24, 50:25, 51:23, 54:24, 55:3, 57:13, 70:16, 70:17
**testifying** [1] - 53:12
**testimony** [2] - 54:5, 57:14
**testing** [4] - 52:24, 69:12, 70:7, 70:11
**text** [13] - 19:24, 22:23, 23:1, 23:8, 23:9, 23:14, 23:21, 46:4, 46:7, 46:10, 47:6, 48:7, 48:15
**THAT** [2] - 78:12, 78:15
**THE** [81] - 2:4, 2:14, 6:14, 6:23, 7:1, 7:7, 7:14, 7:18, 12:14, 12:16, 15:23, 16:4, 24:12, 29:17, 30:1, 30:5, 30:8, 32:23, 33:3, 36:7, 36:12, 36:14, 36:16, 36:17, 36:20, 36:22, 36:23, 36:25, 37:2, 37:5, 37:11, 38:14, 43:14, 43:16, 43:23, 44:9, 44:25, 49:15, 49:16, 49:22, 51:11, 51:12, 51:22, 52:1, 52:2, 52:16, 52:18, 52:23, 53:1, 53:4, 53:10, 53:25, 54:2, 54:8, 54:14, 54:17, 54:18, 54:21, 55:16, 55:18, 55:21, 58:4, 58:7, 58:14, 58:16, 62:12, 70:21, 73:9, 77:18, 78:10, 78:11, 78:13, 78:14, 78:15, 78:16, 78:17, 78:19, 78:20
**therefore** [1] - 56:25
**they've** [1] - 52:23
**third** [21] - 10:2, 10:9, 17:13, 17:19, 18:4, 21:3, 28:13, 28:25, 30:18, 30:21, 30:22, 36:18, 38:17, 54:9, 54:12, 56:8, 56:17, 68:23, 72:1, 76:15, 77:14
**third-party** [3] - 10:9, 17:13, 28:25

**THIS** [1] - 78:18
**three** [16] - 8:25, 9:5, 16:18, 17:3, 17:4, 21:22, 22:5, 23:7, 27:22, 35:15, 35:20, 35:22, 35:23, 68:9, 69:2, 75:23
**ties** [1] - 31:4
**TITLE** [1] - 78:13
**title** [4] - 8:8, 8:9, 10:14, 12:1
**TO** [1] - 78:12
**today** [7] - 6:22, 50:5, 50:9, 52:22, 53:1, 54:7, 59:18
**together** [6] - 14:3, 19:1, 28:20, 29:15, 32:18, 39:9
**token** [1] - 76:3
**took** [5] - 44:17, 61:15, 61:18, 64:21, 77:22
**top** [9] - 13:1, 23:16, 30:17, 41:7, 47:25, 48:11, 65:5, 65:10, 73:14
**toward** [2] - 39:20, 40:17
**towards** [3] - 23:4, 65:10, 75:23
**track** [1] - 28:16
**tracked** [1] - 51:6
**tracking** [1] - 28:11
**tracks** [1] - 30:18
**transacted** [2] - 22:22, 49:9
**transaction** [1] - 23:12
**TRANSCRIPT** [4] - 1:15, 78:14, 78:16, 78:18
**transferred** [3] - 14:25, 17:12, 22:16
**translated** [1] - 22:20
**TRUE** [1] - 78:13
**trust** [1] - 56:18
**Trusted** [1] - 77:12
**trusted** [5] - 69:1, 76:13, 76:15, 76:19, 77:11
**try** [3] - 43:20, 52:24, 56:7
**trying** [2] - 43:11, 47:16
**turn** [16] - 11:21, 12:25, 15:7, 23:15, 25:9, 29:1, 29:4, 30:13, 31:20, 44:21, 46:13, 47:9, 55:24, 56:3, 63:4, 66:19
**turned** [2] - 29:12, 33:21
**two** [19] - 9:21, 16:15, 16:24, 17:25, 21:20, 25:10, 31:6, 35:8, 39:13, 41:23, 45:12, 45:13, 55:8, 59:9,

67:14, 68:19, 68:23, 71:5, 71:8
**two-step** [2] - 68:19, 71:5
**TXT** [2] - 22:23, 46:7
**type** [14] - 11:15, 18:10, 20:22, 26:8, 27:1, 63:9, 63:19, 65:2, 65:3, 65:7, 70:3, 74:25, 75:3, 75:16
**types** [3] - 43:6, 48:12, 60:2

**U**

**under** [4] - 12:1, 25:24, 57:17
**underlined** [3] - 67:4, 67:15, 67:19
**underlining** [1] - 25:1
**underlying** [1] - 53:7
**underneath** [1] - 57:6
**unfortunately** [1] - 46:17
**unique** [3] - 28:12, 28:19, 29:7
**UNIT** [1] - 2:11
**UNITED** [6] - 1:1, 1:22, 78:11, 78:13, 78:17, 78:20
**universal** [4] - 31:4, 41:25, 42:18, 75:25
**universally** [1] - 76:5
**unless** [2] - 7:2, 22:10
**up** [25] - 21:18, 25:4, 27:19, 33:18, 33:20, 39:5, 39:10, 44:11, 46:22, 52:20, 53:11, 54:20, 55:19, 57:11, 64:21, 65:4, 65:6, 65:9, 65:11, 66:23, 67:1, 68:11, 77:20, 77:23
**updated** [3] - 12:1, 12:3, 27:6
**upgraded** [1] - 69:17
**URL** [4] - 48:11, 48:20, 76:13, 76:16
**user** [8] - 36:21, 63:1, 63:8, 63:19, 64:6, 74:24, 74:25, 76:7
**uses** [2] - 14:4, 75:2
**utilize** [1] - 32:17
**UVA** [1] - 10:23

