# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>QUICKEN LOANS INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:19–cv–00163–FMO–SP<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

  01/17/2020   /   73   /   Second Amended Complaint
*Date Filed*       *Doc. No.*       *Title of Document*

  __           /   __   /   __
*Date Filed*       *Doc. No.*       *Title of Document*

Other:
no leave of court sought for filing of the amended complaint

Dated: January 29, 2020        By: /s/ *Fernando M. Olguin*
                                      U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)