**HEDIN HALL LLP**
Frank S. Hedin (SBN 291289)
E-mail: fhedin@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
Nicholas R. Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**QUICKEN LOANS INC.,**<br><br>Defendant. | **Case No.:** 5:19-cv-00163-FMO-SP<br><br>**PLANTIFFS' NOTICE CONCERNING THE STRIKING OF THE SECOND AMENDED COMPLAINT** |

---

**PLS' NOTICE CONCERNING THE STRIKING OF THE SECOND AMENDED COMPLAINT**
Case No.: 5:19-cv-00163-FMO-SP

On January 29, 2020, the Court struck the Second Amended Complaint ("SAC," Dkt. No. 73) filed by plaintiffs Amanda Hill and Gayle Hyde ("Plaintiffs") as unauthorized (Dkt. No. 76). However, the filing of the SAC was expressly authorized by the Court in its Order filed on October 17, 2019 (Dkt. No. 54). That Order states in relevant part:

> No later than January 17, 2020, plaintiffs shall file a Second Amended Complaint.

Dkt. No. 54, p. 4, ln. 8.

Therefore, Plaintiffs believe the striking of the SAC was in error and that the SAC should be reinstated as of the date of its filing.

Dated: January 31, 2020                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Nicholas Barthel
        nicholas@kazlg.com, Esq.
        *Attorney for Plaintiffs*