1 | BROOKS R. BROWN (SBN 250724)
bbrown@goodwinlaw.com
2 | W. KYLE TAYMAN (*pro hac vice*)
KTayman@goodwinlaw.com
3 | **GOODWIN PROCTER LLP**
1900 N Street, NW
4 | Washington, DC  20036
Tel.: +1 202 346 4000
5 | Fax: +1 202 346 4444

6 | YVONNE W. CHAN (*pro hac vice*)
ychan@goodwinlaw.com
7 | **GOODWIN PROCTER LLP**
100 Northern Avenue
8 | Boston, MA  02210
Tel.: +1 617 570-1000
9 | Fax: +1 617 523-1231

10 | JEFFREY B MORGANROTH (*pro hac vice*)
jmorganroth@morganrothlaw.com
11 | **MORGANROTH AND MORGANROTH PLLC**
344 North Old Woodard Avenue, Suite 200
12 | Birmingham, MI  48009
Tel.: +1 248 864 4000
13 | Fax: +1 248 864 4001

14 | Attorneys for Defendant:
QUICKEN LOANS INC.
15 | [ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**NOTICE OF MOTION AND QUICKEN LOANS INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Date:  March 12, 2020<br>Time:  10:00 a.m.<br>Ctrm.:  6-D<br>Judge:  Hon. Fernando M. Olguin |

**NOTICE OF MOTION AND MOTION TO DISMISS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON March 12, 2020, at 10:00 am, or as soon thereafter as counsel may be heard, before the Honorable Fernando M. Olguin, in Courtroom 6D of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Quicken Loans Inc. ("Quicken Loans")— a sixteen-time J.D. Power award winner for client satisfaction in mortgage origination and servicing— will and hereby does move this Court to dismiss Plaintiffs Amanda Hill ("Hill") and Gayle Hyde's ("Hyde") Second Amended Complaint ("SAC") in its entirety.

This Motion is made pursuant to Federal Rules of Civil Procedure 8, 12(b)(2), and 12(b)(6) on the grounds that the SAC fails (1) to show that this Court has personal jurisdiction over Hyde's claim; and (2) to state a cognizable claim for violation of the cellphone provision of the TCPA, 47 U.S.C. § 227(b)(1)(A)(iii). This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of W. Kyle Tayman ("Tayman Decl.") filed concurrently herewith, the pleadings and papers on file herein, and upon such other or further material as may be presented at or before the hearing on the Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on January 24, 2020.

Respectfully submitted,

Dated: January 31, 2020      By: /s/ Brooks R. Brown
BROOKS R. BROWN
*BBrown@goodwinlaw.com*
YVONNE W. CHAN (pro hac vice)
*YChan@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**

LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*

1

**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

JEFFREY B. MORGANROTH (*pro hac vice*)
*jmorganroth@morganrothlaw.com*
**MORGANROTH AND MORGANROTH PLLC**

Attorneys for Defendant:
QUICKEN LOANS INC.