| | |
|---|---|
| 1 | BROOKS R. BROWN (SBN 250724) |
|   | bbrown@goodwinlaw.com |
| 2 | W. KYLE TAYMAN (*pro hac vice*) |
|   | KTayman@goodwinlaw.com |
| 3 | **GOODWIN PROCTER** LLP |
|   | 1900 N Street, NW |
| 4 | Washington, DC  20036 |
|   | Tel.: +1 202 346 4000 |
| 5 | Fax: +1 202 346 4444 |
| 6 | YVONNE W. CHAN (*pro hac vice*) |
|   | ychan@goodwinlaw.com |
| 7 | **GOODWIN PROCTER** LLP |
|   | 100 Northern Avenue |
| 8 | Boston, MA  02210 |
|   | Tel.: +1 617 570-1000 |
| 9 | Fax: +1 617 523-1231 |
| 10 | JEFFREY B MORGANROTH (*pro hac vice*) |
|    | jmorganroth@morganrothlaw.com |
| 11 | **MORGANROTH AND MORGANROTH** PLLC |
|    | 344 North Old Woodard Avenue, Suite 200 |
| 12 | Birmingham, MI  48009 |
|    | Tel.: +1 248 864 4000 |
| 13 | Fax: +1 248 864 4001 |
| 14 | Attorneys for Defendant: |
|    | QUICKEN LOANS INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on On Behalf of All Others Similarly Situated, | Case No. 5:19-cv-00163-FMO-SP |
| Plaintiffs, | **DECLARATION OF W. KYLE TAYMAN IN SUPPORT OF QUICKEN LOANS INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| v. | |
| QUICKEN LOANS INC., | |
| Defendant. | Date:   March 12, 2020 |
|  | Time:   10:00 a.m. |
|  | Ctrm.:  6-D |
|  | Judge:  Hon. Fernando M. Olguin |

# DECLARATION OF W. KYLE TAYMAN

I, W. Kyle Tayman, declare as follows:

1. I am a partner with the law firm Goodwin Procter LLP and a member of the Massachusetts and District of Columbia bars. I have been admitted Pro Hac Vice in the above-captioned matter as counsel for Quicken Loans Inc. ("Quicken Loans").

2. I submit this Declaration in support of Quicken Loans' Motion to Dismiss Plaintiffs' Second Amended Complaint. I make this Declaration based on my personal knowledge and, if called as a witness in this action, I could and would testify competently as to matters set forth herein.

3. Attached hereto as **Exhibit A** is a true and correct copy Plaintiff Gayle Hyde's Response to Defendant's Requests for Admission Concerning Personal Jurisdiction, Set One, dated January 3, 2020.

4. Attached hereto as **Exhibit B** is a true and correct copy Plaintiff Gayle Hyde's Response to Defendant's Request for Production of Documents Concerning Personal Jurisdiction, Set One, dated January 3, 2020.

5. Attached hereto as **Exhibit C** is a true and correct copy of Quicken Loans Inc.'s Amended Responses to Plaintiff Gayle Hyde's Interrogatories (Set One), dated November 15, 2019.

6. Attached hereto as **Exhibit D** is a true and correct copy of Quicken Loans Inc.'s Responses to Plaintiff Gayle Hyde's Interrogatories Concerning Personal Jurisdiction (Set Two), dated January 3, 2020.

7. Attached hereto as **Exhibit E** is a true and correct copy of a May 30, 2019 letter from John A. Vogt, counsel for LowerMyBills.com ("LMB"), to counsel for Gayle Hyde made in further response to Hyde's subpoena on LMB.

///

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on January 31, 2020.

　　　　　　　　　　　　　　　　　　　　/s/ W. Kyle Tayman (with permission)
　　　　　　　　　　　　　　　　　　　　　　　W. KYLE TAYMAN