1  BROOKS R. BROWN (SBN 250724)
   bbrown@goodwinlaw.com
2  W. KYLE TAYMAN (*pro hac vice*)
   KTayman@goodwinlaw.com
3  **GOODWIN PROCTER** LLP
   1900 N Street, NW
4  Washington, DC  20036
   Tel.: +1 202 346 4000
5  Fax: +1 202 346 4444

6  YVONNE W. CHAN (*pro hac vice*)
   ychan@goodwinlaw.com
7  **GOODWIN PROCTER** LLP
   100 Northern Avenue
8  Boston, MA  02210
   Tel.: +1 617 570-1000
9  Fax: +1 617 523-1231

10 JEFFREY B MORGANROTH (*pro hac vice*)
   jmorganroth@morganrothlaw.com
11 **MORGANROTH AND MORGANROTH** PLLC
   344 North Old Woodard Avenue, Suite 200
12 Birmingham, MI  48009
   Tel.: +1 248 864 4000
13 Fax: +1 248 864 4001

14 Attorneys for Defendant:
   QUICKEN LOANS INC.
15

16               UNITED STATES DISTRICT COURT

17               CENTRAL DISTRICT OF CALIFORNIA

18                      WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**[PROPOSED] ORDER GRANTING QUICKEN LOANS INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Date:   March 12, 2020<br>Time:   10:00 a.m.<br>Ctrm.:   6-D<br>Judge:   Hon. Fernando M. Olguin |

ACTIVE/102016381.1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |
| 2 | The Court, having read and considered Defendant QUICKEN LOANS |
| 3 | INC.'S ("Quicken Loans") Motion to Dismiss Plaintiffs' Second Amended |
| 4 | Complaint, and its supporting papers thereof, and having heard the arguments of |
| 5 | counsel, HEREBY ORDERS as follows: |
| 6 | 1. The Court GRANTS Quicken Loans' Motion to Dismiss Plaintiffs' |
| 7 | Second Amended Complaint in its entirety under Federal Rules of Civil 12(b)(2) |
| 8 | and 12(b)(6), with prejudice. |
| 9 | |
| 10 | **IT IS SO ORDERED.** |
| 11 | |
| 12 | Dated: _____, 2020 _____ |
| 13 | HON. FERNANDO M. OLGUIN<br>UNITED STATES DISTRICT JUDGE |

ACTIVE/102016381.1

1