1  BROOKS R. BROWN (SBN 250724)
   *BBrown@goodwinlaw.com*
2  W. KYLE TAYMAN (pro hac vice)
   *KTayman@goodwinlaw.com*
3  **GOODWIN PROCTER** LLP
   1900 N Street, NW
4  Washington, DC  20036
   Tel.: +1 202 346 4000
5  Fax.: +1 202 346 4444

6  Attorneys for Defendant:
   QUICKEN LOANS INC.
7

8  ABBAS KAZEROUNIAN (SBN 249203)
   *ak@kazlg.com*
9  JASON A. IBEY (SBN 284607)
   *jason@kazlg.com*
10 NICHOLAS BARTHEL (SBN 319105)
   *nicholas@kazlg.com*
11 **KAZEROUNI LAW GROUP, APC**
   245 Fischer Avenue, Suite D1
12 Costa Mesa, CA  92626
   Telephone: 800-400-6808
13 Facsimile: 800-520-5523

14 Attorneys for Plaintiffs:
   AMANDA HILL and GAYLE HYDE
15
   [*Additional counsel listed in signature block*]
16

17                **UNITED STATES DISTRICT COURT**

18                **CENTRAL DISTRICT OF CALIFORNIA**

19                     **WESTERN DIVISION**

20

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated, | Case No. 5:19-cv-00163-FMO-SP |
| Plaintiffs, | **STIPULATION TO CONTINUE THE EVIDENTIARY HEARING ON APRIL 21, 2020 AND EXPERT DEADLINES** |
| v. | Ctrm:        6D |
| QUICKEN LOANS INC., | Judge:      Hon. Fernando M. Olguin |
| Defendant. | |

27

28

1    Plaintiffs AMANDA HILL and GAYLE HYDE (collectively "Plaintiffs")

2  and Defendant QUICKEN LOANS INC. ("Quicken Loans") (together, with

3  Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

4    WHEREAS, pursuant to this Court's directive on the record at the February

5  28, 2019 evidentiary hearing on Quicken Loans' Motion to Compel Arbitration, the

6  parties conferred to select mutually agreeable dates for the continued evidentiary

7  hearing and submission of the direct testimony of the parties' expert witnesses by

8  declaration.

9    WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

10    1.    By March 24, 2020, Plaintiffs will submit a declaration containing the

11  direct testimony of Alexander Young to the Court and Quicken Loans;

12    2.    By April 7, 2020, Quicken Loans will submit a declaration containing

13  the direct testimony of Philip Greenspun to the Court and Plaintiffs; and

14    3.    The continued evidentiary hearing will be held on April 21, 2020 at

15  1:00 P.M.

16

17                          Respectfully submitted,

18

19  Dated:  March 3, 2020          By:    /s/ W. Kyle Tayman

20                                  BROOKS R. BROWN
                                    *BBrown@goodwinlaw.com*
21                                  W. KYLE TAYMAN (*pro hac vice*)
                                    *KTayman@goodwinlaw.com*
22                                  **GOODWIN PROCTER** LLP

23                                  YVONNE W. CHAN (*pro hac vice*)
                                    *YChan@goodwinlaw.com*
24                                  **GOODWIN PROCTER** LLP
                                    100 Northern Avenue
25                                  Boston, MA  02210
                                    Tel.: +1 617 570-1000
26                                  Fax.: +1 617 523-1231

27                                  LAURA A. STOLL (SBN 255023)
                                    *LStoll@goodwinlaw.com*
28                                  **GOODWIN PROCTER** LLP
                                    601 S. Figueroa Street, 41st Floor

1
2
3
4
5
6
7

Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

JEFFREY B. MORGANROTH
(*pro hac vice*)
*jmorganroth@morganrothlaw.com*
**MORGANROTH AND**
**MORGANROTH PLLC**

Attorneys for Defendant:
QUICKEN LOANS INC.

8    Dated:  March 3, 2020              By:    /s/ Jason A. Ibey *(with permission)*

9                                              ABBAS KAZEROUNIAN
                                               *ak@kazlg.com*
10                                             JASON A. IBEY
                                               *jason@kazlg.com*
11                                             NICHOLAS BARTHEL
                                               *nicholas@kazlg.com*
12                                             **KAZEROUNI LAW GROUP, APC**

13                                             FRANK S. HEDIN (SBN 291289)
                                               *fhedin @hedinhall.com*
14                                             DAVID W. HALL (SBN 274921)
                                               *dhall@hedinhall.com*
15                                             **HEDIN HALL, LLP**
                                               Four Embarcadero Center, Suite 1400
16                                             San Francisco, CA  94104
                                               Telephone: 415-766-3534
17                                             Facsimile: 415-402-0058

18                                             Attorneys for Plaintiffs: AMANDA
                                               HILL and GAYLE HYDE

19
20
21
22
23
24
25
26
27
28