BROOKS R. BROWN (SBN 250724)
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

Attorneys for Defendant:
QUICKEN LOANS INC.

ABBAS KAZEROUNIAN (SBN 249203)
*ak@kazlg.com*
JASON A. IBEY (SBN 284607)
*jason@kazlg.com*
NICHOLAS BARTHEL (SBN 319105)
*nicholas@kazlg.com*
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA  92626
Telephone: 800-400-6808
Facsimile: 800-520-5523

Attorneys for Plaintiffs:
AMANDA HILL and GAYLE HYDE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE EVIDENTIARY HEARING ON APRIL 21, 2020 AND EXPERT DEADLINES**<br><br>Ctrm:    6D<br>Judge:   Hon. Fernando M. Olguin |

# [PROPOSED] ORDER

Having read and considered the Stipulation filed by Plaintiffs AMANDA HILL and GAYLE HYDE (collectively "Plaintiffs") and Defendant QUICKEN LOANS INC. ("Quicken Loans") (together, with Plaintiffs, the "Parties"), good cause appearing therefore, the Court hereby orders as follows:

1. By March 24, 2020, Plaintiffs will submit a declaration containing the direct testimony of Alexander Young to the Court and Quicken Loans;

2. By April 7, 2020, Quicken Loans will submit a declaration containing the direct testimony of Philip Greenspun to the Court and Plaintiffs; and

3. The continued evidentiary hearing will be held on April 21, 2020 at 1:00 P.M.

**IT IS SO ORDERED.**

Dated:_____, 2020

_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE