**KAZEROUNI LAW GROUP, APC**
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorney for Plaintiff*s,
Amanda Hill; and, Gayle Hyde

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>QUICKEN LOANS INC.,<br><br>                    Defendants. | Case No.:  CV19-163 FMO (SPx)<br><br>**NOTICE OF APPEARANCE BY PAMELA E. PRESCOTT**<br><br>**HON. FERNANDO M. OLGUIN** |

TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney hereby states her appearance as Co-Counsel for Plaintiffs AMANDA HILL; AND, GAYLE HYDE.

Pamela E. Prescott, Esq. (SBN: 328243)
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue
Costa Mesa, CA 93420
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Email: pamela@kazlg.com

Date: March 11, 2020

**KAZEROUNI LAW GROUP, APC**

By: /s Pamela E. Prescott
PAMELA E. PRESCOTT, ESQ.
ATTORNEY FOR PLAINTIFFS