# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | **ED CV 19-00163 FMO (SPx)** | Date | **March 24, 2020** |
|---|---|---|---|
| Title | **Amanda Hill, et al. v. Quicken Loans, Inc.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Further Proceedings

Having reviewed the parties' Joint Stipulation Re: Further Evidentiary Hearing on Defendant's Motion to Compel Arbitration, (Dkt. 91, "Joint Stipulation"), the court concludes as follows. Although the court is inclined to finish the evidentiary hearing, the court is mindful of the ongoing coronavirus pandemic and the measures the Central District of California has undertaken to protect the health and safety of court staff, litigants, and the public. See "COVID-19 Notice," United States District Court for the Central District of California (Mar. 21, 2020), https://www.cacd.uscourts.gov/sites/default/files/documents/Notice%20-%20COVID-19_0.pdf ("All of the Courthouses of the Central District of California will be closed to the public except for hearings on criminal duty matters[.]"). Although the COVID-19 Notice indicates that the Continuity of Operations Plan is effective until May 1, 2020, the court cannot be certain when normal court operations will resume. See id.

Given the exigencies of the current crisis, the court has, in an effort to preserve the health and safety of the litigants and the court's staff, decided to proceed as follows. The parties may submit the written testimony of the witnesses referenced in the Joint Stipulation: plaintiffs' expert and defendant's rebuttal expert. (See Dkt. 91, Joint Stipulation). The court will review the written testimony, if any, and determine whether an additional installment of the evidentiary hearing is necessary or whether the court can rule on defendant's motion based on the record following the filing of the parties' written submissions set forth below. If the court determines it necessary, the court will hold the hearing when it is able to do so in a manner that ensures the health and safety of all involved.

Based on the foregoing, IT IS ORDERED THAT:

1. No later than **April 7, 2020**, the parties may submit the written testimony of the witnesses noted above. The court will not consider any witness testimony submitted after April 7, 2020. Witness testimony shall be submitted in the form of a declaration under penalty of perjury. Unless otherwise ordered, the matter will be deemed submitted as of April 7, 2020.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **ED CV 19-00163 FMO (SPx)** | Date | **March 24, 2020** |
|---|---|---|---|
| Title | **Amanda Hill, et al. v. Quicken Loans, Inc.** | | |

   2. The parties are reminded that, should the court hold a further installment of the evidentiary hearing, the live testimony will consist of cross-examination exclusively. The previously mentioned witness declarations will comprise the entirety of the witness' direct testimony. Additionally, the cross-examination may not go beyond the scope of the witness' declaration.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |