# EXHIBIT A

## EXHIBIT 3: Materials Considered

**Materials Filed in this Litigation**
- Memorandum of Points and Authorities in Support of Quicken Loans Inc.'s Motion to Compel Arbitration, ECF No. 29-1
- Declaration of W. Kyle Tayman, ECF No. 29-2
- Declaration of Parul Luthra, ECF No. 29-4
- Declaration of Mitchell Viner, ECF No. 29-5
- Plaintiff Amanda Hill's Opposition to Defendant Quicken Loans Inc.'s Motion to Compel Arbitration, ECF No. 37
- Declaration of Frank S. Hedin, ECF No. 38
- Declaration of Amanda Hill, ECF No. 39
- Declaration of Carrie Tucker, ECF No. 40
- Declaration of Amber Pickett, ECF No. 41
- Declaration of Brandon Pickett, ECF No. 42
- Reply in Support of Quicken Loans Inc.'s Motion to Compel Arbitration, Dkt. No. 44
- Supplemental Declaration of Mitchell Viner, ECF No. 44-1
- Corrected Declaration of Amanda Hill, ECF No. 48
- Oct. 17, 2019 Order, ECF No. 54

**Admitted Exhibits from December 16, 2019 Evidentiary Hearing**
- Defendant's Exhibit 1 – LMB Data Records for Amanda Hill
- Defendant's Exhibit 2 – LMB URL/Screenshot
- Defendant's Exhibit 3 – LMB Terms of Use
- Defendant's Exhibit 4 – LMB Provider Network as of October 2018
- Defendant's Exhibit 5A – LMB Jornaya Report
- Defendant's Exhibit 5B – Declaration of Manny Wald
- Defendant's Exhibit 6 – LMB Jornaya Playback Video
- Defendant's Exhibit 7 – Suited Connector Data for Amanda Hill
- Defendant's Exhibit 8 – Suited Connector Screenshots

**Proposed Exhibits for Continued February 28, 2020 Evidentiary Hearing**
- Defendant's Proposed Exhibit 9 – Suited Connector Jornaya Report
- Defendant's Proposed Exhibit 10 – Suited Connector Video Playback
- Defendant's Proposed Exhibit 11 – Exhibit 6 to the Declaration of Frank Hedin, dated May 9, 2019 (Dkt. No. 38-6)
- Plaintiff's Proposed Exhibit 4 – Quicken Loans Inc.'s Terms of Use
- Plaintiff's Proposed Exhibit 12 – LMB Customer Inquiry Data for Amanda Hill

**Other Materials:**
- January 17, 2020 Report submitted by Alexander Young
- Declaration of Steven M. Rafferty, dated December 6, 2019
- October 2018 LMB.YourVASurvey.info Source Code
- Feb. 10, 2020 Interview with Larry Smith, Chief Technology Officer of Suited Connector

Exhibit 3 – Page 1

Exhibit A
-14-