# EXHIBIT D

TrustedForm's snapshot and video replay – ActiveProspect Page 1 of 3
Case 5:19-cv-00163-FMO-SP Document 93-4 Filed 04/07/20 Page 2 of 4 Page ID #:1188

Exhibit 8

My activities   Submit a request   Sign in

ActiveProspect

Search

ActiveProspect > TrustedForm > Concepts

# TrustedForm's snapshot and video replay

Follow

Capture how the user interacted with the form, including data entries, mouse movements, and mouse clicks, for the most authoritative proof of consent.

## Table of Contents

- What is video replay
- Controlling when video replay begins
- How do I view the video replay
- Snapshots
- Why is my TrustedForm video replay/snapshot missing?

## What is video replay

TrustedForm video replay is a copy of the elements loaded into the consumer's browser during their interaction with a web page hosting the TrustedForm script. The video associated with a TrustedForm certificate is not merely a shallow recording or simulation of what the page looked like when the end user interacted with it, but is an actual copy of the elements present on the page when the TrustedForm script was loaded and how the consumer interacted with the page.

As the consumer interacts with the web page, they may enter text into fields, change dropdowns, click on buttons, move the mouse and scroll through the page -- TrustedForm captures these events and uses video replay to recreate these events in an interactive way.

### RELATED ARTICLES

Controlling the TrustedForm certificate replay
Retrieving a TrustedForm Cer ificate
TrustedForm Implementation Checklist
Form Whitelist
LeadConduit 101 for Advertisers (Video)

TrustedForm's snapshot and video replay – ActiveProspect  Page 2 of 3
Case 5:19-cv-00163-FMO-SP   Document 93-4   Filed 04/07/20   Page 3 of 4   Page ID
#:1184

Controlling when TrustedForm video replay begins

You can control when TrustedForm begins recording a consumer's interaction with a web page by delaying the injection of the TrustedForm script onto the page. For an in-depth overview with an example of how to set up this injection properly, see Manually Triggering TrustedForm.

NOTE: TrustedForm stops recording once the web form submits executes and the page is redirected/refreshed. This typically occurs when a user clicks the 'submit' button after entering the required information into the form. TrustedForm users cannot adjust this behavior and therefore cannot change when the TrustedForm video stops recording prior to he form submission.

How do I access the video replay

If a certificate is still within the standard claim period (72 hours), you may use the TrustedForm Certificate URL to access the certificate via your browser. If the certificate claim period has passed, and you are a TrustedForm subscriber who claimed the certificate, you will log into your ActiveProspect account and click **Launch TrustedForm**. Once you have launched TrustedForm, you can use the TrustedForm Certificate URL to access the Video Replay. Please note, claimed TrustedForm Certificates are placed into storage after 30 days and may take several hours to be retrieved.

Snapshots

Prior to September 2015, TrustedForm generated a static "snapshot" of the HTML present when the TrustedForm script was loaded but did not track any of the changes made while the user interacted with the website. TrustedForm Certificates generated prior to September 2015 will only include a snapshot, not a video replay.

Why is my TrustedForm video replay or snapshot missing?

From time to time one might encounter a missing snapshot on a TrustedForm certificate, indicated by a **snapshot not found** when accessing the certificate. Typically this means the data needed for a video replay or snapshot was not uploaded into TrustedForm's storage.

The most common culprit is the spotty network connection on mobile devices, however, it's not always possible to say why this happens. Since TrustedForm only gets one attempt to capture the video replay, if anything happens, it's not something that can be obtained retroactively.

Please feel free to contact us at support@activeprospect.com if you have any questions about video replay.

Was this article helpful?   👍  👎   0 out of 0 found this helpful

Have more questions? Submit a request

## Comments

You must be logged in to comment.