# EXHIBIT E

**EXHIBIT 4: KELLEY BLUE BOOK MOBILE SCREENSHOTS**

The following screenshots were taken using an iPhone 11 Pro Max using a Google Chrome browser.



**Image 1:** Kelley Blue Book ("KBB") New Car Price Quote request page.



**Image 2:** After clicking "Find Dealers" on the page depicted in Image 1.



**Image 3:** After clicking "Get Free Quotes" on the page depicted in Image 2.



**Image 4:** After clicking "Send" on the page depicted in Image 3.



**Image 5:**  After  scrolling  down the  page  depicted  in  Image  4.



**Image 6:** After scrolling down the page depicted in Image 5.



# KBB.com General Terms of Service

Last Updated: 4/27/2017

## 1. Description of KBB.com and These Terms of Service

a. Welcome to KBB.com! Kelley Blue Book Co., Inc. ("Kelley Blue Book", "us", "we", "our") provides its products and services subject to these Terms of Service ("Terms"). By using KBB.com, you agree to the following Terms. These Terms may be updated by us from time to time, and we encourage you to revisit this page often and review the Terms. In addition to these Terms, when using particular KBB.com owned or operated services, you may also be subject to any additional posted guidelines applicable to such services.

b. KBB.com provides you with access to many valuable resources, including Kelley Blue Book **Used Car Values, New Car Pricing and quotes from dealerships, research, reviews and ratings, car buying advice, Blue Book Classifieds**, as well as links to sites where you can obtain vehicle services such as **financing** and **insurance**, and other existing services and those that may later be offered to you (the "Service"). The Service includes advertisements, which are necessary for Kelley Blue Book to provide the Service to you. Unless



**Image 7:** After clicking "Terms of Service" on the page depicted in Image 6.



## 2. KBB.com Privacy Policy

a. Click here to view the KBB.com **Privacy Policy**. You understand and agree that when you visit KBB.com, you are consenting to the collection and use of information provided by you and about your use of KBB.com and the Services, in accordance with the Privacy Policy.

## 3. Personal Use Only

a. You may make personal use of all of the information you access on KBB.com ("Information"), but you may not take any of the Information and reformat and display it, or copy it on your Web site or in any other format, and you may not store or migrate any of the Information or other data from KBB.com without Kelley Blue Book's written permission. By using the Service, you agree not to sell, store, distribute, transmit, display, reproduce, modify, migrate, create derivative works from, or otherwise exploit any of the Information content or data related to any portion of the Service. You may print a copy of particular vehicle values and prices and use the Information for your personal, non-commercial use, but you may not otherwise reproduce any material appearing on KBB.com. If you want to make commercial use of the Kelley Blue Book Information or Services, you must enter into an agreement with us to do so in advance, and **we would love to talk to you about that**.

## 4. Survey Responses, Feedback, and Other Contributions to KBB.com

a. By submitting ideas, survey responses, suggestions, documents, comments, and/or proposals ("Contributions") to KBB.com through its surveys, "contact us", or suggestion or feedback Web pages, you

**Image 8:** After scrolling down the page depicted in Image 7.



11:25 ✓

🔒 kbb.com

Terms of Service    Privacy    Copyright & TM

interfere with any other party's use and enjoyment of
any Services.

## 14. Dispute Resolution – Mandatory Arbitration and Class Action Waiver

**a. Arbitration Agreement:** YOU AND KELLEY BLUE BOOK
AGREE THAT ANY CLAIMS OR DISPUTES ("Claims") THAT
ARISE OUT OF OR RELATE IN ANY WAY TO THESE
TERMS, KBB.COM, OR THE SERVICES (INCLUDING BUT
NOT LIMITED TO BILLING DISPUTES) SHALL BE
RESOLVED BY FINAL AND BINDING ARBITRATION OR IN
SMALL CLAIMS COURT. In arbitration, there is no judge
and no jury. Instead, Claims are decided by an
arbitrator whose authority is created by and governed
by this arbitration agreement. Review of arbitration
awards in the courts is very limited.

**b. Class Action Waiver:** YOU AND KELLEY BLUE BOOK
AGREE THAT ALL CLAIMS BETWEEN US WILL BE
RESOLVED IN AN INDIVIDUAL ARBITRATION. WE BOTH
AGREE THAT THERE WILL BE NO CLASS,
REPRESENTATIVE, OR CONSOLIDATED ACTIONS IN
ARBITRATION. In addition, neither you nor Kelley Blue
Book may participate in a class or representative action
in court as a class member if the Claims asserted in the
litigation would fall within the scope of this arbitration
agreement if asserted directly by you or Kelley Blue
Book. To be clear, you and Kelley Blue Book both waive
any right to participate in any class action involving
disputes between us.

