# EXHIBIT G

Exhibit N



Alex Young
Chief Strategist
alex@epagecity.com // 312.291.2211

Page 25

ePageCity, Inc.
4541N Ravenswood Ave.
Chicago, IL 60640

Exhibit G
-95-