# EXHIBIT H


Exhibit Q



Alex Young
Chief Strategist
alex@epagecity.com // 312.291.2211

Page 28

ePageCity, Inc.
4541N Ravenswood Ave.
Chicago, IL 60640

Exhibit H
-96-