BROOKS R. BROWN (SBN 250724)
bbrown@goodwinlaw.com
W. KYLE TAYMAN (*pro hac vice*)
KTayman@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

JEFFREY B MORGANROTH (*pro hac vice*)
jmorganroth@morganrothlaw.com
**MORGANROTH AND MORGANROTH PLLC**
344 North Old Woodard Avenue, Suite 200
Birmingham, MI  48009
Tel.: +1 248 864 4000
Fax: +1 248 864 4001

Attorneys for Defendant:
QUICKEN LOANS INC.

[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**QUICKEN LOANS INC.'S MOTION TO SUBMIT REBUTTAL TESTIMONY, CROSS-EXAMINE OR STRIKE CERTAIN PORTIONS OF THE DECLARATION OF ALEXANDER YOUNG**<br><br>Date:     June 4, 2020<br>Time:    10:00 a.m.<br>Ctrm.:    6-D<br>Judge:   Hon. Fernando M. Olguin |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON June 4, 2020, at 10:00 am, or as soon thereafter as counsel may be heard, before the Honorable Fernando M. Olguin, in Courtroom 6D of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Quicken Loans Inc. ("Quicken Loans") will and hereby does move this Court to permit Quicken Loans to submit rebuttal testimony, cross-examine, or strike certain portions of the declaration of Alexander Young.

This Motion is made pursuant to Federal Rules of Civil Procedure 26 and 37, and pursuant to the Court's inherent authority to permit the requested relief, on the ground that the April 7, 2020 declaration of Alexander Young (the "Young Declaration") submitted by Plaintiff Hill ("Hill") (ECF No. 94) contains improper testimony that was not previously disclosed in the January 17, 2020 Report prepared by Young pursuant to the Court's Orders (ECF Nos. 61, 69) and is inadmissible on other grounds.  This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file herein, and upon such other or further material as may be presented at or before the hearing on the Motion.  The Motion seeks the relief requested in the accompanying Proposed Order.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 17, 2020.

Respectfully submitted,

Dated:  April 27, 2020

By: /s/ W. Kyle Tayman
BROOKS R. BROWN
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**

YVONNE W. CHAN (*pro hac vice*)
*ychan@goodwinlaw.com*

| | |
|---|---|
| 1 | **GOODWIN PROCTER LLP** |
| 2 | 100 Northern Avenue<br>Boston, MA  02210 |
| 3 | Tel.: +1 617 570-1000<br>Fax: +1 617 523-1231 |
| 4 | LAURA A. STOLL (SBN 255023) |
| 5 | *LStoll@goodwinlaw.com*<br>**GOODWIN PROCTER LLP** |
| 6 | 601 S. Figueroa Street, 41st Floor<br>Los Angeles, CA  90017 |
| 7 | Tel.: +1 213 426 2500<br>Fax: +1 213 623 1673 |
| 8 | JEFFREY B. MORGANROTH (*pro hac vice*) |
| 9 | *jmorganroth@morganrothlaw.com*<br>**MORGANROTH AND MORGANROTH** |
| 10 | **PLLC** |
| 11 | Attorneys for Defendant:<br>QUICKEN LOANS INC. |

2