# EXHIBIT B

| | |
|---|---|
| **From:** | Frank Hedin |
| **To:** | Tayman, Kyle |
| **Cc:** | Abbas Kazerounian; Jason Ibey; Pamela Prescott; dhall@hedinhall.com; Nicholas Barthel; jmorganroth@morganrothlaw.com; Brown, Brooks R; Hendriksen, Patrice E |
| **Subject:** | Re: Activity in Case 5:19-cv-00163-FMO-SP Amanda Hill v. Quicken Loans Inc. Minutes of In Chambers Order/Directive - no proceeding held |
| **Date:** | Wednesday, April 1, 2020 1:25:07 PM |
| **Attachments:** | image001.png |

Kyle,

Confirming our agreement that neither our expert nor your rebuttal expert will discuss best practices.

Frank S. Hedin



1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801

> On Apr 1, 2020, at 8:47 AM, Tayman, Kyle <KTayman@goodwinlaw.com> wrote:
>
> Counsel,
>
> Following-up on my email below, please let us know plaintiffs' position.
>
> Best,
> Kyle
>
> ---
>
> **From:** Tayman, Kyle
> **Sent:** Friday, March 27, 2020 5:18 PM
> **To:** Frank Hedin <fhedin@hedinhall.com>; Abbas Kazerounian <ak@kazlg.com>; Jason Ibey <jason@kazlg.com>; Pamela Prescott <pamela@kazlg.com>; dhall@hedinhall.com; Nicholas Barthel <nicholas@kazlg.com>
> **Cc:** jmorganroth@morganrothlaw.com; Brown, Brooks R <BBrown@goodwinlaw.com>; Hendriksen, Patrice E <PHendriksen@goodwinlaw.com>
> **Subject:** RE: Activity in Case 5:19-cv-00163-FMO-SP Amanda Hill v. Quicken Loans Inc. Minutes of In Chambers Order/Directive - no proceeding held
>
> Counsel,
>
> In light of the Court's order for the parties to simultaneously submit direct testimony by declaration on April 7, I am writing to confirm the agreement reached at the February 28 evidentiary hearing regarding the direct testimony of Mr. Young.

That agreement was that Plaintiffs will not put forth direct testimony from Mr. Young concerning "best practices" - that is, the section of his report beginning on page 9 titled "Best practice with regards to confirming a site visitor has consented to terms" - as Quicken Loans otherwise objects to that line of testimony on relevancy grounds.  Please confirm by close of business on Monday that the parties remain in agreement and that Mr. Young's declaration will not include the "best practices" testimony.

I hope that everyone is well and healthy.  Enjoy the weekend.

Best,
Kyle

**W. Kyle Tayman**
Partner
<image002.png>
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
o  +1 202 346 4245
f  +1 202 204 7309
KTayman@goodwinlaw.com | goodwinlaw.com  <image004.png> <image006.png>  <image008.png>


**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Wednesday, March 25, 2020 3:39 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 5:19-cv-00163-FMO-SP Amanda Hill v. Quicken Loans Inc. Minutes of In Chambers Order/Directive - no proceeding held


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 3/25/2020 at 12:38 PM PDT and filed on 3/24/2020
**Case Name:**       Amanda Hill v. Quicken Loans Inc.
**Case Number:**     5:19-cv-00163-FMO-SP

**Filer:**

**Document Number:** 92

**Docket Text:**

**MINUTE ORDER IN CHAMBERS by Judge Fernando M. Olguin: Order Re: Further Proceedings, re: Stipulation for Hearing [91]. (twdb)**

**5:19-cv-00163-FMO-SP Notice has been electronically mailed to:**

Nicholas Barthel    nicholas@kazlg.com

Yvonne W Chan    ychan@goodwinlaw.com

Pamela Erin Prescott    pamela@kazlg.com

Brooks R Brown    phendriksen@goodwinlaw.com, chennecken@goodwinlaw.com, bbrown@goodwinlaw.com, scrobinson@goodwinlaw.com

David William Hall    dhall@hedinhall.com

Frank S Hedin    fhedin@hedinhall.com

Seyed Abbas Kazerounian    ak@kazlg.com, emilyt@kazlg.com

William Kyle Tayman    ktayman@goodwinlaw.com, abastnagel@goodwinlaw.com, amdrake@goodwinlaw.com

Laura Alexandra Stoll    lstoll@goodwinlaw.com, azunigagarcia@goodwinlaw.com

Jeffrey B Morganroth    jmorganroth@morganrothlaw.com

Jason A Ibey    jason@kazlg.com

**5:19-cv-00163-FMO-SP Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

*******************************************************************

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*******************************************************************