BROOKS R. BROWN (SBN 250724)
BBrown@goodwinlaw.com
W. KYLE TAYMAN (*pro hac vice*)
KTayman@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

JEFFREY B MORGANROTH (*pro hac vice*)
jmorganroth@morganrothlaw.com
**MORGANROTH AND MORGANROTH PLLC**
344 North Old Woodard Avenue, Suite 200
Birmingham, MI  48009
Tel.: +1 248 864 4000
Fax: +1 248 864 4001

Attorneys for Defendant:
QUICKEN LOANS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**[PROPOSED] ORDER GRANTING QUICKEN LOANS INC.'S MOTION TO SUBMIT REBUTTAL TESTIMONY, CROSS-EXAMINE OR STRIKE CERTAIN PORTIONS OF THE DECLARATION OF ALEXANDER YOUNG**<br><br>Date:   June 4, 2020<br>Time:   10:00 a.m.<br>Ctrm.:  6-D<br>Judge:  Hon. Fernando M. Olguin |

**[PROPOSED] ORDER GRANTING MOTION TO SUBMIT REBUTTAL TESTIMONY, CROSS-EXAMINE OR STRIKE CERTAIN PORTIONS OF THE DECLARATION OF ALEXANDER YOUNG**

The Court, having read and considered Defendant QUICKEN LOANS INC.'S ("Quicken Loans") Motion to Submit Rebuttal Testimony, Cross-Examine or Strike Certain Portions of the Declaration of Alexander Young ("Motion"), and its supporting papers thereof, and having heard the arguments of counsel, HEREBY ORDERS as follows:

1. The Court GRANTS Quicken Loans' Motion and hereby Orders that

[ ] Quicken Loans submit within 14 days to the Court its rebuttal testimony and evidence to Paragraphs 44-46, 51, 66-71, 72-81 and Exhibits T-Z and AA-BB of the Declaration of Alexander Young;

[ ] Quicken Loans shall be permitted to cross-examine Alexander Young at a future hearing at a date to be set by the Court; OR

[ ] Paragraphs 44-46, 51, 66-71, 72-81 and Exhibits T-Z and AA-BB of the Declaration of Alexander Young are hereby stricken from the evidentiary record on Quicken Loans' Motion to Compel Arbitration (ECF No. 29) and will not be considered by the Court.

**IT IS SO ORDERED.**

Dated: _____, 2020    _____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE