1  BROOKS R. BROWN (SBN 250724)
   bbrown@goodwinlaw.com
2  W. KYLE TAYMAN (*pro hac vice*)
   KTayman@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   1900 N Street, NW
4  Washington, DC  20036
   Tel.: +1 202 346 4000
5  Fax: +1 202 346 4444

6  YVONNE W. CHAN (*pro hac vice*)
   ychan@goodwinlaw.com
7  **GOODWIN PROCTER LLP**
   100 Northern Avenue
8  Boston, MA  02210
   Tel.: +1 617 570-1000
9  Fax: +1 617 523-1231

10  JEFFREY B MORGANROTH (*pro hac vice*)
    jmorganroth@morganrothlaw.com
11  **MORGANROTH AND MORGANROTH PLLC**
    344 North Old Woodard Avenue, Suite 200
12  Birmingham, MI  48009
    Tel.: +1 248 864 4000
13  Fax: +1 248 864 4001

14  Attorneys for Defendant:
    QUICKEN LOANS, LLC
15  [ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

16
17                    UNITED STATES DISTRICT COURT
18                   CENTRAL DISTRICT OF CALIFORNIA
19                          WESTERN DIVISION

20  AMANDA HILL and GAYLE HYDE,           Case No. 5:19-cv-00163-FMO-SP
    individually and on Behalf of All Others
21  Similarly Situated,                    **DEFENDANT'S NOTICE OF NAME CHANGE**
22              Plaintiffs,
                                           Judge:   Hon. Fernando M. Olguin
23       v.

24  QUICKEN LOANS INC.,

25              Defendant.

26
27
28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that, effective April 15, 2020, Quicken Loans Inc. changed its name to Quicken Loans, LLC.

Respectfully submitted,

Dated: May 6, 2020

By: /s/ W. Kyle Tayman
BROOKS R. BROWN
*BBrown@goodwinlaw.com*
YVONNE W. CHAN (pro hac vice)
*YChan@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**

LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

JEFFREY B. MORGANROTH (*pro hac vice*)
*jmorganroth@morganrothlaw.com*
**MORGANROTH AND MORGANROTH PLLC**

Attorneys for Defendant:
QUICKEN LOANS, LLC