BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinlaw.com*
W. KYLE TAYMAN (*pro hac vice*)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

YVONNE W. CHAN (*pro hac vice*)
*ychan@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.: +1 617 570-1000
Fax: +1 617 523-1231

JEFFREY B MORGANROTH (*pro hac vice*)
*jmorganroth@morganrothlaw.com*
**MORGANROTH AND MORGANROTH PLLC**
344 North Old Woodard Avenue, Suite 200
Birmingham, MI  48009
Tel.: +1 248 864 4000
Fax: +1 248 864 4001

Attorneys for Defendant:
QUICKEN LOANS, LLC

[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF QUICKEN LOANS, LLC PURSUANT to FED. R. CIV. P. 7.1**<br><br>Judge:     Hon. Fernando M. Olguin |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Quicken Loans, LLC hereby files this supplemental corporate disclosure statement and discloses the following.

Quicken Loans, LLC is a privately held corporation.  No parent corporation or publicly held corporation owns 10 percent or more of the stock of Quicken Loans, LLC.

Respectfully submitted,

Dated:  May 6, 2020                    By:  /s/ W. Kyle Tayman

BROOKS R. BROWN
*BBrown@goodwinlaw.com*
YVONNE W. CHAN (pro hac vice)
*YChan@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER** LLP

LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

JEFFREY B. MORGANROTH (*pro hac vice*)
*jmorganroth@morganrothlaw.com*
**MORGANROTH** AND **MORGANROTH**
PLLC

Attorneys for Defendant:
QUICKEN LOANS, LLC