# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 19-00163 FMO (SPx) | Date | May 11, 2020 |
| Title | Amanda Hill, et al. v. Quicken Loans, Inc. | | |

**Present: The Honorable**  Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): None Present

Attorney Present for Defendant(s): None Present

**Proceedings:** (In Chambers) Order Re: Motion to Submit Rebuttal Testimony, Cross-Examine or Strike [95]

Having reviewed and considered defendant Quicken Loans, Inc.'s ("defendant") Motion to Submit Rebuttal Testimony, Cross-Examine or Strike Certain Portions of the Declaration of Alexander Young, (Dkt. 95, "Motion"), IT IS ORDERED THAT the Motion **(Document No. 95)** is **granted in part** and **denied in part** as set forth herein.  No later than **May 14, 2020**, defendant may file rebuttal testimony as to Paragraphs 44-46, 51, 66-71, 72-81, and Exhibits T-Z and AA-BB of the Declaration of Alexander Young.  No extensions beyond the deadline set forth above shall be granted.  The Motion is denied in all other respects.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |