BROOKS R. BROWN (SBN 250724)
bbrown@goodwinlaw.com
W. KYLE TAYMAN (*pro hac vice*)
KTayman@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

JEFFREY B MORGANROTH (*pro hac vice*)
jmorganroth@morganrothlaw.com
**MORGANROTH AND MORGANROTH PLLC**
344 North Old Woodard Avenue, Suite 200
Birmingham, MI 48009
Tel.: +1 248 864 4000
Fax: +1 248 864 4001

Attorneys for Defendant:
QUICKEN LOANS, LLC (F/K/A QUICKEN LOANS INC.)

[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**NOTICE OF FILING PURSUANT TO MAY 11, 2020 COURT ORDER**<br><br>Ctrm.: 6-D<br>Judge: Hon. Fernando M. Olguin |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Court's May 11, 2020 Order (ECF No. 99) granting in part Quicken Loans, LLC's (f/k/a Quicken Loans Inc.) ("Quicken Loans") Motion to Submit Rebuttal Testimony, Cross-Examine or Strike Certain Portions of the Declaration of Alexander Young, (ECF No. 95), Quicken Loans hereby submits the testimonial declarations of Larry Smith (attached as Exhibit A) and Philip Greenspun (attached as Exhibit B) as rebuttal testimony to Paragraphs 44-46, 51, 66-71, 72-81, and Exhibits T-Z and AA-BB of the Declaration of Alexander Young (ECF No. 94).

Respectfully submitted,

Dated: May 14, 2020        By: /s/ W. Kyle Tayman
**BROOKS R. BROWN**
*BBrown@goodwinlaw.com*
**W. KYLE TAYMAN** (*pro hac vice*)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**

**YVONNE W. CHAN** (*pro hac vice*)
*ychan@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570-1000
Fax: +1 617 523-1231

**LAURA A. STOLL** (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

**JEFFREY B. MORGANROTH** (*pro hac vice*)
*jmorganroth@morganrothlaw.com*
**MORGANROTH AND MORGANROTH PLLC**

Attorneys for Defendant:
QUICKEN LOANS, LLC (F/K/A QUICKEN LOANS INC.)S