# EXHIBIT A

1   BROOKS R. BROWN (SBN 250724)
    bbrown@goodwinlaw.com
2   W. KYLE TAYMAN (*pro hac vice*)
    KTayman@goodwinlaw.com
3   **GOODWIN PROCTER LLP**
    1900 N Street, NW
4   Washington, DC  20036
    Tel.: +1 202 346 4000
5   Fax: +1 202 346 4444

6

7   JEFFREY B MORGANROTH (*pro hac vice*)
    jmorganroth@morganrothlaw.com
    **MORGANROTH AND MORGANROTH PLLC**
8   344 North Old Woodard Avenue, Suite 200
    Birmingham, MI  48009
9   Tel.: +1 248 864 4000
    Fax: +1 248 864 4001
10
    Attorneys for Defendant:
11  QUICKEN LOANS LLC (F/K/A QUICKEN LOANS INC.)
12

13                      UNITED STATES DISTRICT COURT
14                     CENTRAL DISTRICT OF CALIFORNIA
15                             WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**DECLARATION OF LARRY SMITH PURSUANT TO MAY 11, 2020 ORDER**<br><br>Ctrm.:  6-D<br>Judge:  Hon. Fernando M. Olguin |

## DECLARATION OF LARRY SMITH

I, Larry Smith, declare as follows:

1. I am over the age of majority, competent to testify, and have personal knowledge of the facts contained herein.

2. I am the Chief Technology Officer of SuitedConnector. I testified at hearings in this matter on December 16, 2019 and February 28, 2020. As I previously testified, I am familiar with and have substantive, personal knowledge about SuitedConnector's website LMB.YourVASurvey.info, including its development and the function and operation of the third-party TCPA compliance and video playback software running on that website in October 2018.

3. I understand from a review of his April 7, 2020 declaration filed publicly in this matter that Alexander Young has testified (at ¶¶ 72-81) that the ActiveProspect TCPA compliance and video playback software running on the LMB.YourVASurvey.info website in *April 2020* was embedded on the "Thank You" page of the website that loads after a consumer clicks the submission button ("See My Results!").

4. He concludes from this (at ¶ 81) that the absence of a second ActiveProspect video playback showing the "Thank You" page during Ms. Hill's *October 2018* visit to the LMB.YourVASurvey.info website reveals that she did not click the submission button during that visit.

5. Mr. Young's conclusion is wrong because, as I testified on February 28, 2020, the ActiveProspect software was not embedded on the "Thank You" page in October 2018. SuitedConnector embedded the ActiveProspect TCPA compliance and video playback code on the "Thank You" page of the LMB.YourVASurvey.info website for the first time earlier this year.

6. In October 2018, the ActiveProspect software was only embedded on the LMB.YourVASurvey.info web submission form, which form ended with the "See My Results!" submission button and page. As a result, the ActiveProspect video

1

playback for Ms. Hill's October 2018 visit to LMB.YourVASurvey.info terminated when she completed the submission form by clicking the "See My Results!" button, and so no video of the "Thank You" page from her visit was ever created.

7. The fact that no such video exists is because the ActiveProspect software was not embedded on the "Thank You" page in October 2018, and is unrelated to whether Ms. Hill clicked the "See My Results!" button during that visit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2020.

LARRY SMITH