Frank S. Hedin (SBN: 291289)
E-mail: fhedin@hedinhall.com
David W. Hall (SBN: 274921)
E-mail: dhall@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

Abbas Kazerounian (SBN: 249203)
E-mail: ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Counsel for Plaintiffs and the Putative Class*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**NOTICE OF SETTLEMENT AS TO PLAINTIFF GAYLE HYDE ON AN INDIVIDUAL BASIS**<br><br>Ctrm.: 6-D<br>Judge: Hon. Fernando M. Olguin |

Pursuant to this Court's scheduling order (Dkt. No. 87) and Local Rule 16-15.7, Plaintiff Gale Hyde ("Plaintiff Hyde") and Defendant Quicken Loans, LLC (F/K/A QUICKEN LOANS INC.) ("Quicken Loans") hereby provide notice to the Court that Plaintiff Gayle Hyde and Quicken Loans have reached an agreement in principle to settle her claims on an individual basis. Plaintiff Hyde and Quicken Loans anticipate completing the settlement and filing a joint stipulation of dismissal as to Plaintiff Hyde's claims only by June 19, 2020.

Respectfully submitted,

Dated: May 15, 2020          By: /s/ Jason A. Ibey

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey (SBN: 284607)
321 N Mall Drive, Suite R108
St. Goerge, Utah 84790
jason@kazlg.com
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HEDIN HALL LLP**
Frank S. Hedin (SBN: 291289)
David W. Hall (SBN: 274921)
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

By: /s/ W. Kyle Tayman
W. Kyle Tayman

BROOKS R. BROWN
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**

1

|   |   |
|---|---|
| 1 | |
| 2 | YVONNE W. CHAN (*pro hac vice*) |
|   | *ychan@goodwinlaw.com* |
| 3 | **GOODWIN PROCTER** LLP |
|   | 100 Northern Avenue |
| 4 | Boston, MA  02210 |
|   | Tel.: +1 617 570-1000 |
| 5 | Fax: +1 617 523-1231 |
| 6 | LAURA A. STOLL (SBN 255023) |
|   | *LStoll@goodwinlaw.com* |
| 7 | **GOODWIN PROCTER** LLP |
|   | 601 S. Figueroa Street, 41st Floor |
| 8 | Los Angeles, CA  90017 |
|   | Tel.: +1 213 426 2500 |
| 9 | Fax: +1 213 623 1673 |
| 10 | JEFFREY B. MORGANROTH (*pro hac vice*) |
|   | *jmorganroth@morganrothlaw.com* |
| 11 | **MORGANROTH** AND **MORGANROTH** PLLC |
| 12 | Attorneys for Defendant: |
| 13 | QUICKEN LOANS, LLC (F/K/A QUICKEN LOANS INC.) |

2