1  BROOKS R. BROWN (SBN 250724)
   bbrown@goodwinlaw.com
2  W. KYLE TAYMAN (*pro hac vice*)
   KTayman@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   1900 N Street, NW
4  Washington, DC  20036
   Tel.: +1 202 346 4000
5  Fax: +1 202 346 4444

6  YVONNE W. CHAN (*pro hac vice*)
   ychan@goodwinlaw.com
7  **GOODWIN PROCTER LLP**
   100 Northern Avenue
8  Boston, MA  02210
   Tel.: +1 617 570-1000
9  Fax: +1 617 523-1231

10 JEFFREY B MORGANROTH (*pro hac vice*)
   jmorganroth@morganrothlaw.com
11 **MORGANROTH AND MORGANROTH PLLC**
   344 North Old Woodard Avenue, Suite 200
12 Birmingham, MI  48009
   Tel.: +1 248 864 4000
13 Fax: +1 248 864 4001

14 Attorneys for Defendant:
   QUICKEN LOANS, LLC (F/K/A QUICKEN
15 LOANS INC.)

16 [ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

17                UNITED STATES DISTRICT COURT

18                CENTRAL DISTRICT OF CALIFORNIA

19                      WESTERN DIVISION

20

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**DEFENDANT'S AMENDED NOTICE OF NAME CHANGE**<br><br>Judge:   Hon. Fernando M. Olguin |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that, effective April 15, 2020, Quicken Loans Inc. changed its name to Quicken Loans, LLC.

Quicken Loans previously filed a Notice of Name Change with the Court (ECF No. 96). The Court struck that Notice because "an order is needed to change a party name on the docket." ECF No. 98. Quicken Loans seeks to clarify that, by way of its original Notice and this Amended Notice, it does not seek to amend or change its name in the case docket. Rather, Quicken Loans seeks only to inform the Court and the parties of its change in name. To the extent the Court's preference is to change Quicken Loans' name in the docket under the circumstances, Quicken Loans is prepared to file a motion to do so.

Respectfully submitted,

Dated: June 8, 2020

By: /s/ W. Kyle Tayman
BROOKS R. BROWN
*BBrown@goodwinlaw.com*
YVONNE W. CHAN (pro hac vice)
*YChan@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**

LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

JEFFREY B. MORGANROTH (*pro hac vice*)
*jmorganroth@morganrothlaw.com*
**MORGANROTH AND MORGANROTH PLLC**

Attorneys for Defendant:
QUICKEN LOANS, LLC (F/K/A QUICKEN LOANS INC.)