# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

QUICKEN LOANS INC.,

Defendant.

Case No.: 5:19-cv-00163-FMO-SP

**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF PLAINTIFF GAYLE HYDE'S INDIVIDUAL CLAIMS WITH PREJUDICE**

**Judge:** Hon. Fernando M. Olguin

Having considered the Joint Stipulation to Dismiss Plaintiff Gayle Hyde's Individual Claims with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause, the Court hereby GRANTS the joint stipulation and dismisses Plaintiff Gayle Hyde's individual claims with prejudice. The parties are to bear her or its own attorneys' fees and costs with respect to this dismissal.

IT IS SO ORDERED.

Date: _____  _____
Hon. Fernando M. Olguin
U.S. District Judge