1  BROOKS R. BROWN (SBN 250724)
   *BBrown@goodwinlaw.com*
2  W. KYLE TAYMAN (pro hac vice)
   *KTayman@goodwinlaw.com*
3  **GOODWIN PROCTER LLP**
   901 New York Avenue NW
4  Washington, DC  20001
   Tel.: +1 202 346 4000
5  Fax.: +1 202 346 4444

6  Attorneys for Defendant:
   QUICKEN LOANS, LLC
7  (F/K/A Quicken Loans Inc.)

8
   FRANK S. HEDIN
9  *fhedin @hedinhall.com*
   DAVID W. HALL
10 *dhall@hedinhall.com*
   **HEDIN HALL, LLP**
11 Four Embarcadero Center, Suite 1400
   San Francisco, CA  94104
12 Telephone: 415-766-3534
   Facsimile: 415-402-0058
13
   Attorneys for Plaintiff:
14 AMANDA HILL

15 [*Additional counsel listed in signature block*]

16
17                    **UNITED STATES DISTRICT COURT**
18                    **CENTRAL DISTRICT OF CALIFORNIA**
                              **WESTERN DIVISION**
19

| | |
|---|---|
| 20  AMANDA HILL, individually and on Behalf of All Others Similarly Situated, | Case No. 5:19-cv-00163-FMO-SP |
| 21 | **JOINT STIPULATION TO EXTEND CASE DEADLINES** |
| 22          Plaintiff, | |
| 23      v. | |
| 24  QUICKEN LOANS INC., | |
| 25          Defendant. | |

26
27
28

Pursuant to Local Rule 16-14, Plaintiff Amanda Hill[1] and Defendant Quicken Loans, LLC (f/k/a Quicken Loans, Inc.) ("Quicken Loans") (together, the "Parties"), hereby submit this joint stipulation requesting that the Court extend all case deadlines (Dkt. No. 87) by four (4) months, with the exception of the settlement conference deadline, which the Parties propose to keep as scheduled for on or before September 8, 2020. As grounds for their motion, the Parties state as follows:

1. Presently, Quicken Loans has two motions pending: a motion to compel arbitration filed on April 15, 2019 (Dkt. No. 29) and a motion to dismiss filed on January 31, 2020 (Dkt. No. 79). The Parties expect that the Court's resolution of these motions may guide remaining discovery.

2. While both Parties have diligently pursued discovery to date, more discovery still remains to be completed. However, the COVID-19 pandemic, which accelerated in intensity shortly after the Court set the deadlines for this case on March 6, 2020 (*see* Dkt. No. 87), has understandably caused unanticipated delays to the Parties' discovery efforts. The Parties are appreciative that "the court is mindful of the ongoing coronavirus pandemic and the measures the Central District of California has undertaken to protect the health and safety of court staff, litigants, and the public." Dkt. No. 92. Consistent with this understanding, the Parties submit that a brief extension of deadlines will allow the Parties to arrange for alternative means to safely complete discovery given the limitations and prohibitions of person-to-person contact and travel between certain states.

3. This is the Parties' first request to extend or continue case deadlines.

Wherefore, the Parties jointly propose that all case deadlines be extended by four (4) months (with the exception of the settlement conference), with new case deadlines entering as follows:

---

[1] On July 2, 2020, former co-Plaintiff Gale Hyde voluntarily dismissed her claims with prejudice, and Plaintiff Hill is now the sole remaining Plaintiff. *See* Joint Stipulation of Dismissal of Plaintiff Gayle Hyde's Individual Claims with Prejudice (Dkt. No. 103).

1. The parties shall complete their settlement conference before a private mediator no later than September 8, 2020.

2. All fact discovery shall be completed no later than January 8, 2021.

3. The parties must serve their initial expert witness disclosures no later than January 22, 2021.

4. Rebuttal expert witness disclosures shall be served no later than February 22, 2021.

5. All expert discovery shall be completed by March 23, 2021.

6. Any motion for class certification shall be filed no later than April 23, 2021.

7. Any motion for summary judgment or other potentially dispositive motion shall be filed no later than May 21, 2021.

Respectfully submitted,

Dated: July 8, 2020   By: /s/ W. Kyle Tayman

BROOKS R. BROWN
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (*pro hac vice*)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER** LLP

YVONNE W. CHAN (*pro hac vice*)
*YChan@goodwinlaw.com*
**GOODWIN PROCTER** LLP
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570-1000
Fax.: +1 617 523-1231

LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

|   |   |   |
|---|---|---|
|   |   | JEFFREY B. MORGANROTH<br>(*pro hac vice*)<br>*jmorganroth@morganrothlaw.com*<br>**MORGANROTH AND MORGANROTH PLLC**<br><br>Attorneys for Defendant:<br>QUICKEN LOANS, LLC<br>(F/K/A Quicken Loans Inc.) |
| Dated: July 8, 2020 | By: | /s/ Jason A. Ibey *(with permission)*<br>ABBAS KAZEROUNIAN<br>*ak@kazlg.com*<br>JASON A. IBEY<br>*jason@kazlg.com*<br>NICHOLAS BARTHEL<br>*nicholas@kazlg.com*<br>PAMELA E. PRESCOTT<br>*pamela@kazlg.com*<br>**KAZEROUNI LAW GROUP, APC**<br><br>FRANK S. HEDIN (SBN 291289)<br>*fhedin@hedinhall.com*<br>DAVID W. HALL (SBN 274921)<br>*dhall@hedinhall.com*<br>**HEDIN HALL, LLP**<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA  94104<br>Telephone: 415-766-3534<br>Facsimile: 415-402-0058<br><br>Attorneys for Plaintiff:<br>AMANDA HILL |