1  BROOKS R. BROWN (SBN 250724)
   BBrown@goodwinlaw.com
2  W. KYLE TAYMAN (pro hac vice)
   KTayman@goodwinlaw.com
3  **GOODWIN PROCTER LLP**
   901 New York Avenue NW
4  Washington, DC 20001
   Tel.: +1 202 346 4000
5  Fax.: +1 202 346 4444

6
7  Attorneys for Defendant:
   QUICKEN LOANS LLC
   (F/K/A Quicken Loans Inc.)
8

9  FRANK S. HEDIN
   *fhedin@hedinhall.com*
10 DAVID W. HALL
   *dhall@hedinhall.com*
11 **HEDIN HALL, LLP**
   Four Embarcadero Center, Suite 1400
12 San Francisco, CA 94104
   Telephone: 415-766-3534
13 Facsimile: 415-402-0058

14 Attorneys for Plaintiff:
   AMANDA HILL
15

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AMANDA HILL, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND CASE DEADLINES** |

# [PROPOSED] ORDER

Having read and considered the Joint Motion to Extend Case Deadlines ("Motion") filed by Plaintiff AMANDA HILL ("Plaintiff")[1] and Defendant QUICKEN LOANS, LLC (formerly "QUICKEN LOANS INC.") ("Quicken Loans") (together, with Plaintiff, the "Parties"), good cause appearing therefore, the Court hereby orders as follows:

1. The Parties shall complete their settlement conference before a private mediator no later than September 8, 2020.

2. All fact discovery shall be completed no later than January 8, 2021.

3. The Parties must serve their initial expert witness disclosures no later than January 22, 2021.

4. Rebuttal expert witness disclosures shall be served no later than February 22, 2021.

5. All expert discovery shall be completed by March 23, 2021.

6. Any motion for class certification shall be filed no later than April 23, 2021.

7. Any motion for summary judgment or other potentially dispositive motion shall be filed no later than May 21, 2021.

**IT IS SO ORDERED.**

Dated:_____, 2020

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

---

[1] On July 2, 2020, former co-Plaintiff Gale Hyde voluntarily dismissed her claims with prejudice, such that Plaintiff Hill is now the sole remaining Plaintiff. *See* Joint Stipulation of Dismissal of Plaintiff Gayle Hyde's Individual Claims with Prejudice (Dkt. No. 103).