# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. ED CV 19-0163 FMO (SPx)<br><br>**ORDER RE: SETTLEMENT CONFERENCE** |

Pursuant to the Court's Order Re: Further Proceedings of July 13, 2020, IT IS ORDERED THAT:

1. No later than **July 22, 2020**, each side shall propose three candidates to be considered for the appointment of private mediator.[1] The parties shall propose mediators with extensive experience in federal court litigation.

2. Upon receiving each side's proposed mediators, the court will select the mediator and direct the parties to conduct settlement proceedings before the mediator. The court urges the parties in the strongest possible terms to use their best efforts to resolve this case instead of incurring additional legal fees and causing the court to expend its limited resources on this dispute.

---

[1] Parties represented by the same counsel may submit only one joint proposal of three candidates.

3. The failure of any party or attorney to comply with the requirements of this Order may result in sanctions being imposed. The sanctions may include, but not be limited to, the fees and costs expended by the other parties in preparing and attending the Settlement Conference.

Dated this 13th day of July, 2020.

/s/
Fernando M. Olguin
United States District Judge