BROOKS R. BROWN (SBN 250724)
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER** LLP
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

Attorneys for Defendant:
QUICKEN LOANS, LLC (f/k/a Quicken Loans Inc.)


ABBAS KAZEROUNIAN (SBN 249203)
*ak@kazlg.com*
JASON A. IBEY (SBN 284607)
*jason@kazlg.com*
NICHOLAS BARTHEL (SBN 319105)
*nicholas@kazlg.com*
PAMELA E. PRESCOTT (328243)
*pamela@kazlg.com*
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA  92626
Telephone: 800-400-6808
Facsimile: 800-520-5523

Attorneys for Plaintiff:
AMANDA HILL

[*Additional counsel listed in signature block*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>      v.<br><br>QUICKEN LOANS INC.,<br><br>      Defendant. | Case No. 5:19-cv-00163-FMO-SP<br>**JOINT NOTICE OF MEDIATOR SELECTION**<br><br>Ctrm:      6D<br>Judge:    Hon. Fernando M. Olguin |

1        In compliance with this Court's July 13, 2020 Orders (ECF Nos. 105 and

2   106), Plaintiff AMANDA HILL ("Plaintiff") and Defendant QUICKEN LOANS,

3   LLC ("Quicken Loans") (together "the Parties"), provide notice here that the Parties

4   have jointly selected the Honorable Morton Denlow of JAMS as the mediator in this

5   case and have scheduled a mediation for August 13, 2020 at 10:30 AM EST.  Judge

6   Denlow (Ret.) was selected as the Parties' mediator and the mediation date was

7   reserved on July 10, 2020, prior to issuance of the Court's July 13, 2020 order (ECF

8   No. 106).

9        The Parties will submit a Status Report on or before August 15, 2020, in

10  accordance with the Court's order (ECF No. 105).

11

12            Respectfully submitted,

13  Dated:  July 21, 2020      B  /s/ W. Kyle Tayman

14            BROOKS R. BROWN
    *BBrown@goodwinlaw.com*

15            W. KYLE TAYMAN (*pro hac vice*)
    *KTayman@goodwinlaw.com*

16            **GOODWIN PROCTER** LLP

17            YVONNE W. CHAN (*pro hac vice*)
    *YChan@goodwinlaw.com*

18            **GOODWIN PROCTER** LLP

19            LAURA A. STOLL (SBN 255023)
    *LStoll@goodwinlaw.com*

20            **GOODWIN PROCTER** LLP
    601 S. Figueroa Street, 41st Floor

21            Los Angeles, CA  90017
    Tel.: +1 213 426 2500

22            Fax.: +1 213 623 1673

23            JEFFREY B. MORGANROTH
    (*pro hac vice*)

24            *jmorganroth@morganrothlaw.com*
    **MORGANROTH AND**

25            **MORGANROTH PLLC**

26            Attorneys for Defendant:
    QUICKEN LOANS, LLC (f/k/a Quicken

27            Loans Inc.)

28

| | |
|---|---|
| 1 | Dated:  July 21, 2020 |

B  /s/ Jason A. Ibey (*with permission*)

ABBAS KAZEROUNIAN
*ak@kazlg.com*
JASON A. IBEY
*jason@kazlg.com*
NICHOLAS BARTHEL
*nicholas@kazlg.com*
PAMELA E. PRESCOTT
*pamela@kazlg.com*
**KAZEROUNI LAW GROUP, APC**

FRANK S. HEDIN (SBN 291289)
*fhedin @hedinhall.com*
DAVID W. HALL (SBN 274921)
*dhall@hedinhall.com*
**HEDIN HALL, LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA  94104
Telephone: 415-766-3534
Facsimile: 415-402-0058

Attorneys for Plaintiff:
AMANDA HILL