BROOKS R. BROWN (SBN 250724)
BBrown@goodwinlaw.com
W. KYLE TAYMAN (pro hac vice)
KTayman@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax.: +1 202 346 4444

Attorneys for Defendant:
QUICKEN LOANS, LLC (f/k/a Quicken Loans Inc.)

ABBAS KAZEROUNIAN (SBN 249203)
ak@kazlg.com
JASON A. IBEY (SBN 284607)
jason@kazlg.com
NICHOLAS BARTHEL (SBN 319105)
nicholas@kazlg.com
PAMELA E. PRESCOTT (328243)
pamela@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA  92626
Telephone: 800-400-6808
Facsimile: 800-520-5523

Attorneys for Plaintiff:
AMANDA HILL

[*Additional counsel listed in signature block*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| AMANDA HILL, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>QUICKEN LOANS INC.,<br><br>  Defendant. | Case No. 5:19-cv-00163-FMO-SP<br>**JOINT STATUS REPORT**<br>Ctrm:    6D<br>Judge:   Hon. Fernando M. Olguin |

1
2    Pursuant to the Court's July 13, 2020 Order (ECF No. 105), Plaintiff
3    AMANDA HILL ("Plaintiff") and QUICKEN LOANS, LLC (f/k/a Quicken Loans
4    Inc.) ("Quicken Loans") (together, with Plaintiff, the "Parties"), by and through their
5    respective counsel, respectfully submit this Joint Status Report regarding the results
6    of their mediation conference that took place on August 13, 2020.
7    As the Parties previously advised the Court in their July 21, 2020 Joint Notice
8    of Mediator Selection (ECF No. 107), on August 13, 2020, the Parties participated in
9    a virtual mediation with the assistance of the Honorable Morton Denlow (Ret.) of
10   JAMS. The case did not settle.

Respectfully submitted,

Dated: August 17, 2020    By: /s/ W. Kyle Tayman
BROOKS R. BROWN (SBN 250724)
BBrown@goodwinlaw.com
W. KYLE TAYMAN (*pro hac vice*)
KTayman@goodwinlaw.com
**GOODWIN PROCTER** LLP

YVONNE W. CHAN (*pro hac vice*)
YChan@goodwinlaw.com
**GOODWIN PROCTER** LLP
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570-1000
Fax.: +1 617 523-1231

LAURA A. STOLL (SBN 255023)
LStoll@goodwinlaw.com
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

|   |   |   |
|---|---|---|
| | | JEFFREY B. MORGANROTH<br>(*pro hac vice*)<br>jmorganroth@morganrothlaw.com<br>**MORGANROTH AND MORGANROTH PLLC**<br><br>Attorneys for Defendant:<br>QUICKEN LOANS LLC (f/k/a Quicken Loans Inc.) |
| Dated: August 17, 2020 | By: | /s/ Frank S. Hedin<br>ABBAS KAZEROUNIAN<br>ak@kazlg.com<br>JASON A. IBEY<br>jason@kazlg.com<br>NICHOLAS BARTHEL<br>nicholas@kazlg.com<br>PAMELA E. PRESCOTT<br>pamela@kazlg.com<br>**KAZEROUNI LAW GROUP, APC**<br><br>FRANK S. HEDIN (SBN 291289)<br>fhedin@hedinhall.com<br>DAVID W. HALL (SBN 274921)<br>dhall@hedinhall.com<br>**HEDIN HALL, LLP**<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94104<br>Telephone: 415-766-3534<br>Facsimile: 415-402-0058<br><br>Attorneys for Plaintiff:<br>AMANDA HILL |