BROOKS R. BROWN (SBN 250724)
bbrown@goodwinlaw.com
W. KYLE TAYMAN (*pro hac vice*)
KTayman@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

JEFFREY B MORGANROTH (*pro hac vice*)
jmorganroth@morganrothlaw.com
**MORGANROTH AND MORGANROTH PLLC**
344 North Old Woodard Avenue, Suite 200
Birmingham, MI  48009
Tel.: +1 248 864 4000
Fax: +1 248 864 4001

Attorneys for Defendant:
QUICKEN LOANS, LLC (F/K/A QUICKEN LOANS INC.)

[ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**QUICKEN LOANS, LLC's NOTICE OF APPEAL** |

Pursuant to 9 U.S.C. § 16 and Fed. R. App. P. 3(a), notice is hereby given that Quicken Loans, LLC (f/k/a Quicken Loans Inc.) ("Quicken Loans") appeals to the United States Court of Appeals for the Ninth Circuit from the order denying Quicken Loans' Motion to Compel Arbitration ("Order") entered in this action on August 5, 2020. Dkt. No. 108. Attached hereto as Exhibit A is a true and correct copy of the Order.

Pursuant to Fed. R. App. P. 12(b) and Ninth Circuit Rule 3-2(b), Quicken Loans' Representation Statement is attached hereto as Exhibit B.

Respectfully submitted,

Dated: September 3, 2020

By: /s/ W. Kyle Tayman
BROOKS R. BROWN
BBrown@goodwinlaw.com
W. KYLE TAYMAN (*pro hac vice*)
KTayman@goodwinlaw.com
**GOODWIN PROCTER LLP**

YVONNE W. CHAN (*pro hac vice*)
ychan@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570-1000
Fax: +1 617 523-1231

LAURA A. STOLL (SBN 255023)
LStoll@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

JEFFREY B. MORGANROTH (*pro hac vice*)
jmorganroth@morganrothlaw.com
**MORGANROTH AND MORGANROTH PLLC**

Attorneys for Defendant:
QUICKEN LOANS, LLC (F/K/A QUICKEN LOANS INC.)