# EXHIBIT B

| | |
|---|---|
| 1 | BROOKS R. BROWN (SBN 250724) |
| | *bbrown@goodwinlaw.com* |
| 2 | W. KYLE TAYMAN (*pro hac vice*) |
| | *KTayman@goodwinlaw.com* |
| 3 | **GOODWIN PROCTER LLP** |
| | 1900 N Street, NW |
| 4 | Washington, DC  20036 |
| | Tel.: +1 202 346 4000 |
| 5 | Fax: +1 202 346 4444 |
| 6 | JEFFREY B MORGANROTH (*pro hac vice*) |
| | *jmorganroth@morganrothlaw.com* |
| 7 | **MORGANROTH AND MORGANROTH PLLC** |
| | 344 North Old Woodard Avenue, Suite 200 |
| 8 | Birmingham, MI  48009 |
| | Tel.: +1 248 864 4000 |
| 9 | Fax: +1 248 864 4001 |
| 10 | Attorneys for Defendant: |
| | QUICKEN LOANS, LLC (F/K/A QUICKEN |
| 11 | LOANS INC.) |
| 12 | [ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL, individually and on Behalf of All Others Similarly Situated, | Case No. 5:19-cv-00163-FMO-SP |
| Plaintiffs, | **QUICKEN LOANS, LLC's REPRESENTATION STATEMENT** |
| v. | |
| QUICKEN LOANS INC., | |
| Defendant. | |

1  Pursuant to Fed. R. App. P. 12(b) and Ninth Circuit Rule 3-2(b), counsel for Quicken Loans, LLC (f/k/a Quicken Loans Inc.) ("Quicken Loans") provides this Representation Statement.

The names, addresses, telephone numbers, and e-mail addresses of counsel for Defendant/Appellant QUICKEN LOANS are as follows:

> BROOKS R. BROWN (SBN 250724)
> *bbrown@goodwinlaw.com*
> W. KYLE TAYMAN (*pro hac vice*)
> *KTayman@goodwinlaw.com*
> **GOODWIN PROCTER LLP**
> 1900 N Street, NW
> Washington, DC  20036
> Tel.: +1 202 346 4000
> Fax: +1 202 346 4444
>
> YVONNE W. CHAN (*pro hac vice*)
> *ychan@goodwinlaw.com*
> **GOODWIN PROCTER LLP**
> 100 Northern Avenue
> Boston, MA  02210
> Tel.: +1 617 570-1000
> Fax: +1 617 523-1231
>
> LAURA A. STOLL (SBN 255023)
> *LStoll@goodwinlaw.com*
> **GOODWIN PROCTER LLP**
> 601 S. Figueroa Street, 41st Floor
> Los Angeles, CA  90017
> Tel.: +1 213 426 2500
> Fax: +1 213 623 1673
>
> JEFFREY B MORGANROTH (*pro hac vice*)
> *jmorganroth@morganrothlaw.com*
> **MORGANROTH AND MORGANROTH PLLC**
> 344 North Old Woodard Avenue, Suite 200
> Birmingham, MI  48009
> Tel.: +1 248 864 4000
> Fax: +1 248 864 4001

The names, addresses, telephone numbers, and e-mail addresses of counsel for Plaintiff/Appellee AMANDA HILL are as follows:

1

| | |
|---|---|
| 1 | ABBAS KAZEROUNIAN |
| | *ak@kazlg.com* |
| 2 | JASON A. IBEY |
| | *jason@kazlg.com* |
| 3 | NICHOLAS BARTHEL |
| | *nicholas@kazlg.com* |
| 4 | PAMELA E. PRESCOTT |
| | *pamela@kazlg.com* |
| 5 | **KAZEROUNI LAW GROUP, APC** |
| | 245 Fischer Avenue, Suite D1 |
| 6 | Costa Mesa, CA  92626 |
| | Telephone: 800-400-6808 |
| 7 | Facsimile: 800-520-5523 |
| 8 | FRANK S. HEDIN (SBN 291289) |
| | *fhedin@hedinhall.com* |
| 9 | DAVID W. HALL (SBN 274921) |
| | *dhall@hedinhall.com* |
| 10 | **HEDIN HALL, LLP** |
| | Four Embarcadero Center, Suite 1400 |
| 11 | San Francisco, CA  94104 |
| | Telephone: 415-766-3534 |
| 12 | Facsimile: 415-402-0058 |

Respectfully submitted,

Dated:  September 3, 2020            By: /s/ W. Kyle Tayman
BROOKS R. BROWN
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (*pro hac vice*)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**

YVONNE W. CHAN (*pro hac vice*)
*ychan@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA  02210
Tel.: +1 617 570-1000
Fax: +1 617 523-1231

LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

JEFFREY B. MORGANROTH (*pro hac vice*)
*jmorganroth@morganrothlaw.com*
**MORGANROTH AND MORGANROTH PLLC**

1
2
                        Attorneys for Defendant:
                        QUICKEN LOANS, LLC (F/K/A QUICKEN LOANS INC.)

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28