ABBAS KAZEROUNIAN (SBN 249203)
*ak@kazlg.com*
JASON A. IBEY (SBN 284607)
*jason@kazlg.com*
NICHOLAS BARTHEL (SBN 319105)
*nicholas@kazlg.com*
PAMELA E. PRESCOTT (328243)
*pamela@kazlg.com*
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA  92626
Telephone: 800-400-6808
Facsimile: 800-520-5523

Attorneys for Plaintiffs: AMANDA HILL

BROOKS R. BROWN, (SBN 250724)
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (*pro hac vice*)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

Attorneys for Defendant:
QUICKEN LOANS, LLC (f/k/a Quicken Loans Inc.)

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**JOINT STIPULATION TO STAY ACTION PENDING RESOLUTION OF QUICKEN LOANS, LLC'S APPEAL** |

Plaintiff AMANDA HILL ("Plaintiff") and Defendant QUICKEN LOANS, LLC (f/k/a Quicken Loans Inc.) ("Quicken Loans," and together, with Plaintiff, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on September 3, 2020, as permitted by the Federal Arbitration Act, Quicken Loans filed a Notice of Appeal of the Court's order denying its motion to compel arbitration (Dkt. No. 111);

WHEREAS, consistent with Fed. R. Civ. P. 1's mandate to facilitate the just, speedy, and inexpensive determination of every action, a stay pending resolution of the appeal will conserve this Court's and the Parties' resources relating to discovery (fact and expert), class certification, summary judgment and other proceedings until the Ninth Circuit (a) determines whether Plaintiff's claim should be compelled to arbitration or may proceed further in this Court; or (b) remands for additional proceedings in this Court on the arbitration question;

WHEREAS, because this is a putative nationwide class action and the bulk of discovery and other proceedings to date have focused upon the arbitration issue, the Parties anticipate substantial fact and expert discovery on class and merits issues, as well as related motion to compel practice, in advance of the current deadlines for fact (January 8, 2021) and expert (March 23, 2021) discovery (Dkt. No. 105);

WHEREAS, Plaintiff's deadline to file any motion to strike under Fed. R. Civ. P. 12(f) as to the Answer (Dkt. No. 110) is September 9, 2020;

WHEREAS, Quicken Loans' deadline to amend its Answer (Dkt. No. 110) as of right pursuant to Fed. R. Civ. P. 15(a)(1)(A) is September 9, 2020;

WHEREAS, under the existing case schedule, class certification and summary judgment motions are due on April 14, 2021 and May 21, 2021, respectively (Dkt. Nos. 88, 89);

WHEREAS, this Stipulation is without prejudice to Plaintiff's or Quicken Loans' right to seek a stay from this or any other court on any applicable grounds in the future;

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to Plaintiff or Quicken Loans in this action, including but not limited to with regard any right to seek, upon expiration of the stay (and provided that this matter is not compelled to arbitration), resolution of a discovery dispute for discovery sought from a party or third-party; and

WHEREAS, there is good cause to stay all proceedings in this action pending the resolution of Quicken Loans' appeal in the interests of judicial economy and to conserve the resources of the Parties and this Court.

WHEREFORE, subject to this Court's approval, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. All proceedings in this action, including all discovery of any party and/or third-party and all outstanding discovery subpoenas to any third-party, are stayed pending the resolution of Quicken Loans' appeal (see Dkt. No. 111);

2. Plaintiff's deadline to file any motion to strike under Fed. R. Civ. P. 12(f) as to the Answer shall be three (3) weeks from the lifting of the stay in this matter, provided the action is not ordered to arbitration by the Ninth Circuit;

3. Quicken Loans' deadline to file any amended Answer as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(A) shall be three (3) weeks from the lifting of the stay in this matter, provided the action is not ordered to arbitration by the Ninth Circuit;

4. The Parties shall file a joint status report with this Court, setting forth their respective positions for additional proceedings (if any) in this action, within 14 days after the issuance of the Ninth Circuit's mandate in this action; and

5. During the appeal, Plaintiff or Quicken Loans may seek relief from the stay by appropriate motion to this Court upon a showing of good cause.

WHEREFORE, IT IS SO STIPULATED, and the Parties respectfully jointly request that this Court enter an order approving this Stipulation.

Respectfully submitted,

Dated: September 4, 2020   By:  /s/ W. Kyle Tayman
BROOKS R. BROWN
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (*pro hac vice*)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**

YVONNE W. CHAN (*pro hac vice*)
*YChan@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570-1000
Fax.: +1 617 523-1231

LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

JEFFREY B. MORGANROTH
(*pro hac vice*)
*jmorganroth@morganrothlaw.com*
**MORGANROTH AND MORGANROTH PLLC**

Attorneys for Defendant:
QUICKEN LOANS LLC (F/K/A QUICKEN LOANS INC.)

| | | |
|---|---|---|
| Dated: September 4, 2020 | By: | /s/ Jason A. Ibey |

ABBAS KAZEROUNIAN
*ak@kazlg.com*
JASON A. IBEY
*jason@kazlg.com*
NICHOLAS BARTHEL
*nicholas@kazlg.com*
PAMELA E. PRESCOTT
*pamela@kazlg.com*
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: 800-400-6808
Facsimile: 800-520-5523

FRANK S. HEDIN
*fhedin@hedinhall.com*
DAVID W. HALL
*dhall@hedinhall.com*
**HEDIN HALL, LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: 415-766-3534
Facsimile: 415-402-0058

Attorneys for Plaintiff: AMANDA HILL