1   ABBAS KAZEROUNIAN (SBN 249203)
    *ak@kazlg.com*
2   JASON A. IBEY (SBN 284607)
    *jason@kazlg.com*
3   NICHOLAS BARTHEL (SBN 319105)
    *nicholas@kazlg.com*
4   PAMELA E. PRESCOTT (328243)
    *pamela@kazlg.com*
5   **KAZEROUNI LAW GROUP, APC**
    245 Fischer Avenue, Suite D1
6   Costa Mesa, CA  92626
    Telephone: 800-400-6808
7   Facsimile: 800-520-5523

8   Attorneys for Plaintiffs: AMANDA HILL

9

10  BROOKS R. BROWN, (SBN 250724)
    *BBrown@goodwinlaw.com*
11  W. KYLE TAYMAN (*pro hac vice*)
    *KTayman@goodwinlaw.com*
12  **GOODWIN PROCTER LLP**
    1900 N Street, NW
13  Washington, DC  20036
    Tel.: +1 202 346 4000
14  Fax: +1 202 346 4444

                                                    JS-6
15  Attorneys for Defendant:
    QUICKEN LOANS, LLC (f/k/a Quicken Loans Inc.)
16

17

18              UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20                   WESTERN DIVISION

21
    AMANDA HILL and GAYLE HYDE,          Case No. 5:19-cv-00163-FMO-SP
22  individually and on On Behalf of All
    Others Similarly Situated,           **ORDER GRANTING JOINT
23                                        STIPULATION [112] TO STAY
                   Plaintiffs,            ACTION PENDING
24                                        RESOLUTION OF QUICKEN
          v.                              LOANS, LLC'S APPEAL**
25
    QUICKEN LOANS INC.,                   Ctrm.:  6-D
26                                        Judge:  Hon. Fernando M. Olguin
                   Defendant.
27

28

## ORDER

Having read and considered the Stipulation filed by Plaintiff AMANDA HILL ("Plaintiff") and Defendant QUICKEN LOANS, LLC (f/k/a Quicken Loans Inc.) ("Quicken Loans," and together with Plaintiff, the "Parties"), good cause appearing therefore, hereby orders as follows:

1.     All proceedings in this action, including all discovery of any party and/or third-party and all outstanding discovery subpoenas to any third-party, are stayed pending the resolution of Quicken Loans' appeal (see Dkt. No. 111);

2.     Plaintiff's deadline to file any motion to strike under Fed. R. Civ. P. 12(f) as to the Answer shall be three (3) weeks from the lifting of the stay in this matter, provided the action is not ordered to arbitration by the Ninth Circuit;

3.     Quicken Loans' deadline to file any amended Answer as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(A) shall be three (3) weeks from the lifting of the stay in this matter, provided the action is not ordered to arbitration by the Ninth Circuit;

4.     The Parties shall file a joint status report with this Court, setting forth their respective positions for additional proceedings (if any) in this action, within 14 days after the issuance of the Ninth Circuit's mandate in this action; and

5.     During the appeal, Plaintiff or Quicken Loans may seek relief from the stay by appropriate motion to this Court upon a showing of good cause.

6.     The Clerk shall administratively close the case.

**IT IS SO ORDERED.**

Dated:  September 9, 2020

                              /s/
                    HON. FERNANDO M. OLGUIN
                    UNITED STATES DISTRICT JUDGE

1