Abbas Kazerounian (SBN: 249203)
E-mail: ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Frank S. Hedin (SBN: 291289)
E-mail: fhedin@hedinhall.com
David W. Hall (SBN: 274921)
E-mail: dhall@hedinhall.com
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Counsel for Plaintiffs and the Putative Class*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL and GAYLE HYDE, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>Defendant. | Case No. 5:19-cv-00163-FMO-SP<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Ctrm.: 6-D<br>Judge: Hon. Fernando M. Olguin |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Amanda Hill and Defendant Quicken Loans, LLC (F/K/A QUICKEN LOANS INC.) hereby stipulate and agree that Plaintiff Amanda Hill is hereby dismissing this action in its entirety, with prejudice as to her individual claims against Quicken Loans, LLC with prejudice, and without prejudice as to the claims of the putative class members. Each party agrees to bear her or its own attorney's fees and costs.

The parties previously stipulated to dismissal of the individual claims of Ms. Gayle Hyde on July 2, 2020 (Dkt. No. 103).

Therefore, the Court may proceed to dismiss this action in its entirety, with prejudice as to Ms. Hill's individual claims, and without prejudice as to the claims of the putative class members

Respectfully submitted,

Dated: October 22, 2021          By: /s/ Jason A. Ibey

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey (SBN: 284607)
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HEDIN HALL LLP**
Frank S. Hedin (SBN: 291289)
David W. Hall (SBN: 274921)
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN: 249203)
Jason A. Ibey (SBN: 284607)
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

By: /s/ W. Kyle Tayman
W. Kyle Tayman

BROOKS R. BROWN
*BBrown@goodwinlaw.com*
W. KYLE TAYMAN (pro hac vice)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**

YVONNE W. CHAN (*pro hac vice*)
*ychan@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570-1000
Fax: +1 617 523-1231

LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

JEFFREY B. MORGANROTH (*pro hac vice*)
*jmorganroth@morganrothlaw.com*
**MORGANROTH AND MORGANROTH PLLC**


Attorneys for Defendant:
QUICKEN LOANS, LLC (F/K/A QUICKEN LOANS INC.)

**JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FRCP 41;**
**CASE NO.: 5:19-CV-00163-FMO-SP**



#### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to W. Kyle Tayman, counsel for the Defendant, and that I have obtained their authorization to affix his electronic signature to this document.

Date: October 22, 2021          **KAZEROUNI LAW GROUP, APC**

                                           By: *s/ Jason A. Ibey*
                                               Jason A. Ibey, Esq.
                                               *Attorneys for Plaintiffs*