# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL; and GAYLE HYDE, Individually and On Behalf of All Others Similarly Situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>QUICKEN LOANS INC.,<br><br>**Defendant.** | Case No.: 5:19-cv-00163-FMO-SP<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**Judge:** Hon. Fernando M. Olguin |

Having considered the Joint Stipulation to Dismiss the Action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause, the Court hereby GRANTS the joint stipulation and dismisses the action in its entirety, with prejudice as to the individual claims of Plaintiff Amanda Hill, and without prejudice as to the claims of the putative class members.

The parties are to bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: October 26, 2021

/s/
_____
Hon. Fernando M. Olguin
U.S. District Judge