**V**

**VA** [1] - 10:14
**validate** [3] - 28:16, 68:17, 70:12
**validated** [4] - 51:6, 76:4, 76:6, 76:7
**validation** [2] - 28:14,

43:9
**value** [6] - 18:12, 19:18, 20:1, 21:25, 26:22, 40:22
**values** [1] - 18:5
**vendor** [1] - 38:17
**verbatim** [1] - 50:9
**verification** [5] - 28:14, 30:24, 31:14, 43:9, 54:10
**verify** [5] - 42:13, 54:12, 56:13, 56:18, 70:12
**vernacular** [1] - 17:18
**version** [4] - 12:7, 21:7, 27:6
**versioning** [1] - 13:16
**veterans** [5] - 10:15, 10:17, 10:18, 11:10, 60:5
**via** [3] - 19:24, 24:20, 64:13
**vice** [2] - 8:9, 8:23
**video** [18] - 29:20, 32:10, 33:1, 33:2, 33:6, 33:7, 33:9, 40:12, 40:13, 40:18, 41:6, 42:21, 42:25, 51:7, 52:8, 52:20, 76:17, 77:16
**videos** [1] - 39:17
**view** [1] - 27:8
**viewing** [2] - 27:9, 27:15
**visibility** [3] - 68:21, 70:8, 70:13
**visible** [2] - 65:14, 68:7
**visit** [3] - 27:20, 56:10, 60:24
**visited** [7] - 11:4, 17:11, 22:15, 48:22, 48:23, 60:11, 60:15
**visual** [1] - 31:22
**visually** [1] - 39:22
**vs** [2] - 1:10, 78:6

## W

**wait** [1] - 34:9
**Wald** [3] - 30:4, 37:25, 39:2
**Wald's** [5] - 32:15, 40:25, 41:12, 41:22, 44:20
**walk** [1] - 62:19
**WASHINGTON** [1] - 2:21
**watching** [1] - 33:25
**ways** [1] - 9:19
**web** [10] - 21:5, 28:18, 28:24, 34:24, 40:1, 51:1, 65:17, 71:13, 75:2
**Web** [9] - 40:2, 40:25,

51:15, 51:18, 52:6, 64:22, 65:19, 68:4, 69:10
**website** [92] - 8:13, 8:18, 9:24, 10:3, 10:6, 10:9, 10:15, 10:16, 11:4, 11:10, 11:11, 11:16, 12:23, 13:22, 14:1, 14:6, 14:8, 14:13, 14:16, 14:19, 14:23, 14:25, 17:12, 17:13, 18:3, 18:24, 20:3, 20:10, 22:15, 22:16, 22:17, 25:16, 27:9, 27:14, 27:15, 28:25, 30:23, 32:2, 32:20, 33:11, 33:16, 33:18, 34:2, 34:4, 34:20, 36:17, 37:20, 38:19, 39:14, 42:8, 44:19, 45:25, 50:25, 52:4, 56:9, 56:11, 59:5, 59:15, 59:21, 59:23, 59:24, 60:2, 60:11, 60:14, 60:15, 60:16, 60:24, 61:2, 61:21, 62:6, 62:16, 62:20, 62:21, 64:3, 67:24, 68:5, 68:6, 68:21, 69:24, 71:1, 71:2, 71:3, 71:16, 71:22, 72:6, 73:18, 74:3, 74:10, 75:19, 75:22
**websites** [5] - 18:24, 39:13, 40:7, 59:13, 68:10
**Welcome** [1] - 23:16
**WEST** [1] - 1:23
**WESTERN** [1] - 1:3
**white** [1] - 46:15
**whole** [2] - 53:13, 65:7
**WILLIAM** [3] - 2:5, 2:20, 3:15
**window** [1] - 25:4
**windows** [1] - 69:19
**Windows** [1] - 70:5
**Wiseman** [1] - 62:6
**WITH** [2] - 78:16, 78:19
**witness** [8] - 7:8, 7:10, 32:21, 56:8, 58:7, 58:9, 77:21, 77:22
**WITNESS** [19] - 7:11, 36:14, 36:17, 36:22, 36:25, 38:14, 44:25, 49:16, 51:12, 52:1, 52:23, 53:4, 53:25, 54:8, 54:17, 55:16, 58:11, 58:14, 70:21
**witnessed** [1] - 31:12
**WITNESSES** [1] - 3:8
**witnesses** [2] - 7:3, 7:6
**wont'** [1] - 44:4
**WOODARD** [1] - 2:16

**word** [1] - 56:16
**works** [10] - 26:21, 38:24, 39:3, 39:9, 40:7, 51:18, 54:11, 62:20, 69:13, 71:4
**wrap** [2] - 77:20, 77:23
**write** [1] - 10:23
**writing** [1] - 19:12

## Y

**year** [2] - 21:13, 61:20
**years** [4] - 8:22, 8:25, 9:5, 59:9
**YourVA** [5] - 15:3, 48:25, 60:24, 61:22, 71:16
**YourVASurvey** [25] - 10:12, 10:18, 10:21, 10:22, 11:2, 11:19, 13:25, 14:4, 14:17, 14:18, 14:25, 18:14, 20:4, 20:10, 20:20, 22:7, 22:10, 39:5, 49:25, 52:4, 52:11, 55:2, 59:19, 62:16, 71:22
**YourVASurvey's** [10] - 11:4, 11:10, 11:16, 12:22, 13:22, 14:8, 14:13, 14:16, 14:23, 32:20
**YourVASurvey.info** [6] - 37:20, 39:3, 42:8, 44:19, 48:22, 50:4

## Z

**zip** [8] - 63:5, 63:8, 63:9, 63:12, 63:18, 66:4, 66:7, 73:15