**c.** This class action waiver is an essential part of our
arbitration agreement and may not be severed. If for

**Image 9:** After scrolling down the page depicted in Image 8.

## EXHIBIT 5: AMAZON MOBILE SCREENSHOTS

The following screenshots were taken using an iPhone 11 Pro Max using a Google Chrome browser.



**Image 1:** Amazon.com sign-up page.



**Image 2**: After clicking "Verify email" on the page depicted in Image 1.



**Image 3:** Amazon.com sign-up page.



**Amazon.com Conditions of Use**

Welcome to Amazon.com.
You may access the Amazon.com **Conditions of Use** through the Amazon PC Site. A link to the Amazon PC Site is available near the bottom of the Home Page. You may also review the Amazon.com Conditions of Use by using your personal computer to access the Amazon.com site at www.amazon.com/conditionsofuse.

**By visiting the Amazon.com site using your mobile device, you are accepting the practices described in the Amazon.com Conditions of Use.**



**Image 4:** After clicking "Conditions of Use" on the page depicted in Image 3.

Exhibit E



**Conditions of Use**

Last updated: May 21, 2018

Welcome to Amazon.com. Amazon.com Services LLC and/or its affiliates ("Amazon") provide website features and other products and services to you when you visit or shop at Amazon.com, use Amazon products or services, use Amazon applications for mobile, or use software provided by Amazon in connection with any of the foregoing (collectively, "Amazon Services"). Amazon provides the Amazon Services subject to the following conditions.

**By using Amazon Services, you agree to these conditions. Please read them carefully.**

We offer a wide range of Amazon Services, and sometimes additional terms may apply. When you use an Amazon Service (for example, Your Profile, Gift Cards, Amazon Video, Your Media Library, Amazon devices, or Amazon applications) you also will be subject to the guidelines, terms and agreements applicable to that Amazon Service ("Service Terms"). If these Conditions of Use are inconsistent with the Service Terms, those Service Terms will control.

**PRIVACY**

Please review our Privacy Notice, which also governs your use of Amazon Services, to understand our practices.

**ELECTRONIC COMMUNICATIONS**

When you use Amazon Services, or send e-mails, text messages, and other communications from your desktop or mobile device to us, you may be communicating with us electronically. You consent to receive communications from us electronically, such as e-mails, texts, mobile push notices, or notices and messages on this site or through the other Amazon Services, such as our Message Center, and you can retain copies of these communications for your records. You agree that all agreements, notices, disclosures, and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

**COPYRIGHT**

All content included in or made available through any Amazon Service, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software is the property of Amazon or its content suppliers and protected by United States and international copyright laws. The compilation of all content included in or made available through any Amazon Service is the exclusive property of Amazon and protected by U.S. and international copyright laws.

**TRADEMARKS**

Click here to see a non-exhaustive list of Amazon trademarks. In addition, graphics, logos, page headers, button icons, scripts, and service names included in or made available through any Amazon Service are trademarks or trade dress of Amazon in the U.S. and other countries. Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon that appear in any Amazon Service are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

**PATENTS**

One or more patents owned by Amazon apply to the Amazon Services and to the features and services accessible via the Amazon Services. Portions of the Amazon Services operate under license of one or more patents. Click here to see a non-exhaustive list of applicable Amazon patents and applicable licensed patents.

**LICENSE AND ACCESS**

Subject to your compliance with these Conditions of Use and any Service Terms, and your payment of any applicable fees, Amazon or its content providers grant you a limited, non-exclusive, non-transferable, non-sublicensable license to access and make personal and non-commercial use of the Amazon Services. This license does not include any resale or commercial use of any Amazon Service, or its contents; any collection and use of any product listings, descriptions, or prices; any derivative use of any Amazon Service or its contents; any downloading, copying, or other use of account information for the benefit of any third party; or any use of data mining, robots, or similar data gathering and extraction tools. All rights not expressly granted to you in these Conditions of Use or any Service Terms are reserved and retained by Amazon or its licensors, suppliers, publishers, rightsholders, or other content providers. No Amazon Service, nor any part of any Amazon Service, may be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of Amazon. You may not frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of Amazon without express written consent. You may not use any meta tags or any other "hidden text" utilizing Amazon's name or trademarks without the express written consent of Amazon. You may not misuse the Amazon Services. You may use the Amazon Services only as permitted by law. The licenses granted by Amazon terminate if you do not comply with these Conditions of Use or any Service Terms.

**YOUR ACCOUNT**

You may need your own Amazon account to use certain Amazon Services, and you may be required to be logged in to the account and have a valid payment method associated with it. If there is a problem charging your selected payment method, we may charge any other valid payment method associated with your account. Visit https://www.amazon.com/cpe/managepaymentmethods/ref_=ya_d_c_pmt_mpe& to manage your payment options. You are responsible for maintaining the confidentiality of your account and password and for restricting access to your account, and you agree to accept responsibility for all activities that occur under your account or password. Amazon does sell products for children, but it sells them to adults, who can purchase with a credit card or other permitted payment method. If you are under 18, you may use the Amazon Services only with involvement of a parent or guardian. Parents and guardians may create profiles for teenagers in their Amazon Household. Alcohol listings on Amazon are intended for adults. You must be at least 21 years of age to purchase alcohol, or use any site functionality related to alcohol. Amazon reserves the right to refuse service, terminate accounts, terminate your rights to use Amazon Services, remove or edit content, or cancel orders in its sole discretion.

**REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT**

You may post reviews, comments, photos, videos, and other content; send e-cards and other communications; and submit suggestions, ideas, comments, questions, or other information, so long as the content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights (including publicity rights), or otherwise injurious to third parties or objectionable, and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam" or unsolicited commercial electronic messages. You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. Amazon reserves the right (but not the obligation) to remove or edit such content, but does not regularly review posted content.

If you do post content or submit material, and unless we indicate otherwise, you grant Amazon a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to use, reproduce, modify, adapt, publish, perform, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Amazon and sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights to the content that you post; that the content is accurate; that use of the content you supply does not violate this policy and will not cause injury to any person or entity; and that you will indemnify Amazon for all claims resulting from content you supply. Amazon has the right but not the obligation to monitor and edit or remove any activity or content. Amazon takes no responsibility and assumes no liability for any content posted by you or any third party.

**INTELLECTUAL PROPERTY COMPLAINTS**

Amazon respects the intellectual property of others. If you believe that your intellectual property rights are being infringed, please follow our Notice and Procedure for Making Claims of Copyright Infringement.

**RISK OF LOSS**

All purchases of physical items from Amazon are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier.

**RETURNS, REFUNDS AND TITLE**

Amazon does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In

**EXHIBIT 6: FACEBOOK MOBILE SCREENSHOTS**

The following screenshots were taken using an iPhone 11 Pro Max using a Google Chrome browser.





**Image 1:** Facebook registration page.



**Image 2:** After clicking "Next" on the page depicted in Image 1.







**Image 3:** After clicking "Next" on the page depicted in Image 2.







**Image 4:** After clicking "Next" on the page depicted in Image 3.

Exhibit E

-70-



**Image 5:** After clicking "Next" on the page depicted in Image 4.







**Image 6:** After clicking "Next" on the page depicted in Image 5.







**Image 7:** After clicking "Sign Up" on the page depicted in Image 6.

Exhibit E

-73-





**Image 8:** After clicking "Next" on the page depicted in Image 7.



There are more than 5,000 people named **Mindy** on Facebook. Add a profile picture so your friends know it's you.



**Add Picture**

Your current profile picture is always public.



**Image 9:** After clicking "Confirm" on the page depicted in Image 8.

Exhibit E
-75-



Try the Facebook App For the Fastest Experience





**Image 10:** After clicking "Next" on the page depicted in Image 9.



**Image 11:** After clicking "Next" on the page depicted in Image 10.



**Image 12** After clicking "Search" on the page depicted in Image 11.



**Image 13:** After clicking "←" on the page depicted in Image 12.



**Image 14:** After clicking the menu button (top right corner) on the page depicted in Image 13.

Exhibit E



**Image 15:** After scrolling down the page depicted in Image 14.



**Image 16:** After clicking "Terms & Policies" on the page depicted in Image 15.



# Terms of Service

Welcome to Facebook!

Facebook builds technologies and services that enable people to connect with each other, build communities, and grow businesses. These Terms govern your use of Facebook, Messenger, and the other products, features, apps, services, technologies, and software we offer (the Facebook Products or Products), except where we expressly state that separate terms (and not these) apply. These Products are provided to you by Facebook, Inc.

We don't charge you to use Facebook or the other products and services covered by these Terms. Instead, businesses and organizations pay



**Image 17:** After clicking "Terms of Service" on the page depicted in Image 16.



**Image 18:** After scrolling down the page depicted in Image 17.



**Image 19:** After clicking "4. Additional provisions" on the page depicted in Image 18.



**Image 20:** After scrolling down the page depicted in Image 19.

**EXHIBIT 7: CAR MANUFACTURER MOBILE SCREENSHOTS**

The following screenshots were taken using an iPhone 11 Pro Max using a Google Chrome browser.



**Image 1:** Chrysler.com page a user must complete to request a price quote.



**Image 2:** Ford.com page a user must complete to request a price quote.

Exhibit E

-88-



**Image 3:** Lexus.com page a user must complete to request a price quote.